IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and <br> MICHAEL WILKER, <br> <br>       *Plaintiffs,* <br> <br> vs. <br> <br> U S SERVICES, LLC, <br> a Foreign Corporation; <br> WILLIE MURRAY ROBINSON, <br> <br>       *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:07CV232-mef <br> ) <br> ) <br> ) <br> ) **DEMAND FOR JURY TRIAL** <br> ) <br> ) |

# COMPLAINT

## STATEMENT OF THE PARTIES

1.  Plaintiff Wendy Wilker is over the age of nineteen (19) years and resides in Montgomery, Alabama.

2.  Plaintiff Michael Wilker is over the age of nineteen (19) years and resides in Montgomery, Alabama. Michael Wilker and Wendy Wilker are husband and wife.

3.  Defendant U S Services, LLC is a Georgia corporation with its principal place of business at 205 Troup Street, Dublin, Georgia, 31021. At all material times, Defendant U S Services, LLC was doing business in the State of Alabama.

4.  Defendant Willie Murray Robinson is over the age of nineteen (19) years and, on information and belief, is an adult resident of the State of Georgia.

## JURISDICTION

5.  The matter in controversy is between citizens of different states and exceeds, exclusive of interest and costs, the sum of $75,000; hence, this Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1332, *et seq.*

## FACTS

6.  On or about the 17th day of January, 2007, at night, Wendy Wilker was driving her automobile heading south on County Road 37, a public highway, in Burkeville, Lowndes County, Alabama.

7.  On the same date and at the same time, Willie Murray Robinson, while acting within the line and scope of his duties as an agent, servant, or employee of US Services, LLC, illegally parked a large tractor trailer rig on County Road 37 completely blocking the lane of travel of Wendy Wilker.

8.  Willie Murray Robinson exited the tractor of the 18-wheeler rig, left the rig parked blocking the plaintiff's lane of travel, and began using his headlights on his tractor to fill out his log book.

9.  The plaintiff, who was operating her vehicle in a lawful manner, was unable to avoid the defendant's vehicle blocking her lane of travel and a collision ensued.

10. As a proximate result of the negligence or wantonness of the defendants as described herein, the plaintiff, Wendy Wilker, sustained substantial, disabling, and

permanent injuries for which she was caused to seek doctor, medical, and hospital treatment.

11. The plaintiff has incurred bills in vast amounts for doctor, medical, and hospital treatment.

12. The plaintiff has lost time from work and her earning capacity has been diminished and she is permanently injured.

## COUNT I
## NEGLIGENCE/WANTONNESS

13. The plaintiffs reallege all prior paragraphs of the Complaint as if set out here in full in letters and numbers.

14. Willie Murray Robinson, while acting within the line and scope of his employment with Defendant US Services, LLC, negligently or wantonly operated the tractor trailer rig he was driving, thereby proximately causing the collision with Wendy Wilker.

15. As a proximate result of the defendants' negligence or wantonness, Wendy Wilker was injured and damaged as described herein.

WHEREFORE, the plaintiffs demand judgment against the defendants for compensatory and punitive damages in excess of $75,000, plus the costs of this action.

## COUNT II
## NEGLIGENT ENTRUSTMENT

16.     The plaintiffs reallege all prior paragraphs of the Complaint as if set out here in full in letters and numbers.

17.     The driver of the US Services, LLC rig, Willie Murray Robinson, was not competent to operate the US Services rig in accord with the Alabama Rules of the Road, and applicable Federal Motor Carrier Safety Regulations, as well as the Code of Federal Regulations.

18.     With knowledge of the said defendants' incompetence and inability to comply with the law, Defendant US Services, LLC negligently or wantonly entrusted the tractor trailer rig to said defendant.

19.     While operating the tractor trailer entrusted by Defendants US Services, LLC, Willie Murray Robinson negligently or wantonly operated the tractor trailer rig in such a manner as to cause a collision with the plaintiff.

20.     The negligent or wanton entrustment by US Services, LLC proximately caused or contributed to the collision which resulted in injury to the plaintiff.

WHEREFORE, plaintiffs demand judgment against Defendants US Services, LLC for compensatory and punitive damages in excess of $75,000, plus the costs of this action.

## COUNT III
## NEGLIGENT HIRING

21. The plaintiffs reallege all prior paragraphs of the Complaint as if set out here in full in letters and numbers.

22. Defendant US Services, LLC had a duty to act reasonably in hiring truck drivers including Willie Murray Robinson.

23. Defendant US Services, LLC knew or should have known that the driver, Willie Murray Robinson, was not a reasonably safe driver.

24. Defendant US Services, LLC negligently hired Willie Murray Robinson.

25. The proximate cause of the collision which caused severe injury to Wendy Wilker was Willie Murray Robinson's operation of the US Services, LLC tractor trailer rig in an unsafe manner as described herein.

26. The negligent hiring of the driver, Willie Murray Robinson, by Defendant US Services, LLC proximately contributed to the injuries to Wendy Wilker.

WHEREFORE, Wendy Wilker demands judgment against Defendants US Services, LLC and/or Willie Murray Robinson in excess of $75,000, plus the costs of this action.

## COUNT IV
## NEGLIGENT RETENTION

27. The plaintiffs reallege all prior paragraphs of the Complaint as if set out here in full in letters and numbers.

28.     Defendant US Services, LLC had a duty to act reasonably in retaining drivers, including the driver of its rig on the occasion made the basis of this suit, Willie Murray Robinson.

29.     Due to lack of training and reckless propensities of the driver, Willie Murray Robinson, Defendant US Services, LLC knew or should have known that the driver was not a reasonably safe driver.

30.     Defendant US Services, LLC, negligently retained the driver, Willie Murray Robinson, as a truck driver.

31.     The proximate cause of the collision which caused severe injury to Wendy Wilker was the negligent retention of the driver, Willie Murray Robinson, by US Services, LLC.

WHEREFORE, Wendy Wilker demands judgment against Defendant US Services, LLC for compensatory damages in excess of $75,000, plus the costs of this action.

## COUNT V
### NEGLIGENCE OF US SERVICES, LLC

32.     The plaintiffs reallege all prior paragraphs of the Complaint as if set out here in full in letters and numbers.

33.     Defendant US Services, LLC had a duty to use reasonable care to see that its truck drivers, including the driver of its rig on the occasion made the basis of this suit,

Willie Murray Robinson, obeyed the laws including the Rules of the Road and the Federal Motor Carrier Safety Regulations, as well as the Code of Federal Regulations.

34.   Defendant US Services, LLC negligently failed to enforce the Federal Statutes and Regulations and allowed its drivers, including the driver of its rig on the occasion made the basis of this suit, Willie Murray Robinson, to operate its trucks in violation of the law; to drive unsafe vehicles; and to drive in violation of safety rules and regulations.

35.   The negligence of Defendant US Services, LLC proximately contributed to the collision which resulted in severe injury to Wendy Wilker.

WHEREFORE, THE PREMISES CONSIDERED, Wendy Wilker demands judgment against US Services, LLC and Willie Murray Robinson for compensatory damages in excess of $75,000, plus the costs of this action.

## COUNT VI
## CONSORTIUM

36.   The plaintiffs reallege all prior paragraphs of the Complaint as if set out here in full in letters and numbers.

37.   Plaintiff Michael Wilker lost the consortium of his wife, Wendy Wilker, as a proximate result of the negligence or wantonness of the defendants described herein.

WHEREFORE, the plaintiffs demand judgment against the defendants for compensatory and punitive damages in excess of $75,000, plus the costs of this action.

_____
KENNETH J. MENDELSOHN
Attorney for Plaintiffs

OF COUNSEL:

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone: (334) 213-2323
Facsimile: (334) 213-5663

_____
DAVID E. ALLRED
Attorney for Plaintiffs

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone: (334) 396-9200
Facsimile: (334) 396-9977

## JURY DEMAND

**THE PLAINTIFFS DEMAND A TRIAL BY JURY.**

_____
OF COUNSEL

-8-

*Serve Defendants by certified mail as follows*:

US SERVICES, LLC
205 Troup Street
Dublin, Georgia   31021


WILLIE MURRAY ROBINSON
c/o US SERVICES, LLC
205 Troup Street
Dublin, Georgia   31021