AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

WENDY WILKER and MICHAEL WILKER

V.

US SERVICES, LLC, a Foreign Corporation;
WILLIE MURRAY ROBINSON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV232-mef

TO: (Name and address of Defendant)

WILLIE MURRAY ROBINSON
c/o US SERVICES, LLC
205 Troup Street
Dublin, Georgia 31021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Allred
DAVID E. ALLRED, P.C.
7030 Fain Park Drive, Suite 9 (36117)
Post Office Box 241594
Montgomery, Alabama 36124-1594

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                                  March 15, 2007
CLERK                                                                DATE

_[signature]_
(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date                  *Signature of Server*

                                  *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | .87 | 2:07cv232F |
|---|---|---|---|
| Certified Fee | | 2.40 | |
| Return Receipt Fee (Endorsement Required) | | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | 3/15/07 #1 |
| Total Postage & Fees | $ | 5.12 | |

7006 2760 0001 7562 3235

Sent To: WILLIE MURRAY ROBINSON
Street, Apt. or PO Box: c/o US SERVICES, LLC 205 Troup Street
City, State: Dublin, Georgia 31021

PS Form 3800, August 2006      See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

WENDY WILKER and MICHAEL WILKER

V.

US SERVICES, LLC, a Foreign Corporation;
WILLIE MURRAY ROBINSON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV232-mef

TO: (Name and address of Defendant)

US SERVICES, LLC
205 Troup Street
Dublin, Georgia  31021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Allred
DAVID E. ALLRED, P.C.
7030 Fain Park Drive, Suite 9 (36117)
Post Office Box 241594
Montgomery, Alabama  36124-1594

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    March 15, 2007
CLERK                                                DATE

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
           Date                  *Signature of Server*

                                 _____
                                 *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | .87 | 2:07CV232-F |
| Certified Fee | | 2.40 | |
| Return Receipt Fee (Endorsement Required) | | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | 3/15/07 #1 |
| Total Postage & Fees | $ | 5.12 | |

7006 2760 0001 7562 3228

Sent To  US SERVICES, LLC
Street, Apt. 1 or PO Box N  205 Troup Street
City, State, Z  Dublin, Georgia  31021

PS Form 3800, August 2006                See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.