Wilker

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Sara Sh____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Sara Shift  C. Date of Delivery: 3-19-07 |
| 1. Article Addressed to:<br><br>US SERVICES, LLC<br>205 Troup Street<br>Dublin, Georgia  31021 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No |
| 2:07cv232-MEF (Cmp/smo 20 dy) | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0001 7562 3228 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540