IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and<br>MICHAEL WILKER,<br><br>      *Plaintiffs,*<br><br>vs.<br><br>U S SERVICES, LLC;<br>WILLIE MURRAY ROBINSON, *et al.,*<br><br>      *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:07-cv-00232-MEF<br>)<br>)<br>)<br>)<br>) |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on April 24, 2007, via telephone conference call and was attended by:

   DAVID E. ALLRED for Plaintiffs WENDY WILKER and MICHAEL WILKER

   JACK J. HALL for Defendants US SERVICES, LLC and WILLIE MURRAY ROBINSON

2. Pre-Discovery Disclosures. The parties will exchange by May 24, 2007, the information required by Fed.R.Civ.P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

   (a) Discovery is needed on the issues of liability of the Defendant concerning operating of the Defendant's truck on the occasion of the accident made the basis of this suit, training, hiring, and supervision

of the Defendant as alleged in the Complaint, and injury to the Plaintiff, as well as the details of medical and surgical treatment.

(b) All discovery commenced in time to be completed by January 31, 2008.

(c) Maximum of 40 interrogatories by each party to the other party. Responses due 30 days after service.

(d) Maximum of 30 requests for admissions by each party to the other party. Responses due 30 days after service.

(e) Maximum of 6 depositions by Plaintiffs and 6 depositions by the Defendants. Each deposition is limited to a maximum of 4 hours unless extended by agreement of parties.

(f) Reports from retained experts under Rule26(a)(2) are due:

(1) From Plaintiffs by September 1, 2007, and Plaintiffs will put all expert witnesses up for deposition no later than October 15, 2007;

(2) From Defendants by November 15, 2007, and Defendants will put all expert witnesses up for deposition no later than December 31, 2007.

(3) From Plaintiffs by December 1, 2007 for any expert needed for rebuttal, and Plaintiffs will put up such rebuttal expert for deposition no later than December 31, 2007.

   (4) From Defendants by January 15, 2008 for any expert needed for rebuttal, and Defendants will put up such rebuttal expert for deposition no later than January 31, 2008.

 (g) Supplementations under Rule 26(e) are due within a reasonable time after discovery of supplemental information by either party.

4. The Plaintiffs should be allowed until June 30, 2007 to join additional parties and until June 30, 2007 to amend the pleadings.

5. The Defendants should be allowed until July 31, 2007 to join additional parties and until July 31, 2007 to amend the pleadings.

6. All potentially dispositive motions should be filed by 30 days before the pretrial hearing.

7. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

 (a) From Plaintiffs by December 31, 2007;

 (b) From Defendants by December 31, 2007.

8. The parties request a Pretrial Conference in January, 2008.

9. Parties should have 7 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

10. The case should be ready for trial by March 3, 2008, and is expected to take approximately 3 to 4 days.

Respectfully submitted this 27th day of April, 2007.

/s/ Jack J. Hall
JACK J. HALL
Attorney for Defendants
US SERVICES, LLC and
WILLIE MURRAY ROBINSON

OF COUNSEL:

HALL, CONERLY & BOLVIG, P.C.
Suite 1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-2626
Telephone: (205) 251-8143
Facsimile: (205) 326-3202
E-mail: jack.hall@hallconerly.com

								_____
								DAVID E. ALLRED
								Attorney for Plaintiffs
								WENDY WILKER and MICHAEL WILKER

OF COUNSEL:
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:	(334) 396-9200
Facsimile:	(334) 396-9977
E-mail:		dallred@allredpclaw