IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and MICHAEL WILKER, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) | Case No.: 2:07-cv-00232-MEF |
| ) U.S. SERVICES, LLC.; WILLIE ) MURRAY ROBINSON, et al., ) ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned, Jack J. Hall, Jr., of the law firm of Hall, Conerly & Bolvig, P.C. and makes his appearance as counsel of record for Defendant, US Services, LLC and Willie Murray Robinson.

_____
Jack J. Hall, Jr., Attorney for Defendants, US Services, LLC and Willie Murray Robinson.

OF COUNSEL:

HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205)251-8143

## CERTIFICATE OF SERVICE

I hereby certify that I have on this _1st_ day of _May_ 2007, served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by placing same in the U.S. mail, properly addressed and first class postage prepaid, to:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
(334)396-9200

_____
OF COUNSEL