IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and MICHAEL WILKER, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) | Case No.: 2:07-cv-00232-MEF |
| ) U.S. SERVICES, LLC.; WILLIE ) MURRAY ROBINSON, et al., ) ) | |
| Defendants. ) | |

### CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, the Defendant, US Services, LLC, makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

US Services, LLC is the parent of a wholly owned subsidiary named Adams Transporation, Inc.

Done this ___1st___ day of ___May___, 2007.

_____
Jack J. Hall, Jr., Attorney for Defendant, US Services, LLC.

OF COUNSEL:

HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205)251-8143

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 1st day of May 2007, served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by placing same in the U.S. mail, properly addressed and first class postage prepaid, to:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
(334)396-9200

_____
OF COUNSEL