IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WENDY WILKER and MICHAEL WILKER, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Case No.:   2:07-cv-00232-MEF |
| U.S. SERVICES, LLC.; WILLIE MURRAY ROBINSON, et al., | ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS, U.S. SERVICES, LLC AND WILLIE MURRAY ROBINSON'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS

COMES NOW the Defendants, U.S. Services, LLC and Willie Murray Robinson, and propounds the following request for production to Plaintiffs, Wendy & Michael Wilker, in accordance with Rule 34 of the Federal Rules of Civil Procedure:

As used herein, "document" is defined as any writing, and includes the original or a copy of handwriting; typewriting; printing; photocopying; photographing; computer printout; and every other means of recording upon any tangible thing or form of communication or representation including letters, words, pictures, sounds, or symbols or a combination of them. These requests for production should be deemed continuing in nature, and defendant requests that you update your responses periodically to reflect any information obtained after these requests for production are initially responded to so that they include all information obtained up to and including trial of the case.

1.  Produce all documents evidencing ownership of plaintiff's vehicle involved in the subject accident, including title and registration.

2.  Produce all documents evidencing health-care related treatment of Wendy Wilker for

a 10-year period prior to January 17, 2007.

3. Produce all documents evidencing prescription or over-the-counter medication which Wendy Wilker was taking at the time of the subject accident.

4. Produce all documents in respect to any physical or mental impairments of any nature whatsoever of Wendy Wilker at the time of the subject accident.

5. Produce all documents evidencing health-care related treatment of Wendy Wilker on January 17, 2007 subsequent to the subject accident.

6. Produce all documents evidencing expenses and charges for health-care or emergency related treatment of Wendy Wilker on the date of the subject accident, if any.

7. Produce each and every document upon which you base your contention that the Defendant was guilty of negligent conduct on the occasion made the basis of this suit; and each and every document upon which you base your contention that the Defendant was guilty of wanton conduct on the occasion made the basis of this suit.

8. Produce each and every document upon which you rely or will rely, in whole or in part, to support your claim for punitive damages against this Defendant.

9. Produce each and every document, including photographs, drawings, pictures, videos, diagrams, or other descriptions concerning the events and happenings alleged in the Complaint.

10. Produce each and every document which purports to contain or memorialize any information regarding the events, places, and people involved in the subject accident.

11. Produce each and every document which you reasonably expect or anticipate <u>at this time</u> to introduce at the trial of this case, including any impeaching document.

12. Produce each and every report by any and all expert witnesses consulted by or

retained by or on behalf of the Plaintiff regarding the incident made the basis of the Complaint.

13. Produce any and all signed or unsigned statements or accounts made by any person, including the parties, who claim to have any knowledge whatsoever pertaining in any way to the occurrence referred to in the Complaint.

14. Produce the names and addresses of all persons from whom statements have been taken by Plaintiff or Plaintiff's representatives.

_____
Jack J. Hall, Jr., Attorney for Defendants, US Services, LLC and Willie Murray Robinson.

OF COUNSEL:

HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205)251-8143

## CERTIFICATE OF SERVICE

I hereby certify that I have on this _____ day of _____ 2007, served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by placing same in the U.S. mail, properly addressed and first class postage prepaid, to:

David E. Allred
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
(334)396-9200

Kenneth J. Mendelsohn
JEMISON & MENDELSOHN
1772 Platt Place
Montgomery, Alabama 36117
(334)213-2323

_____
OF COUNSEL

3