IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WENDY WILKER and MICHAEL WILKER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.:   2:07-CV-00232-MEF |
| U.S. SERVICES, LLC.; WILLIE MURRAY ROBINSON, et al., | ) ) ) | |
| Defendants. | ) ) | |

## INITIAL DISCLOSURES

COME NOW the Defendants, designated in the Plaintiff's Complaint as Willie Murray Robinson, Jr., an individual, and US Services, LLC, a corporation, by and through the undersigned counsel of record, and provide the following initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure:

1. These Defendants currently believe that the following individuals likely have discoverable information relative to disputed facts alleged with particularity in the pleadings:

   a. Wendy Wilker
      8290 Chadburn Crossing
      Montgomery, Alabama 36116

      She is the plaintiff and was driving in the accident. She is believed to have knowledge of the accident and her alleged injuries.

   b. Michael Wilker
      8290 Chadburn Crossing
      Montgomery, Alabama 36116

      He is the husband of the plaintiff and a plaintiff, himself. He is believed to have knowledge of her alleged injuries.

    c. Willie Murray Robinson, Jr.
       761 Berry Fort Circle, Apt 4
       Stone Mountain, GA 30083

       He is the individual defendant and his truck was involved in the accident. He has information on the subject accident.

    d. State Trooper Andy Sutley
       Alabama Department of Public Safety
       Montgomery, Alabama 36109

       He was one of the officers that responded to the accident and he wrote a report.

    e. State Trooper A. Cox
       Alabama Department of Public Safety
       Montgomery, Alabama 36109

       He was one of the officers that responded to the accident and he took photographs of the scene.

2. Furthermore, the Defendants produce herewith the following documents and materials currently in their possession, custody or control and believe to be relevant to disputed facts alleged with particularity in the pleadings.

    a. The accident report prepared by the Alabama Department of Public Safety
    b. Photographs of the vehicles involved in the subject accident, and
    c. Photographs of the scene of the accident taken on January 17, 2007.

3. The Defendants are not currently making any claim for damages in this lawsuit.

4. Upon reasonable advance notice, counsel for these Defendants will make available a copy of any applicable insurance agreement.

       /s/ Jack J. Hall
       Jack J. Hall, (HAL035)
       Attorney for Defendants
       Willie Murry Robinson, Jr.
       and US Services, LLC

**OF COUNSEL:**
HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205) 251-8143 Telephone
(205) 326-3202 Facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this the 23rd day of May, 2007, served a true and correct copy of the foregoing pleading on all counsel of record to this proceeding by placing same in the United States Mail, properly addressed and first-class postage prepaid, to wit:

David E. Allred
DAVID E. ALLRED, P.C.
Post Office Box 241954
Montgomery, Alabama 36124-1594
(334)396-9200

Kenneth J. Mendelsohn
JEMISON & MENDELSOHN
1772 Platt Place
Montgomery, Alabama 36117
(334)213-2323

        /s/ Jack J. Hall
      OF COUNSEL