# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **WENDY WILKER and MICHAEL WILKER,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | Case No.:  2:07-cv-00232-MEF |
| ) | |
| **U.S. SERVICES, LLC.; WILLIE MURRAY ROBINSON, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANTS, U.S. SERVICES, LLC AND WILLIE MURRAY ROBINSON'S SECOND REQUEST FOR PRODUCTION TO PLAINTIFF, WENDY WILKER

COME NOW the Defendants, U.S. Services, L.L.C. and Willie Murray Robinson, and propound the following request for production to Plaintiff, Wendy Wilker, in accordance with Rule 34 of the Federal Rules of Civil Procedure:

As used herein, "document" is defined as any writing, and includes the original or a copy of handwriting; typewriting; printing; photocopying; photographing; computer printout; and every other means of recording upon any tangible thing or form of communication or representation including letters, words, pictures, sounds, or symbols or a combination of them.  These requests for production should be deemed continuing in nature, and defendant requests that you update your responses periodically to reflect any information obtained after these requests for production are initially responded to so that they include all information obtained up to and including trial of the case.

1. Produce detailed cell phone records for the time period of January 10-18, 2007.

    s/Jack J. Hall Jr.
Jack J. Hall, Jr., Attorney for Defendants, US Services, LLC and Willie Murray Robinson

OF COUNSEL:

HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205)251-8143

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 2nd day of August, 2007 served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by placing same in the U.S. mail, properly addressed and first class postage prepaid, to:

David E. Allred
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
(334)396-9200

Kenneth J. Mendelsohn
JEMISON & MENDELSOHN
1772 Platt Place
Montgomery, Alabama 36117
(334)213-2323

                                                                       s/Jack J. Hall, Jr.
                                                                        OF COUNSEL