## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WENDY WILKER and MICHAEL WILKER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.:    2:07-cv-00232-MEF |
| U.S. SERVICES, LLC.; WILLIE MURRAY ROBINSON, et al., | ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF SERVICE

Please take notice that the following discovery documents have been filed on behalf of Defendants:

1. Defendant, William Murray Robinson's Answers to Plaintiff's First Interrogatories;

2. Defendant, U. S. Services, LLC's Answers to Plaintiffs' Interrogatories.
3.

    s/Jack H. Hall, Jr.
Jack J. Hall, Jr., Attorney for Defendants, US Services, LLC and Willie Murray Robinson.

OF COUNSEL:
HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205)251-8143

### CERTIFICATE OF SERVICE

    I hereby certify that I have on this 9th day of August , 2007, served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by placing same in the U.S. mail, properly addressed and first class postage prepaid, to:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594

Kenneth J. Mendelsohn
JEMISON & MENDELSOHN
1772 Platt Place
Montgomery, Alabama 36117

                                                                  s/Jack H. Hall, Jr.
                                                                  OF COUNSEL