IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

WENDY WILKER and MICHAEL WILKER _____ )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )    CASE NO. 2:07-cv-002320-MEF
                                         )
U S SERVICES, LLC, et al. _____  )
                                         )
        Defendants,                      )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW WENDY WILKER_____, a Plaintiff_____ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____            _____

_____            _____

_____            _____


11/27/2007                          /s/ David E. Allred
_____                    _____
Date                                (Signature)

                                    David E. Allred
                                    _____
                                    (Counsel's Name)

                                    Plaintiffs Wendy and Michael Wilker
                                    _____
                                    Counsel for (print names of all parties)
                                    Post Office Box 241594
                                    _____
                                    Montgomery, Alabama  36124-1594
                                    _____
                                    Address, City, State Zip Code
                                    (334) 396-9200
                                    _____
                                    Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, David E. Allred _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by ____ electronic mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __27th__ day of __November__ 20 07, to:

Jack J. Hall, Jr., Esq.

HALL, CONERLY & BOLVIG, P.C.

1400 Financial Center

505 North 20th Street

Birmingham, Alabama   35203-2626

11/27/2007
**Date**

/s/  David E. Allred
**Signature**