IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

WENDY WILKER and MICHAEL WILKER, )
)
Plaintiff, )
)
v. )  CASE NO. 2:07-cv-002320-MEF
)
U S SERVICES, LLC, et al., )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  MICHAEL WILKER  , a  Plaintiff  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                   Relationship to Party
_____             _____
_____             _____
_____             _____

11/27/2007                          /s/ David E. Allred
Date                                (Signature)

                                    David E. Allred
                                    (Counsel's Name)

                                    Plaintiffs Wendy and Michael Wilker
                                    Counsel for (print names of all parties)
                                    Post Office Box 241594
                                    Montgomery, Alabama  36124-1594
                                    Address, City, State Zip Code
                                    (334) 396-9200
                                    Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

**CERTIFICATE OF SERVICE**

I, __David E. Allred_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __electronic mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __27th__ day of __November__ 20 _07_, to:

Jack J. Hall, Jr., Esq.

HALL, CONERLY & BOLVIG, P.C.

1400 Financial Center

505 North 20th Street

Birmingham, Alabama   35203-2626


11/27/2007                                        /s/ David E. Allred
____Date____                                    ____Signature____