IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ NORTHERN _____ DIVISION

Wendy Wilker and Michael Wilker
_____ ,    )
                                                )
                                                )
        Plaintiff,                              )
                                                )
                                                )
v.                                              )    CASE NO. 2:07-cv-00232-MEF
                                                )            _____
U S Services, LLC, et al.                       )
_____ ,    )
                                                )
        Defendants,                             )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Willie Murray Robinson , a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____           _____

_____           _____

_____           _____

_____           _____

11/29/2007                                 /s/ Jack J. Hall, Jr.
_____                    _____
        Date                               (Signature)

                                           Jack J. Hall, Jr.
                                           _____
                                           (Counsel's Name)

                                           U S Services, LLC et al.
                                           _____
                                           Counsel for (print names of all parties)
                                           505 North 20th Street, Suite 1400
                                           _____
                                           Birmingham, AL 35203
                                           _____
                                           Address, City, State Zip Code
                                           (205) 251-8143
                                           _____
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, _____ Jack J. Hall, Jr. _____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by _____ electronic mail _____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this _29th_ day of _November_ 20_07_, to:

David E. Allred, Esq.

DAVID E. ALLRED, P.C.

Post Office Box 241594

Montgomery, Alabama 36124-1594

_____

_____

11/29/2007
_____
Date

/s/ Jack J. Hall, Jr.
_____
Signature