**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 29, 2007

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style:**   Wilker et al v. U.S. Services, LLC et al

**Case Number:**   2:07cv00232-MEF

**This Notice of Correction was filed in the referenced case this date to attach the corrected PDF document previously attached to reflect the correct case number.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 26   filed on   November 28, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

Wendy Wilker and Michael Wilker
_____,
)
)
     Plaintiff,                   )
                                  )
v.                                )   CASE NO. 2:07-cv-00232-MEF
                                  )
U S Services, LLC, et al.         )
_____,
)
     Defendants,                  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  Willie Murray Robinson , a  Defendant  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                        Relationship to Party

_____          _____

_____          _____

_____          _____

_____          _____

11/29/2007                               /s/ Jack J. Hall, Jr.
Date                                     (Signature)

                                         Jack J. Hall, Jr.
                                         (Counsel's Name)

                                         U S Services, LLC et al.
                                         Counsel for (print names of all parties)
                                         505 North 20th Street, Suite 1400
                                         Birmingham, AL 35203
                                         Address, City, State Zip Code
                                         (205) 251-8143
                                         Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, _____Jack J. Hall, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____electronic mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __29th__ day of __November__ 20_07_, to:

David E. Allred, Esq.

DAVID E. ALLRED, P.C.

Post Office Box 241594

Montgomery, Alabama 36124-1594


11/29/2007                                              /s/ Jack J. Hall, Jr.
         Date                                                Signature