IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and MICHAEL WILKER, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No.:   2:07-cv-00232-MEF ) |
| U.S. SERVICES, LLC.; WILLIE MURRAY ROBINSON, et al., | ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' MOTION FOR EXTENSION OF DEADLINE TO DESIGNATE EXPERT WITNESSES AND SUPPLY THE INFORMATION REQUIRED BY RULE 26(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

COMES NOW the Defendants and moves this Honorable Court to extend the Deadline for Designating Expert Witnesses and providing the information required by Rule 26(a)(2) of the Federal Rules of Civil Procedure and as grounds in support of this Motion says as follow:

1) For that the undersigned counsel has contacted Plaintiff counsel, David Allred, who agrees to the extension as long as the expert witness designated will be offered for deposition in Montgomery, Alabama.

2) For that no prejudice would result from granting this Motion.

3) The defendants have located the Plaintiff vehicle for their accident reconstruction expert to inspect, and that vehicle is located in Campbellsville, Kentucky. It was on November 29, 2007 that the car was finally located and the inspection by the person who could be designated the expert witness for the Defendants could assist the trier of fact and present evidence critical in this case.

4) For that the undersigned counsel for the Defendant has been attempting to locate the automobile driven by the Plaintiff in this case since July and has been presented difficulty in his

attempts to locate the car due to uncooperative potential witnesses. However, he has successfully now located the car.

     5) For that the parties have agreed that the Extension for the Defendants to Designate Expert Witness Information should be extended from December 3, 2007 until December 31, 2007.

     Wherefore, premises considered, the Defendant shall pray that this Honorable Court would extend the Deadline Designating Expert Witnesses pursuant to Section 8 of the Uniform Scheduling Order from December 3, 2007 until December 31, 2007 for the grounds stated herein. There is no opposition to this motion.

     /s/ Jack J. Hall, Jr.
     Jack J. Hall, Jr., Attorney for Defendants, US Services, LLC and Willie Murray Robinson.

OF COUNSEL:

HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205)251-8143

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 30th day of November 2007, served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by electronic mail or by placing same in the U.S. mail, properly addressed and first class postage prepaid, to:

David E. Allred
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
(334)396-9200

Kenneth J. Mendelsohn
JEMISON & MENDELSOHN
1772 Platt Place
Montgomery, Alabama 36117
(334)213-2323

      /s/ Jack J. Hall, Jr.
      OF COUNSEL