IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WENDY WILKER, *et al.,* | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:07-cv-232-MEF |
| | ) | |
| U. S. SERVICES, LLC, *et al.,* | ) | |
| | ) | |
|     Defendants | ) | |

# **O R D E R**

Upon consideration of the Defendants' Motion for Extension of Deadline (Doc. #28)

filed on November 30, 2007, it is hereby

ORDERED that the motion is GRANTED to and including December 31, 2007.

DONE this the 30th day of November, 2007.

                    /s/ Mark E. Fuller
              CHIEF UNITED STATES DISTRICT JUDGE