IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WENDY WILKER and MICHAEL WILKER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.:   2:07-CV-00232-MEF |
| U.S. SERVICES, LLC.; WILLIE MURRAY ROBINSON, et al., | ) ) ) | |
| Defendants. | ) | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS

COMES NOW, the Defendants U.S. Services, LLC, and Willie Murray Robinson, and in response to Plaintiff's First Request for Admissions says as follows:

1. Admit.

2(a). Deny.

2(b). Deny.

        s/Jack J. Hall, Jr.
Jack J. Hall, Jr., Attorney for Defendants, US Services, LLC and Willie Murray Robinson.

OF COUNSEL:

HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205)251-8143

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 7th day of December 2007, served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by electronic mail or by placing same in the U.S. mail, properly addressed and first class postage prepaid, to:

David E. Allred
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594

Kenneth J. Mendelsohn
JEMISON & MENDELSOHN
1772 Platt Place
Montgomery, Alabama 36117

                                          s/Jack J. Hall, Jr.
                                          OF COUNSEL