IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WENDY WILKER, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:07-cv-232-MEF |
| | ) | |
| U. S. SERVICES, LLC, *et al.,* | ) | |
| | ) | |
| Defendants | ) | |

## **O R D E R**

It has come to the Court's attention that plaintiffs' counsel has failed to comply with the dictates of Section 3 of the Uniform Scheduling Order entered by this Court on May 1, 2007 (Doc. # 10). Section 3 requires counsel for the plaintiffs to file a pleading titled "Notice Concerning Settlement Conference and Mediation" indicating whether settlement was reached at the face-to-face settlement conference, and if not, whether the parties believe mediation will assist them in resolving this case short of trial. Counsel for plaintiffs is required to submit the Notice Concerning Settlement Conference and Mediation within five days of the face-to-face settlement conference. Pursuant to the Uniform Scheduling Order the parties were to have conducted that face-to-face settlement conference no later than November 26, 2007. Hence, the Notice Concerning Settlement Conference and Mediation should have been filed no later than December 3, 2007. As of this date, no Notice Concerning Settlement Conference and Mediation has been filed.

It is hereby ORDERED that:

a. Plaintiffs' counsel file the Notice Concerning Settlement Conference and Mediation by **December 18, 2007.**

b. Plaintiffs' counsel must show cause by **December 18, 2007,** why the Court should not sanction him pursuant to Federal Rule of Civil Procedure 16(f) for failure to comply with the Uniform Scheduling Order in this case.

DONE this the 11th day of December, 2007.

                                             /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE