IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and <br> MICHAEL WILKER, <br> <br> *Plaintiffs,* <br> <br> vs. <br> <br> U S SERVICES, LLC; <br> WILLIE MURRAY ROBINSON, *et al.,* <br> <br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:07-cv-00232-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

## REPORT OF PARTIES' SETTLEMENT MEETING/ RESPONSE TO SHOW CAUSE ORDER

Counsel for plaintiffs submit the following report regarding the parties' settlement meeting and in response to the Court's order of December 11, 2007 (Doc. 32).

1. Settlement has been discussed between the parties and counsel for both parties via telephone. Since counsel for the parties are in different cities, a face-to-face meeting concerning settlement did not occur prior to December 13, 2007.

2. The parties met face-to-face on December 13, 2007 and discussed settlement prospects for approximately one hour. Although no agreement of settlement was reached, the parties have agreed to mediate the case and are in the process of selecting a mediator, after which selection process, a mediation session will be scheduled.

3. This case is set for trial during the Court's term of March 3, 2008, and by reporting the results of the settlement meeting of December 13, 2007, the case will not be delayed; hence, counsel urges to the Court to forego sanctions.

          Respectfully submitted,

          /s/ David E. Allred
          DAVID E. ALLRED
          D. CRAIG ALLRED
          Attorneys for Plaintiffs
          WENDY WILKER and MICHAEL WILKER

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:   (334) 396-9977

## CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of December, 2007 electronically filed the foregoing *Report of Parties' Settlement Meeting / Response to Show Cause Order* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

      Jack J. Hall, Esq.
      Jack J. Hall, Jr., Esq.
      HALL, CONERLY & BOLVIG, P.C.
      Suite 1400 Financial Center
      505 North 20th Street
      Birmingham, Alabama  35203-2626

          /s/ David E. Allred
          OF COUNSEL