IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and MICHAEL WILKER, ) ) ) Plaintiffs, ) ) vs. ) ) U.S. SERVICES, LLC.; WILLIE ) MURRAY ROBINSON, et al., ) ) Defendants. ) | Case No.: 2:07-cv-00232-MEF |

### DISCLOSURE OF EXPERT WITNESSES

Comes now the Defendants, Willie Murray Robinson and US Services, LLC, and reserves the right to call the following as expert witnesses in this case:

1) G. Allen Loper, PE.  All information regarding Mr. Loper has been mailed and emailed to Plaintiff's Counsel.

 

/s/ Jack J. Hall, Jr.
Jack J. Hall, Jr., Attorney for Defendants, US Services, LLC and Willie Murray Robinson.

OF COUNSEL:

HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205)251-8143

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this \_\_\_31st\_\_\_ day of \_\_December\_\_ 2007, served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by placing same in the U.S. mail, properly addressed and first class postage prepaid, to:

David E. Allred
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
(334)396-9200

Kenneth J. Mendelsohn
JEMISON & MENDELSOHN
1772 Platt Place
Montgomery, Alabama 36117
(334)213-2323

                                                    /s/ Jack J. Hall, Jr.
                                                    OF COUNSEL