IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and MICHAEL WILKER, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. SERVICES, LLC.; WILLIE MURRAY ROBINSON, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No.: 2:07-cv-00232-MEF ) ) ) ) ) ) |

## RE-NOTICE OF TAKING DEPOSITION

TO: DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594

Please take notice that the undersigned will take depositions upon oral examination of the person named below at the time and place designated before a court reporter or some other person authorized by law to administer oaths;

**DEPONENT:** Trooper Andrew Sutley

**DATE:** January 11th, 2008

**TIME:** 10:00 a.m.

**PLACE:** Office of David E. Allred
7030 Fain Park Drive, Suite 9
Montgomery, Alabama 36117

_____
Jack J. Hall, Jr.
Attorney for Defendant, U. S. Services, LLC

**OF COUNSEL:**
HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-2626
(205) 251-8143 Telephone
(205) 326-3202 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 3rd day of January 2008, served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by electronic mail to:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594

_____
Of Counsel

cc:  National Court Reporting
     Jack Hall, Sr.