IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and<br>MICHAEL WILKER,<br><br>   *Plaintiffs,*<br><br>vs.<br><br>US SERVICES, LLC;<br>WILLIE MURRAY ROBINSON, *et al.,*<br><br>   *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:07-cv-00232-MEF<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO EXTEND DISCOVERY CUT-OFF DEADLINES

NOW COME the plaintiffs and move the Court to extend the discovery cut-off deadlines through and including Friday, February 15, 2008 and, for reason, plaintiffs would show unto the Court as follows:

1. That medical depositions are scheduled to be taken on January 17, 2008 and February 11, 2008.

2. That the deposition of defendants' expert is scheduled for January 25, 2008.

3. That these depositions could not be scheduled earlier due to either unavailability of the medical witnesses or conflicts with counsel's calendar.

4. That extending the discovery cut-off date through and including February 15, 2008 will not delay the trial and will not cause an undue burden on any party.

WHEREFORE, THE PREMISES CONSIDERED, plaintiffs move the Court to extend the discovery cut-off date through and including February 15, 2008 so that these depositions may be taken by agreement.

Respectfully submitted,

/s/ David E. Allred
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiffs

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:   (334) 213-2323
Facsimile:    (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that I have this 14th day of January, 2008 electronically filed the foregoing *Motion to Extend Discovery Cut-Off Deadlines* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

> Jack J. Hall, Esq.
> Jack J. Hall, Jr., Esq.
> HALL, CONERLY & BOLVIG, P.C.
> Suite 1400 Financial Center
> 505 North 20th Street
> Birmingham, Alabama  35203-2626

/s/ David E. Allred
OF COUNSEL