IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-232-MEF |
| | ) |
| U.S. SERVICES, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

On January 31, 2008, this Court conducted a pretrial conference with counsel for each side in this case. During this conference, issues were raised that made it abundantly clear to this Court that the parties would not be ready to try this case on March 3, 2008, as currently scheduled. Accordingly, it is hereby ORDERED that:

(1)  The trial in this case is CANCELLED.

(2)  The deadlines for discovery is continued generally, pending the notice from the parties to be discussed below.

(3)  The deadline for disclosing the identity and reports of retained experts or witnesses whose duties as an employee of the party regularly involve giving expert testimony, required by Fed. R. Civ. P. 26(a)(2) is continued, subject to the condition that the deadline will be deemed to have expired for any expert that the party could reasonably have complied with its disclosure obligations prior to the previous deadline.

(4)　　The parties are hereby DIRECTED to file a Joint Report on or before **Monday, February 18, 2008** that sets forth the following information:

(a)　　A new agreed upon deadline for discovery

(b)　　A new agreed upon deadline for the identity and reports of expert witnesses.

(c)　　The date that both parties agree they will be ready for trial. The parties should take notice of the scheduled Montgomery Civil Jury trial terms published on the Court's website.

DONE this 4th day of February, 2008.

　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE