IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and<br>MICHAEL WILKER,<br><br>    *Plaintiffs,*<br><br>vs.<br><br>U S SERVICES, LLC;<br>WILLIE MURRAY ROBINSON, *et al.*,<br><br>    *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:07-cv-00232-MEF<br>)<br>)<br>)<br>)<br>) |

## JOINT REPORT

NOW COME the parties and submit the following Joint Report in compliance with the Court's order to do so (Doc. 40):

(a) A new agreed upon deadline for discovery: **August 29, 2008.**

(b) A new agreed upon deadline for the identity and reports of expert witnesses: **July 29, 2008.**

(c) The date that both parties agree they will be ready for trial. The parties should take notice of the scheduled Montgomery Civil Jury trial terms published on the Court's website: **September 29, 2008.**

Respectfully submitted this 18th day of February, 2008.

|  |  |
|---|---|
|  | _/s/ David E. Allred_<br>DAVID E. ALLRED<br>D. CRAIG ALLRED<br>Attorney for Plaintiffs<br>WENDY WILKER and MICHAEL WILKER |

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
Telephone:   (334) 213-2323
Facsimile:    (334) 213-5663

|  |  |
|---|---|
|  | _/s/ Jack J. Hall, Jr._<br>JACK J. HALL, JR.<br>Attorney for Defendants<br>US SERVICES, LLC and<br>WILLIE MURRAY ROBINSON |

OF COUNSEL:

HALL, CONERLY & BOLVIG, P.C.
Suite 1400 Financial Center
505 North 20th Street
Birmingham, Alabama   35203-2626
Telephone:   (205) 251-8143
Facsimile:    (205) 326-3202