IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WENDY WILKER, *et al.,* | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:07-cv-232-MEF |
| | ) | |
| U. S. SERVICES, LLC, *et al.,* | ) | |
| | ) | |
|     Defendants | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Amend/Correct Answer (Doc. #43) filed on February 25, 2008, it is hereby

ORDERED that the plaintiffs show cause in writing on or before March 13, 2008 as to why the motion should not be granted.

DONE this the 3rd day of March, 2008.

                                        /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE