IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and<br>MICHAEL WILKER,<br><br>      *Plaintiffs,*<br><br>vs.<br><br>US SERVICES, LLC;<br>WILLIE MURRAY ROBINSON, *et al.,*<br><br>      *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:07-cv-00232-MEF<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ORDER
## THAT FACTS ARE DEEMED ADMITTED

NOW COME the plaintiffs, **WENDY WILKER** and **MICHAEL WILKER**, and move the Court for an Order that the facts set out in the plaintiffs' Request for Admissions attached hereto are admitted for purposes of trial and, for reason, the plaintiffs would show unto the Court as follows:

1. That on May 20, 2008, the plaintiffs filed a Request for Admissions attached hereto as Exhibit "A":

    "1. That BlueCross BlueShield of Alabama has paid $45,879.77 for treatment to Wendy Wilker for injuries arising out of the accident made the basis of this suit.

    2. That Wendy Wilker is required to repay $45,879.77 to BlueCross BlueShield of Alabama out of any recovery that she receives from the defendants."

2. That Rule 36 of the *Federal Rules of Civil Procedure* provides:

> "(3)   *Time to respond: Effect of not responding.*
> A matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection addressed to the matter and signed by the party or its attorney."

3. That the defendants have failed to file such a response within the time prescribed by law.

4. That the matters which are the subject of plaintiffs' Request for Admissions would require the expense of depositions in order to prove up the facts; however, since the defendants have failed to respond to the request, the plaintiffs are entitled to have an order entered by the Court that these matters are admitted pursuant to the Rule.

WHEREFORE, THE PREMISES CONSIDERED, the plaintiffs respectfully request the Court to enter an order that the matters set out in plaintiffs' Request for Admissions are, in fact, admitted for the purposes of the trial of this case and that the plaintiffs need not offer further proof of these matters.

Respectfully submitted,

/s/ David E. Allred
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiffs

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
Telephone:   (334) 213-2323
Facsimile:    (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that I have this 26th day of June, 2008 electronically filed the foregoing *Motion for Order that Facts Are Deemed Admitted* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

>Jack J. Hall, Esq.
>Jack J. Hall, Jr., Esq.
>HALL, CONERLY & BOLVIG, P.C.
>Suite 1400 Financial Center
>505 North 20th Street
>Birmingham, Alabama   35203-2626

>/s/ David E. Allred
>OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and<br>MICHAEL WILKER,<br><br>*Plaintiffs,*<br><br>vs.<br><br>US SERVICES, LLC;<br>WILLIE MURRAY ROBINSON, *et al.,*<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:07-cv-00232-MEF<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR ADMISSIONS

NOW COMES the plaintiff, by and through her attorney, and requests that the defendants admit the truth of the following matters for the purposes of this action within the time prescribed by law:

1. That BlueCross BlueShield of Alabama has paid $45,879.77 for treatment to Wendy Wilker for injuries arising out of the accident made the basis of this suit.

2. That Wendy Wilker is required to repay $45,879.77 to BlueCross BlueShield of Alabama out of any recovery that she receives from the defendants.



_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiffs


EXHIBIT A

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
Telephone:   (334) 213-2323
Facsimile:    (334) 213-5663

### CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing *Request for Admissions* upon the following counsel of record in this cause by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 20th day of May, 2008:

>Jack J. Hall, Jr., Esq.
>HALL, CONERLY & BOLVIG, P.C.
>Suite 1400 Financial Center
>505 North 20th Street
>Birmingham, Alabama   35203-2626



_____
OF COUNSEL