IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WENDY WILKER, *et al.*,                )
                                       )
      Plaintiff,                )
                                       )
v.                                     )          CASE NO. 2:07-cv-232-MEF
                                       )
U.S. SERVICES, LLC, *et al.*,          )
                                       )
      Defendants.              )

## **ORDER**

    Upon of review of Plaintiff's *Motion for Order that Facts are Deemed Admitted* (Doc. 47, filed June 26, 2008), it is **ORDERED** that Defendants show cause why this motion should not be granted on or before **July 7, 2008**.

    DONE this 26th day of June, 2008.

                      /s/ Terry F. Moorer
                      TERRY F. MOORER
                      UNITED STATES MAGISTRATE JUDGE