IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and MICHAEL WILKER, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No.: 2:07-CV-00232-MEF ) |
| U.S. SERVICES, LLC.; WILLIE MURRAY ROBINSON, et al., | ) ) ) ) |
| Defendants. | ) |

### RESPONSE TO PLAINTIFF'S MOTION FOR ORDER THAT FACTS ARE DEEMED ADMITTED

Comes now the Defendants, U.S. Services, LLC and Willie Murray Robinson, and for response to the Motion For Order that Facts Be Deemed Admitted filed in this case and in Response to the Order Allowing the Defendants to show cause why this Motion should be granted on or before July 7, 2008, says as follows:

1. This Defendant is unable to admit or deny request number one as Blue Cross Blue Shield of Alabama may have paid additional medical expenses for medical treatment which Mrs. Wilker has undergone for injuries related to the accident. As a result these Defendants deny request number one.

2. These Defendants are not privy to the arrangement between Blue Cross Blue Shield of Alabama and her lawyers with respect to any attorney fee that may be deducted from the full amount as well as any negotiated reduction in the amount paid. As a result, this request is denied.

Defense counsel will make a good faith effort to establish the truth and is not opposed to admitting the amount that Blue Cross Blue Shield of Alabama has paid nor stipulating to the subrogation once this information is final and will have discussions to determine the exact amount with Plaintiff's counsel

**WHEREFORE,** premises considered, these Defendants request this Honorable Court to deny the Motion for Order that facts be deemed admitted.

_____
Jack J. Hall, Jr. Attorney for Defendants, US Services, LLC and Willie Murray Robinson

OF COUNSEL:

HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205)251-8143

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 27th day of June 2008, served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by placing same in the U.S. mail, properly addressed and first class postage prepaid, to:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
(334)396-9200

_____
OF COUNSEL

2