IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER, *et al.*,	) | |
| ) | |
| Plaintiff,	) | |
| ) | |
| v.	) | CASE NO. 2:07-cv-232-MEF |
| ) | |
| U.S. SERVICES, LLC, *et al.*,	) | |
| ) | |
| Defendants.	) | |

## **ORDER**

Pending before the Court is Plaintiff's *Motion for Order that Facts are Deemed Admitted* (Doc. 47, filed June 26, 2008) and Defendants' *Response to Plaintiff's Motion for Order that Facts are Deemed Admitted* (Doc. 49, filed 6/27/08).

Based on defendants' response wherein they include responses to the requested discovery, it is **ORDERED** that the motion (Doc. 47) is **DENIED as moot**. However, counsel included no explanation for the untimeliness of Defendants' responses. Counsel is reminded that deadlines are not optional and generally not negotiable. Further, absent good cause, the Court will not be so lenient in the future with untimely responses to discovery requests.

DONE this 27th day of June, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE