IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WENDY WILKER and )
MICHAEL WILKER, )
 )
Plaintiffs, )
 )
vs. )     CASE NO. 2:07-cv-00232-MEF
 )
US SERVICES, LLC; )
WILLIE MURRAY ROBINSON, *et al.,* )
 )
Defendants. )

## MOTION TO STRIKE / MOTION FOR SANCTIONS AWARDING ATTORNEY FEES AND COSTS TO THE PLAINTIFFS FOR DEFENDANTS' FAILURE TO ADMIT / MOTION TO RECONSIDER

NOW COME the plaintiffs, WENDY WILKER and MICHAEL WILKER, and move the

Court to strike the defendants' response to plaintiffs' Motion for Order that Facts are

Deemed Admitted (Doc. 49) and renew plaintiffs' Motion for an Order that the Facts are

Deemed Admitted. Plaintiffs further move the Court for sanctions awarding attorney fees

and costs to the plaintiffs. Plaintiffs further move the Court to reconsider its Order (Doc.

50), which Order was entered before the plaintiffs had an opportunity to prepare and file

this motion, and, for reason, the plaintiffs say as follows:

    1.    On June 26, 2008, plaintiffs filed their "Motion for Order that Facts are

Deemed Admitted" (Doc. 47) seeking an Order from this Court that the matters set out in

the plaintiffs' May 20, 2008 Request for Admissions[1] be the subject of an Order that those facts are deemed admitted inasmuch as the defendants had failed or refused to make any response within thirty (30) days as required by Rule 36.

2.     This Court entered an Order on June 26 (Doc. 48) that the defendants show cause as to why the Order should not be granted.

3.     The defendants filed a response (Doc. 49) on June 27; however, the defendants' response is due to be stricken because it was not filed within thirty (30) days of the date of the request as required by Rule 36, and the defendants' responses are frivolous, not based on any legal precedent, and, for those reasons, do not comport with the requirements of Rule 36(a)(4):

> "*Answer.* . . . A denial must fairly respond to the substance of the matter; and when good faith requires that a party qualify an answer or deny only a part of a matter, the answer must specify the part admitted and qualify or deny the rest. The answering party may assert lack of knowledge or information as a reason for failing to admit or deny <u>only if the party states that it has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny.</u>" (*Emphasis supplied*)

4.     Attached to this motion as Exh. 1 is a copy of the plaintiffs' Request for Admissions filed on May 20, 2008, and to which the defendants failed to respond in a timely manner.  Please note that the requests are only two in number and seek simply to establish that the plaintiff's health care provider, BlueCross BlueShield of Alabama, has paid $45,879.77 for treatment to Wendy Wilker for some of the injuries that she sustained

---

[1]The Request for Admissions upon which this motion is bottomed is attached hereto as Exhibit 1.

in the accident made the basis of this suit, and that Plaintiff Wendy Wilker is required to repay that same amount back to BlueCross BlueShield of Alabama out of any recovery that she receives from the defendants in this case.  (See Exh. 1)

5.      Rather than respond to the Request for Admissions, the defendants, first of all, elected to ignore them and allow the 30 day time limit for response to expire.  The defendants filed nothing until ordered to show cause by the Court as to why these matters should not be admitted, after which, the defendants filed Doc. 49 outside the time allowed by Rule 36.  The defendants proffered no reason why they should be allowed to file a late response and have not sought leave of Court to do so.  By failing to respond within 30 days as required by Rule 36, however, the **defendants have waived** any right to make responses at this time.  Moreover, the defendants have failed to request leave of Court or to demonstrate any reason why they should now, after the time has expired, be allowed to raise objections or file a late response to the request.

6.      Notwithstanding the above reasons, the defendants' response (Doc. 49) is further due to be stricken because it is completely frivolous.  Please note that the Rule requires that:

> "A denial must fairly respond to the substance of the matter . . . . .  The answering party may assert lack of knowledge or information as a reason for failing to admit or deny <u>only if the party states that it has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny</u>."  (*Emphasis supplied*)

7.      Rather than comply with Rule 36 regarding Request for Admissions Number 1 (that BlueCross of Alabama has paid $45,879.77 for the plaintiff's treatment), the

defendants state invalid reasons why the defendants are "unable to admit or deny the request . . . " because BlueCross " . . . may have paid additional medical expenses . . .".

8.      Similarly, rather than comply with Rule 36 concerning the plaintiff's Request for Admissions that the plaintiff would be required to repay $45,879.77 to BlueCross out of any recovery in this case, the defendants have stated that they are not aware of attorney fee arrangements between BlueCross and the plaintiff. This response is irrelevant and, in fact, is frivolous.

9.      The defendants' response (Doc. 49) should be stricken in its entirety and the Court should enter an Order that the matters which are the subject of plaintiff's Request for Admissions are deemed admitted because, the defendants' response (Doc. 49) is unfounded, contrary to the *Federal Rules of Civil Procedure*, completely frivolous, and, as shown below, untrue and, in fact, undertaken in bad faith and to increase the costs and expense to the plaintiffs of these proceedings.

10.      Please look at the efforts to which the undersigned counsel for the plaintiffs has gone in order to get these administrative facts established:

**January 23, 2008:**      Plaintiffs' counsel wrote to defendants' counsel advising that the subrogation amount was $45,879.77; "I need to know if the defendants stipulate to the amount and to the fact that Wendy Wilker is required to pay back that amount out of her recovery and I have enclosed a proposed stipulation in that regard. If the defendants do not stipulate to these issues, let me know right away so that I can schedule the appropriate depositions." (Exh. A)

**February 19, 2008:**      Plaintiffs' counsel sent correspondence to defendants' counsel: "Enclosed herewith is correspondence received

-4-

from BlueCross' lawyer showing the BlueCross subrogation amount as of January 24, 2008 of $45,879.77. <u>I have also enclosed a copy of the supporting documents sent as well</u>. I need to hear from you concerning the proposed stipulation so that I will know whether I need to depose the BlueCross witnesses." The Court's attention is drawn to the fact that, with the February 19th letter, plaintiffs' counsel sent to the defendants' counsel a 17 page itemization of the charges that were the subject of BlueCross' subrogation claim of $45,879.77. Moreover, with the February 19th letter, plaintiffs' counsel sent to defendants' counsel a copy of a letter dated February 14, 2008 from BlueCross' lawyer identifying him (Mr. Velezis) and his Birmingham, Alabama law firm as the contact person for BlueCross. Indeed, the name, "Jack J. Hall, Jr." is actually mentioned in the Velezis letter of February 14, 2008 to plaintiffs' counsel, so, it is undisputed that counsel for the defendants in this case, Mr. Hall, has been well aware that Mr. Velezis, in Birmingham, is the contact person for any information regarding BlueCross on this case and, plaintiffs' counsel even informed Mr. Velezis of Mr. Hall's identity so as to coordinate the exchange of information between the two in the event that supplemental or additional information was requested by Mr. Hall. None ever was. (Exh. B)

**May 20, 2008:**    The defendants' counsel continued to ignore plaintiffs' request about the proposed BlueCross stipulation, so, on May 20, 2008, plaintiffs' counsel sent correspondence (Exhibit C) to defendants' counsel reminding him of the January 23, 2008 letter and enclosing an additional copy of that letter, as well as the proposed stipulation and, at that time, enclosing a Request for Admissions. (Exh. C)

11.    The defendants ignored the May 20, 2008 Request for Admissions too and never responded to it within the 30 days allowed under Rule 36. Rather, the defendants only filed a response (Doc. 49) to the Court's Show Cause Order (Doc. 48).

The plaintiffs say that the foregoing considered, it is obvious that the defendants' position not only has no basis in the *Rules of Civil Procedure*, but that the defendants' position is indeed completely frivolous and obviously undertaken in bad faith and in an effort to cause additional costs and expenses on the part of the plaintiff to prepare her case for trial.  In light of the foregoing, the plaintiffs move the Court to:

(a)    Enter an Order that the matters set out in plaintiffs' Request for Admissions filed May 20, 2008 (Exhibit 1) are deemed admitted pursuant to Rule 36(a)(3).

(b)    Enter an Order that, due to the defendants' actions as described herein and documented by the exhibits attached hereto, the plaintiff is entitled to reasonable costs and attorneys' fees for her counsel in addressing this issue and having to file this motion with the Court concerning matters regarding which there is no dispute.

(c)    That the Court grant such other, further, or different relief as the Court may deem appropriate under the circumstances.

Respectfully submitted,


_/s/ David E. Allred_
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiffs

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:     (334) 396-9200
Facsimile:      (334) 396-9977

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
Telephone:     (334) 213-2323
Facsimile:      (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that I have this 27th day of June, 2008 electronically filed the

foregoing *Motion to Strike / Motion for Sanctions Awarding Attorney Fees and Costs to the*

*Plaintiffs for Defendants' Failure to Admit / Motion to Reconsider* with the Clerk of the Court

for the United States District Court, for the Middle District of Alabama, Northern Division,

using the CM/ECF system, which will send notification of such filing to:

> Jack J. Hall, Esq.
> Jack J. Hall, Jr., Esq.
> HALL, CONERLY & BOLVIG, P.C.
> Suite 1400 Financial Center
> 505 North 20th Street
> Birmingham, Alabama   35203-2626

         /s/ David E. Allred
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WENDY WILKER and )
MICHAEL WILKER, )
  )
    *Plaintiffs,* )
  )
vs. )   CASE NO. 2:07-cv-00232-MEF
  )
US SERVICES, LLC; )
WILLIE MURRAY ROBINSON, *et al.,* )
  )
    *Defendants.* )

## REQUEST FOR ADMISSIONS

NOW COMES the plaintiff, by and through her attorney, and requests that the defendants admit the truth of the following matters for the purposes of this action within the time prescribed by law:

    1.    That BlueCross BlueShield of Alabama has paid $45,879.77 for treatment to Wendy Wilker for injuries arising out of the accident made the basis of this suit.

    2.    That Wendy Wilker is required to repay $45,879.77 to BlueCross BlueShield of Alabama out of any recovery that she receives from the defendants.

 

DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiffs

EXHIBIT
1

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:    (334) 396-9200
Facsimile:     (334) 396-9977

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
Telephone:    (334) 213-2323
Facsimile:     (334) 213-5663

### CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing *Request for Admissions* upon the

following counsel of record in this cause by placing a copy of same in the United States

Mail, first-class postage prepaid, on this the 20th day of May, 2008:

> Jack J. Hall, Jr., Esq.
> HALL, CONERLY & BOLVIG, P.C.
> Suite 1400 Financial Center
> 505 North 20th Street
> Birmingham, Alabama   35203-2626

_____
OF COUNSEL

**DAVID E. ALLRED**
*Board Certified Civil Trial Specialist*
*National Board of Trial Advocacy*

E-MAIL:    dallred@allredpclaw.com

January 23, 2008

Jack J. Hall, Jr., Esq.
**HALL, CONERLY & BOLVIG, P.C.**
1400 Financial Center
505 North 20th Street
Birmingham, Alabama   35203-2626

*Via Facsimile* (205) 326-3202
*Confirmation by Mail*

      Re:   <u>Wendy Wilker and Michael Wilker v. US Services, LLC;</u>
             <u>Willie Murray Robinson, *et al.*</u>
             **U. S. District Court, Middle District, Northern Division**
             Case No:       2:07-cv-00232-MEF
             D/A:           1/17/07
             Your File No:   25036-041

Dear Jack:

      The lady at BlueCross has advised us that the current BlueCross subrogation amount is $45,879.77.  I need to know if the defendants stipulate to the amount and to the fact that Wendy Wilker is required to pay back that amount out of her recovery and I have enclosed a proposed stipulation in that regard.  If the defendants do not stipulate to these issues, let me know right away so that I can schedule the appropriate depositions.

                Yours truly,

                David E. Allred

DEA/bgf
Enclosure



EXHIBIT

A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WENDY WILKER and )
MICHAEL WILKER, )
 )
        *Plaintiffs,* )
 )
vs. )    CASE NO. 2:07-cv-00232-MEF
 )
US SERVICES, LLC; )
WILLIE MURRAY ROBINSON, *et al.,* )
 )
        *Defendants.* )

## <u>STIPULATION</u>

The parties stipulate to the following facts for the purposes of this litigation:

1.    BlueCross has paid $45,879.77 for treatment to Wendy Wilker for injuries arising out of the accident made the basis of this suit.

2.    Wendy Wilker is required to repay $45,879.77 to BlueCross out of any recovery that she receives from the defendants.

Dated this ____ day of January, 2008.


                                      _____
                                      DAVID E. ALLRED
                                      D. CRAIG ALLRED
                                      Attorneys for Plaintiffs

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
Telephone:    (334) 213-2323
Facsimile:    (334) 213-5663


_____
JACK J. HALL
JACK J. HALL, JR.
Attorneys for Defendants


OF COUNSEL:

HALL, CONERLY & BOLVIG, P.C.
Suite 1400 Financial Center
505 North 20th Street
Birmingham, Alabama   35203-2626
Telephone:    (205) 251-8143
Facsimile:    (205) 326-3202

**DAVID E. ALLRED**
*Board Certified Civil Trial Specialist*
*National Board of Trial Advocacy*

E-MAIL:    dallred@allredpclaw.com

February 19, 2008

Jack J. Hall, Jr., Esq.                    *Via E-Mail jack.halljr@hallconerly.com*
**HALL, CONERLY & BOLVIG, P.C.**
1400 Financial Center
505 North 20th Street
Birmingham, Alabama   35203-2626

Re:    Wendy Wilker and Michael Wilker v. US Services, LLC;
       Willie Murray Robinson, *et al.*
       U. S. District Court, Middle District, Northern Division
       Case No:        2:07-cv-00232-MEF
       D/A:            1/17/07
       Your File No:   25036-041

Dear Jack:

Enclosed herewith is correspondence received from BlueCross' lawyer showing the BlueCross subrogation amount as of January 24, 2008 of $45,879.77.  I have also enclosed a copy of the supporting documents sent as well.  I need to hear from you concerning the proposed stipulation so that I will know whether I need to depose the BlueCross witnesses.

Yours truly,

David E. Allred

DEA/bgf
Enclosures

**EXHIBIT**

**B**

WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.

ATTORNEYS AND COUNSELORS
800 SHADES CREEK PARKWAY, SUITE 400
BIRMINGHAM, ALABAMA 35209

TELEPHONE: 205.870.0555
FACSIMILE: 205.871.7534

WWW.WALLACEJORDAN.COM

MICHAEL J. VELEZIS
MV@WALLACEJORDAN.COM
205.874.0379

February 14, 2008

**Via Facsimile & U.S. Mail**
David Allred, Esq.
David Allred, P.C.
P.O. Box 241594
Montgomery, Alabama 36124-1594

|      | RE: | Member       | : | Wendy W. Wilker |
|------|-----|--------------|---|-----------------|
|      |     | Case No.     | : | 20070260146     |
|      |     | Our File No. | : | 000118-0003     |

Dear David:

Pursuant to your HIPAA compliant request, enclosed is a related claims itemization dated January 24, 2008 and reflecting the $45,879.77 of claims administered by BlueCross in the above matter. You may want to forward a copy of this itemization to Jack J. Hall, Jr.

Thank you for not disbursing any funds recovered in this matter until the ultimate BlueCross BlueShield of Alabama equitable lien is first resolved.

Very truly yours,

Michael J. Velezis

MJV/khh
Enclosure



PATIENT        WENDY    W WILKER (OF SUBSCRIBER)
CONTRACT HOLDER: WENDY W WILKER
CASE NUMBER: 2007020146
DATE OF ACCIDENT: 01/17/2007                    REQUESTED BY: 02852        DESK CODE C

PAGE NUMBER    1
RUN DATE 01/24/2008

| CLAIM NUMBER | DATE OF SERVICE | PROVIDER OF SERVICE | DIAG CODE | BENEFITS PROVIDED |
|---|---|---|---|---|
| BS555025323800 | 01/17/2007-01/17/2007 | DAVID MICHAEL DOWNS MD | 99919 TRUNK INJURY-SITES NEC | 24.00 |
| BS555025323800 | 01/17/2007-01/17/2007 | DAVID MICHAEL DOWNS MD | 82300 FX UPPER END TIBIA-CLOSE | 24.00 |
| BS555025323800 | 01/17/2007-01/17/2007 | DAVID MICHAEL DOWNS MD | 82300 FX UPPER END TIBIA-CLOSE | 24.00 |
| BS555025323800 | 01/17/2007-01/17/2007 | DAVID MICHAEL DOWNS MD | 9596 HIP THIGH INJURY NOS | 26.00 |
| BS555025323800 | 01/17/2007-01/17/2007 | DAVID MICHAEL DOWNS MD | 9596 HIP THIGH INJURY NOS | 26.00 |
| BS555025323800 | 01/17/2007-01/17/2007 | DAVID MICHAEL DOWNS MD | 9596 HIP THIGH INJURY NOS | 26.00 |
| BS555025323800 | 01/17/2007-01/17/2007 | DAVID MICHAEL DOWNS MD | 95911 INJURY OF CHEST WALL NEC | 14.00 |
| BS555025328800 | 01/17/2007-01/17/2007 | DAVID MICHAEL DOWNS MD | 9596 INJURY OF CHEST WALL NEC | 26.00 |
| BS555025328800 | 01/17/2007-01/17/2007 | DAVID MICHAEL DOWNS MD | 9597 HIP THIGH INJURY NOS | 24.00 |
| BS555025329900 | 01/17/2007-01/17/2007 | DAVID MICHAEL DOWNS MD | 9597 LOWER LEG INJURY NOS | 24.00 |
| BS555025329900 | 01/17/2007-01/17/2007 | DAVID MICHAEL DOWNS MD | 82525 LOWER LEG INJURY NOS | 24.00 |
| BS555025329900 | 01/17/2007-01/17/2007 | DAVID MICHAEL DOWNS MD | 82525 FX METATARSAL-CLOSED | 32.00 |
| BS556003706181800 | 01/17/2007-01/17/2007 | JAMES MICHAEL BRADWELL MD | 95901 HEAD INJURY UNSPECIFIED | 66.00 |
| BS560037061800 | 01/17/2007-01/17/2007 | JAMES MICHAEL BRADWELL MD | 95901 HEAD INJURY UNSPECIFIED | 41.50 |
| BS560037061800 | 01/17/2007-01/17/2007 | JAMES MICHAEL BRADWELL MD | 95901 HEAD INJURY UNSPECIFIED | 213.00 |
| BS556003386700 | 01/17/2007-01/17/2007 | JEFFERSON UNDERWOOD MD | 95901 HEAD INJURY UNSPECIFIED | 16.00 |
| BS560025310200 | 01/17/2007-01/17/2007 | JOHN HAMNER PAYNE MD | 79431 ABNORM ELECTROCARDIOGRAM | 16.00 |
| BS555025310200 | 01/18/2007-01/18/2007 | DAVID MICHAEL DOWNS MD | 82300 FX UPPER END TIBIA-CLOSE | 24.00 |
| BS555025324000 | 01/18/2007-01/18/2007 | DAVID MICHAEL DOWNS MD | 99919 TRUNK INJURY-SITES NEC | 100.00 |
| BS555025324000 | 01/18/2007-01/18/2007 | DAVID MICHAEL DOWNS MD | 95901 TRUNK INJURY-SITES NEC | 88.00 |
| BS555025324000 | 01/18/2007-01/18/2007 | DAVID MICHAEL DOWNS MD | 95912 HEAD INJURY UNSPECIFIED | 114.00 |
| BS555025324000 | 01/18/2007-01/18/2007 | DAVID MICHAEL DOWNS MD | 95912 INJURY OF ABDOMEN NEC | 116.00 |
| BS555025324000 | 01/18/2007-01/18/2007 | DAVID MICHAEL DOWNS MD | 9591' INJURY OF ABDOMEN NEC | 100.00 |
| BS555025324000 | 01/18/2007-01/18/2007 | DAVID MICHAEL DOWNS MD | 95919 TRUNK INJURY-SITES NEC | 100.00 |
| BS555025324000 | 01/18/2007-01/18/2007 | DAVID MICHAEL DOWNS MD | 9509 INJURY OF FACE AND NECK | 86.00 |
| BS555025324100 | 01/18/2007-01/18/2007 | DAVID MICHAEL DOWNS MD | 95911 INJURY OF CHEST WALL NEC | 118.00 |

Paid Claim

PATIENT: WENDY        W WILKER (F SUBSCRIBER)

CONTRACT HOLDER: WENDY W WILKER
CASE NUMBER: 2007026040146
DATE OF ACCIDENT: 01/17/2007

REQUESTED BY: 02852          DESK CODE C

PAGE NUMBER   2
RUN DATE  01/24/2008

| CLAIM NUMBER | DATE OF SERVICE | PROVIDER OF SERVICE | DIAG CODE | BENEFITS PROVIDED |
|---|---|---|---|---|
| BS560025534200 | 01/18/2007-01/18/2007 | JONATHAN MAC VARNER MD | 829 FRACTURE NOS-CLOSED | 47.00 |
| BS560025534200 | 01/18/2007-01/18/2007 | JONATHAN MAC VARNER MD | 8290 FRACTURE NOS-CLOSED | 987.00 |
| BS560024475000 | 01/18/2007-01/18/2007 | JOHN MARK VERMILLION MD | 95901 HEAD INJURY UNSPECIFIED | 107.00 |
| BS555502359900 | 01/18/2007-01/18/2007 | N TUCKER MATTOX MD | 82330 FX UPPER END TIBIA-CLOSE | 839.00 |
| BS555502399900 | 01/18/2007-01/18/2007 | N TUCKER MATTOX MD | 82335 FX TIBIA SHAFT-OPEN | 1835.00 |
| BS555502399900 | 01/18/2007-01/18/2007 | N TUCKER MATTOX MD | 82525 FX METATARSAL-CLOSED | 111.00 |
| BC763013352600 | 01/18/2007-01/25/2007 | THE HEALTH CARE AUTHORITY FO | 8505 CONCUSSION W COMA NOS | 18960.00 |
| BS556026475100 | 01/19/2007-01/19/2007 | JOHN MARK VERMILLION MD | 95901 HEAD INJURY UNSPECIFIED | 59.00 |
| BS556026475200 | 01/22/2007-01/22/2007 | JOHN MARK VERMILLION MD | 78650 CHEST PAIN NOS | 59.00 |
| BS555031035700 | 01/23/2007-01/23/2007 | JOHN MARK VERMILLION MD | 9975 URINARY COMPLICATIONS | 59.00 |
| BS561242942500 | 01/23/2007-01/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 FX TIBIA NOS-CLOSED | 21.10 |
| BS561242962500 | 01/23/2007-01/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 FX TIBIA NOS-CLOSED | 59.75 |
| BS561242962500 | 01/23/2007-01/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 FX TIBIA NOS-CLOSED | 17.02 |
| BS561242962500 | 01/23/2007-01/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 FX TIBIA NOS-CLOSED | 142.95 |
| BS561242962500 | 01/23/2007-01/23/2007 | BAPT VENTURES AMERICAN HOMEP | 9975 URINARY COMPLICATIONS | 59.00 |
| BS555031035800 | 01/24/2007-01/24/2007 | TRI-COUNTY HOME MEDICAL EQUI | 9248 MULTIPLE CONTUSIONS NEC | 15.81 |
| BS555406059290 | 01/24/2007-01/24/2007 | JOHN MARK VERMILLION MD | 2869 COAGULAT DEFECT NEC/NOS | 79.00 |
| BS555031035900 | 01/25/2007-01/25/2007 | JOHN MARK VERMILLION MD | 8270 FX LOWER LIMB NEC-CLOSED | 245.00 |
| BS555003082500 | 01/25/2007-01/25/2007 | LIFESTAR RESPONSE OF ALABAMA | 8270 FX LOWER LIMB NEC-CLOSED | 64.00 |
| BS555003082500 | 01/25/2007-01/25/2007 | LIFESTAR RESPONSE OF ALABAMA | V5414 AFTERCARE TRAUM FX LEG | 104.00 |
| BS560827061100 | 01/26/2007-01/26/2007 | BRYAN W GANDY RPT | V5414 AFTERCARE TRAUM FX LEG | 95.00 |
| BS560082709700 | 01/26/2007-01/26/2007 | BAPTIST MEDICAL CENTER | 82535 FX METATARSAL-CLOSED | 56.00 |
| BS555046262800 | 01/29/2007-01/29/2007 | N TUCKER MATTOX MD | 82525 FX METATARSAL-CLOSED | 56.00 |

PATIENT: WENDY W WILKER (F SUBSCRIBER)

CONTRACT HOLDER: WENDY W WILKER
CASE NUMBER: 2007026 0146
DATE OF ACCIDENT: 01/17/2007

REQUESTED BY: 02852

PAGE NUMBER 3
RUN DATE 01/24/2008

DESK CODE C

| CLAIM NUMBER | DATE OF SERVICE | PROVIDER OF SERVICE | DIAG CODE | BENEFITS PROVIDED |
|---|---|---|---|---|
| B555504262800 | 01/29/2007-01/29/2007 | N TUCKER HATTOX HD | 82300 FX UPPER END TIBIA-CLOSE | 54.00 |
| B555504262800 | 01/29/2007-01/29/2007 | N TUCKER HATTOX HD | 82300 FX UPPER END TIBIA-CLOSE | 54.00 |
| B555504262800 | 01/29/2007-01/29/2007 | N TUCKER HATTOX HD | 82525 FX METATARSAL-CLOSED | 222.00 |
| B555504262800 | 01/29/2007-01/29/2007 | N TUCKER HATTOX HD | 82525 FX METATARSAL-CLOSED | 559.70 |
| BC763035095600 | 01/30/2007-01/30/2007 | THE HEALTH CARE AUTHORITY FO | 81201 FX FOOT BONE NOS-CLOSED | 80.00 |
| BC763035095600 | 01/30/2007-01/30/2007 | THE HEALTH CARE AUTHORITY FO | V5414 FX SURG NCK HUMERUS-CLOS | 104.00 |
| B555503587499600 | 01/30/2007-01/30/2007 | PHILIP S PIASECKI HD | 82524 AFTRCRE TRAUM FX LEG NOS | 1698.00 |
| B555504262828000 | 01/29/2007-01/29/2007 | N TUCKER HATTOX HD | 82524 FX CUNEIFORM, FOOT-CLOS | 677.00 |
| B5550062706100 | 02/01/2007-02/01/2007 | N TUCKER HATTOX HD | 82520 FX CUNEIFORM, FOOT-CLOS | 611.00 |
| BC763037086200 | 02/01/2007-02/01/2007 | THE HEALTH CARE AUTHORITY FO | 82380 FX FOOT BONE NOS-CLOSED | 72.00 |
| B555503582920000 | 02/01/2007-02/01/2007 | N TUCKER HATTOX HD | 82380 FX TIBIA NOS-CLOSED | 72.00 |
| B555605783750000 | 02/01/2007-02/01/2007 | BLAKE MICHAEL PRINCE HD | 82380 FX TIBIA NOS-CLOSED | 245.00 |
| B555506062980000 | 02/01/2007-02/01/2007 | LIFESTAR RESPONSE OF ALABAMA | 82524 FX TIBIA NOS-CLOSED | 72.00 |
| B555506062980000 | 02/01/2007-02/01/2007 | LIFESTAR RESPONSE OF ALABAMA | 82580 FX TIBIA NOS-CLOSED | 245.00 |
| B555506062980000 | 02/01/2007-02/01/2007 | LIFESTAR RESPONSE OF ALABAMA | 82560 FX TIBIA NOS-CLOSED | 72.00 |
| B555406062980000 | 02/01/2007-02/01/2007 | LIFESTAR RESPONSE OF ALABAMA | 82560 FX TIBIA NOS-CLOSED | 245.00 |
| B555506092900 | 02/01/2007-02/01/2007 | THOMAS SAUNDERS MOORE HD | 82524 FX TIBIA NOS-CLOSED | 24.00 |
| B560082709800 | 02/02/2007-02/02/2007 | BAPTIST MEDICAL CENTER | V5414 FX CUNEIFORM, FOOT-CLOS | 95.00 |
| B560082709800 | 02/02/2007-02/02/2007 | BAPTIST MEDICAL CENTER | V5414 AFTRCRE TRAUM FX LEG NOS | 56.00 |
| B555503958500 | 02/05/2007-02/05/2007 | N TUCKER HATTOX HD | 82525 FX METATARSAL-CLOSED | 66.00 |
| B555603958500 | 02/05/2007-02/05/2007 | N TUCKER HATTOX HD | 82525 FX METATARSAL-CLOSED | 104.00 |
| B560082706200 | 02/08/2007-02/08/2007 | BRYAN W GANDY RPT | V5414 AFTRCRE TRAUM FX LEG NOS | 28.00 |
| B555604561900 | 02/09/2007-02/09/2007 | JOHN MARK VERMILLION HD | 99901 HEAD INJURY UNSPECIFIED | 95.00 |
| B560082709800 | 02/11/2007-02/11/2007 | BAPTIST MEDICAL CENTER | V5414 AFTRCRE TRAUM FX LEG NOS | 95.00 |
| B560082709800 | 02/15/2007-02/15/2007 | BAPTIST MEDICAL CENTER | V5414 AFTRCRE TRAUM FX LEG NOS | 14.00 |
| B555505208800 | 02/19/2007-02/19/2007 | N TUCKER HATTOX HD | 82525 FX METATARSAL-CLOSED | 190.00 |
| B555505208800 | 02/19/2007-02/19/2007 | N TUCKER HATTOX HD | 82300 FX UPPER END TIBIA-CLOSE | |

PATIENT: WENDY W WILKER (CF SUBSCRIBER)

CONTRACT HOLDER: WENDY W WILKER
CASE NUMBER: 2007020146
DATE OF ACCIDENT: 01/17/2007

REQUESTED BY: 02852

PAGE NUMBER 4
RUN DATE 01/24/2008
DESK CODE C

| CLAIM NUMBER | DATE OF SERVICE | PROVIDER OF SERVICE | DIAG CODE | BENEFITS PROVIDED | |
|---|---|---|---|---|---|
| BS55050520008800 | 02/19/2007-02/19/2007 | N TUCKER MATTOX HD | 82525 | FX METATARSAL-CLOSED | 42.00 |
| BS55050520008800 | 02/19/2007-02/19/2007 | N TUCKER MATTOX HD | 82500 | FX METATARSAL-CLOSED | 48.00 |
| BS56008270606200 | 02/21/2007-02/21/2007 | BRYAN W GANDY RPT | V5414 | FX UPPER END TIBIA-CLOSE | 104.00 |
| BS56008270606200 | 02/23/2007-02/23/2007 | BRYAN W GANDY RPT | V5414 | AFRCRE TRAUM FX LEG NOS | 104.00 |
| BS56008270606200 | 02/23/2007-02/23/2007 | BRYAN W GANDY RPT | V571 | PHYSICAL THERAPY NEC | 104.00 |
| BS56012962962400 | 02/23/2007-02/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 | FX TIBIA NOS-CLOSED | 17.02 |
| BS56012962962400 | 02/23/2007-02/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 | FX TIBIA NOS-CLOSED | 142.95 |
| BS56012962962400 | 02/23/2007-02/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 | FX TIBIA NOS-CLOSED | 21.10 |
| BS56012962962400 | 02/23/2007-02/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 | FX TIBIA NOS-CLOSED | 39.75 |
| BS56012962962400 | 02/24/2007-02/24/2007 | BAPT VENTURES AMERICAN HOMEP | 9246 | FX TIBIA NOS-CLOSED | 15.81 |
| BS55406059593000 | 02/26/2007-02/26/2007 | N TUCKER MATTOX HD | V5414 | MULTIPLE CONTUSIONS NEC | 104.00 |
| BS55406059593000 | 02/26/2007-02/26/2007 | N TUCKER MATTOX HD | V571 | AFRCRE TRAUM FX LEG NOS | 104.00 |
| BS56016799392000 | 03/02/2007-03/02/2007 | TRI-COUNTY HOME MEDICAL EQUI | V571 | PHYSICAL THERAPY NEC | 104.00 |
| BS56016799392000 | 03/05/2007-03/05/2007 | BRYAN W GANDY RPT | 82330 | FX TIBIA SHAFT-OPEN | 60.00 |
| BS55530718203500 | 03/05/2007-03/05/2007 | N TUCKER MATTOX HD | 82384 | FX TIBIA SHAFT-OPEN | 56.00 |
| BS55530718203500 | 03/05/2007-03/05/2007 | N TUCKER MATTOX HD | 82525 | FX CUNEIFORM, FOOT-CLOS | 56.00 |
| BS55530718203500 | 03/05/2007-03/05/2007 | N TUCKER MATTOX HD | 82330 | FX METATARSAL-CLOSED | 56.00 |
| BS55307182030500 | 03/05/2007-03/05/2007 | N TUCKER MATTOX HD | 82330 | FX TIBIA SHAFT-OPEN | 56.00 |
| BS55307182030500 | 03/05/2007-03/05/2007 | N TUCKER MATTOX HD | 82300 | FX UPPER END TIBIA-CLOSE | 48.00 |
| BS55307182030500 | 03/06/2007-03/06/2007 | N TUCKER MATTOX HD | V571 | PHYSICAL THERAPY NEC | 104.00 |
| BS56016799392000 | 03/07/2007-03/07/2007 | BRYAN W GANDY RPT | V571 | PHYSICAL THERAPY NEC | 104.00 |
| BS56016799392000 | 03/09/2007-03/09/2007 | BRYAN W GANDY RPT | V571 | PHYSICAL THERAPY NEC | 104.00 |
| BS56016799392000 | 03/12/2007-03/12/2007 | BRYAN W GANDY RPT | V571 | PHYSICAL THERAPY NEC | 104.00 |
| BS56016799392000 | 03/14/2007-03/14/2007 | BRYAN W GANDY RPT | V571 | PHYSICAL THERAPY NEC | 104.00 |
| BS56010679393200 | 03/16/2007-03/16/2007 | BRYAN W GANDY RPT | V571 | PHYSICAL THERAPY NEC | 104.00 |
| BS56010679393200 | 03/19/2007-03/19/2007 | BRYAN W GANDY RPT | V571 | PHYSICAL THERAPY NEC | 104.00 |

PATIENT: WENDY    W WILKER (F SUBSCRIBER)

CONTRACT HOLDER: WENDY M WILKER
CASE NUMBER: 20070260146
DATE OF ACCIDENT: 01/17/2007

REQUESTED BY: 02852    DESK CODE C

PAGE NUMBER  5
RUN DATE 01/24/2008

| CLAIM NUMBER | DATE OF SERVICE | PROVIDER OF SERVICE | DIAG CODE | | BENEFITS PROVIDED |
|---|---|---|---|---|---|
| BS560106793200 | 03/23/2007-03/23/2007 | BRYAN W GANDY RPT | V571 | PHYSICAL THERAPY NEC | 104.00 |
| BS560106793200 | 03/21/2007-03/21/2007 | BRYAN W GANDY RPT | V571 | PHYSICAL THERAPY NEC | 104.00 |
| BS560106793200 | 03/23/2007-03/23/2007 | BRYAN W GANDY RPT | V571 | PHYSICAL THERAPY NEC | 104.00 |
| BS561262962500 | 03/23/2007-03/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 | FX TIBIA NOS-CLOSED | 17.02 |
| BS561262962500 | 03/23/2007-03/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 | FX TIBIA NOS-CLOSED | 142.95 |
| BS561262962500 | 03/23/2007-03/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 | FX TIBIA NOS-CLOSED | 21.10 |
| BS561262962500 | 03/23/2007-03/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 | FX TIBIA NOS-CLOSED | 39.75 |
| BS561262962500 | 03/23/2007-03/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 | FX TIBIA NOS-CLOSED | 15.81 |
| BS555408638210 | 03/24/2007-03/24/2007 | TRI-COUNTY HOME MEDICAL EQUI | 9248 | MULTIPLE CONTUSIONS NEC | 56.00 |
| BS555408638210 | 03/26/2007-03/26/2007 | N TUCKER MATTOX MD | 82525 | FX METATARSAL-CLOSED | 48.00 |
| BS554086382100 | 03/26/2007-03/26/2007 | N TUCKER MATTOX MD | 71946 | JOINT PAIN-L/LEG | 48.00 |
| BS556016875500 | 03/26/2007-03/26/2007 | N TUCKER MATTOX MD | 82300 | | 14.00 |
| BS556016079350 | 03/27/2007-03/27/2007 | BRYAN W GANDY RPT | V571 | PHYSICAL THERAPY NEC | 104.00 |
| BS556016079350 | 03/27/2007-03/27/2007 | BAPT VENTURES AMERICAN HOMEP | V571 | FX UPPER END TIBIA-CLOSE | 104.00 |
| BS557639944620 | 03/27/2007-05/27/2007 | THE HEALTH CARE AUTHORITY FO | 82380 | FX TIBIA NOS-CLOSED | 66.00 |
| BC763099046200 | 03/28/2007-04/04/2007 | N TUCKER MATTOX MD | 71177 | FX TIBIA NOS-CLOSED | 1,698.00 |
| BS554100855200 | 04/04/2007-04/04/2007 | GARY FRANCIS LEUNG MD | 71177 | CHONDROMALACIA PATELLAE | 130.00 |
| BS555410256010 | 04/04/2007-04/04/2007 | SUSAN MARIE GUBERT MD | 71946 | CHONDROMALACIA PATELLAE | 24.00 |
| BS555710997952 | 04/04/2007-04/04/2007 | BRYAN W GANDY RPT | 82300 | JOINT PAIN-L/LEG | 658.00 |
| BS556214117790 | 04/05/2007-04/05/2007 | BRYAN W GANDY RPT | V571 | FX UPPER END TIBIA-CLOSE | 104.00 |
| BS556214117790 | 04/05/2007-04/05/2007 | BRYAN W GANDY RPT | V571 | PHYSICAL THERAPY NEC | 104.00 |
| BS556214117790 | 04/06/2007-04/06/2007 | BRYAN W GANDY RPT | V571 | PHYSICAL THERAPY NEC | 104.00 |
| BS555103891300 | 04/09/2007-04/09/2007 | N TUCKER MATTOX MD | 71818 | LOOSE BODY-JOINT NEC | 48.00 |
| BS556214117790 | 04/11/2007-04/11/2007 | BRYAN W GANDY RPT | V571 | PHYSICAL THERAPY NEC | 104.00 |
| BS556214117790 | 04/11/2007-04/11/2007 | BRYAN W GANDY RPT | V571 | PHYSICAL THERAPY NEC | 104.00 |
| BS556214117790 | 04/12/2007-06/12/2007 | BRYAN W GANDY RPT | V571 | PHYSICAL THERAPY NEC | 104.00 |
| BS556214117790 | 04/16/2007-04/16/2007 | BRYAN W GANDY RPT | V571 | PHYSICAL THERAPY NEC | 104.00 |

PATIENT: WENDY W WILKER (F SUBSCRIBER)

CONTRACT HOLDER: WENDY W WILKER
CASE NUMBER: 20070260146
DATE OF ACCIDENT: 01/17/2007

REQUESTED BY: 02852

PAGE NUMBER 6
RUN DATE 01/24/2008

DESK CODE C

| CLAIM NUMBER | DATE OF SERVICE | PROVIDER OF SERVICE | DIAG CODE | BENEFITS PROVIDED |
|---|---|---|---|---|
| B55621411177900 | 04/18/2007-04/18/2007 | BRYAN W GANDY RPT | V571 PHYSICAL THERAPY NEC | 104.00 |
| B55511132182800 | 04/19/2007-04/19/2007 | LARRY WAYNE EPPERSON MD | 7231 CERVICALGIA | 85.00 |
| B55553115683500 | 04/19/2007-04/19/2007 | DONALD HENRY DAHLENE MD | 7840 HEADACHE | 634.00 |
| B55553113685500 | 04/19/2007-04/19/2007 | DONALD HENRY DAHLENE MD | 7231 CERVICALGIA | 438.00 |
| B55551116047900 | 04/19/2007-04/19/2007 | JACKSON HOSPITAL AND CLINIC | 7231 CERVICALGIA | 19.80 |
| B55551116047900 | 04/19/2007-04/19/2007 | JACKSON HOSPITAL AND CLINIC | 7231 CERVICALGIA | 19.80 |
| B55551116047900 | 04/19/2007-04/19/2007 | JACKSON HOSPITAL AND CLINIC | 7231 CERVICALGIA | 4.80 |
| B55551116047900 | 04/19/2007-04/19/2007 | JACKSON HOSPITAL AND CLINIC | 7231 CERVICALGIA | 4.00 |
| B55551116047900 | 04/19/2007-04/19/2007 | JACKSON HOSPITAL AND CLINIC | 7231 CERVICALGIA | 20.00 |
| B55601154730900 | 04/20/2007-04/20/2007 | IRA LANE BLONDHEIM RPT | 7231 CERVICALGIA | 20.00 |
| B55601154730900 | 04/20/2007-04/20/2007 | IRA LANE BLONDHEIM RPT | 7231 CERVICALGIA | 19.60 |
| B55601154730900 | 04/20/2007-04/20/2007 | IRA LANE BLONDHEIM RPT | V571 PHYSICAL THERAPY NEC | 104.00 |
| B55601154730900 | 04/20/2007-04/20/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |
| B55601154342200 | 04/23/2007-04/23/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 60.00 |
| B55601154342200 | 04/23/2007-04/23/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 28.00 |
| B55601154342000 | 04/23/2007-04/23/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| B55561128181200 | 04/19/2007-04/19/2007 | JACKSON HOSPITAL AND CLINIC | V571 PHYSICAL THERAPY NEC | 104.00 |
| B55561128181200 | 04/19/2007-04/19/2007 | JACKSON HOSPITAL AND CLINIC | 71946 JOINT PAIN-L/LEG | 56.00 |
| B55612629626000 | 04/23/2007-04/23/2007 | BAFT VENTURES AMERICAN HOMEP | 82380 | 17.02 |
| B55612629626600 | 04/23/2007-04/23/2007 | BAFT VENTURES AMERICAN HOMEP | FX TIBIA NOS-CLOSED | 142.95 |

PATIENT: WENDY    W WILKER (F SUBSCRIBER)

CONTRACT HOLDER: WENDY W WILKER
CASE NUMBER: 2007020240146
DATE OF ACCIDENT: 01/17/2007    REQUESTED BY: 02852    DESK CODE C

PAGE NUMBER    7
RUN DATE 01/24/2008

| CLAIM NUMBER | DATE OF SERVICE | PROVIDER OF SERVICE | DIAG CODE | BENEFITS PROVIDED |
|---|---|---|---|---|
| B55612662962600 | 04/23/2007-04/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 FX TIBIA NOS-CLOSED | 21.10 |
| B55612662962600 | 04/23/2007-04/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 FX TIBIA NOS-CLOSED | 39.75 |
| B55614262293500 | 04/24/2007-04/24/2007 | TRI-COUNTY HOME MEDICAL EQUI | 9248 HULTIPLE CONTUSIONS NEC | 15.81 |
| B55601171185600 | 04/25/2007-04/25/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| B55601171185600 | 04/25/2007-04/25/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 56.00 |
| B55601171185600 | 04/25/2007-04/25/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |
| B55601171185400 | 04/25/2007-04/25/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | |
| B55601171185400 | 04/25/2007-04/25/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 21.00 |
| B55601217642000 | 04/27/2007-04/27/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | |
| B55601217642000 | 04/27/2007-04/27/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 56.00 |
| B55601217642000 | 04/27/2007-04/27/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |
| B55611223764400 | 04/30/2007-04/30/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | |
| B55611223764400 | 04/30/2007-04/30/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| B55611223764400 | 04/30/2007-04/30/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 56.00 |
| B55611223764400 | 04/30/2007-04/30/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |
| B55601229227900 | 04/30/2007-04/30/2007 | PRECISION MEDICAL SOLUTIONS | 7231 CERVICALGIA | 32.75 |
| B55581247347400 | 05/02/2007-05/02/2007 | N TUCKER HATTOX HD | 82330 FX TIBIA SHAFT-OPEN | 54.00 |
| B55581247347400 | 05/02/2007-05/02/2007 | N TUCKER HATTOX HD | 82330 FX TIBIA SHAFT-OPEN | 48.00 |
| B55581247347400 | 05/02/2007-05/02/2007 | N TUCKER HATTOX HD | 82524 FX UPPER END TIBIA-CLOSE | 56.00 |
| B55512473547000 | 05/02/2007-05/02/2007 | N TUCKER HATTOX HD | 82824 FX CUNEIFORM, FOOT-CLOS | 56.00 |
| B55512473547000 | 05/02/2007-05/02/2007 | N TUCKER HATTOX HD | 82525 FX METATARSAL-CLOSED | 56.00 |
| B55571288195000 | 05/03/2007-05/03/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | |
| B55571288195000 | 05/03/2007-05/03/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 56.00 |
| B55571288195000 | 05/03/2007-05/03/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |
| B55601292717700 | 05/07/2007-05/07/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | |
| B55601292717700 | 05/07/2007-05/07/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |
| B55601292717700 | 05/07/2007-05/07/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | |

PATIENT: WENDY     W WILKER (F SUBSCRIBER)

CONTRACT HOLDER: WENDY W WILKER
CASE NUMBER: 2007020260146
DATE OF ACCIDENT: 01/17/2007

REQUESTED BY: 02852                     DESK CODE C

PAGE NUMBER   8
RUN DATE  01/24/2008

| CLAIM NUMBER | DATE OF SERVICE | PROVIDER OF SERVICE | DIAG CODE | BENEFITS PROVIDED |
|---|---|---|---|---|
| BS560129271700 | 05/07/2007-05/07/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| BS560129271700 | 05/07/2007-05/07/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 56.00 |
| BS560134365300 | 05/10/2007-05/10/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |
| BS560134365300 | 05/10/2007-05/10/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |
| BS560134365300 | 05/10/2007-05/10/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| BS560134365300 | 05/10/2007-05/10/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| BS560134365300 | 05/10/2007-05/10/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 56.00 |
| BS551135454100 | 05/10/2007-05/10/2007 | LARRY WAYNE EPPERSON HD | 7230 CERVICAL SPINAL STENOSIS | 28.00 |
| BS560136740600 | 05/14/2007-05/14/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 84.00 |
| BS560136740600 | 05/14/2007-05/14/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| BS560136740600 | 05/14/2007-05/14/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |
| BS560136740600 | 05/14/2007-05/14/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| BS560136740600 | 05/14/2007-05/14/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 56.00 |
| BS560141800400 | 05/17/2007-05/17/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |
| BS560141800400 | 05/17/2007-05/17/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| BS560141800400 | 05/17/2007-05/17/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 56.00 |
| BS560143199300 | 05/21/2007-05/21/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |
| BS560143199300 | 05/21/2007-05/21/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| BS560143199300 | 05/21/2007-05/21/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 84.00 |
| BS560143199300 | 05/21/2007-05/21/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| BS557145620000 | 05/23/2007-05/23/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 84.00 |
| BS557145620000 | 05/23/2007-05/23/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| BS557145620000 | 05/23/2007-05/23/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 84.00 |
| BS557145620000 | 05/23/2007-05/23/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| BS557145620000 | 05/23/2007-05/23/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |

PATIENT:  WENDY    W WILKER  (F SUBSCRIBER)

CONTRACT HOLDER:  WENDY W WILKER
CASE NUMBER:  2007020260144
DATE OF ACCIDENT:  01/17/2007

REQUESTED BY:  02852          DESK CODE  C

| CLAIM NUMBER | DATE OF SERVICE | PROVIDER OF SERVICE | DIAG CODE | BENEFITS PROVIDED |
|---|---|---|---|---|
| BS55314587900 | 05/23/2007-05/23/2007 | N TUCKER MATTOX MD | 82300 FX UPPER END TIBIA-CLOSE | 48.00 |
| BS55314587900 | 05/23/2007-05/23/2007 | N TUCKER MATTOX MD | 82300 FX UPPER END TIBIA-CLOSE | 28.00 |
| BS55314629000 | 05/23/2007-05/23/2007 | N TUCKER MATTOX MD | 82525 FX UPPER END TIBIA-CLOSE | 56.00 |
| BS55314629000 | 05/23/2007-05/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 FX HETATARSAL-CLOSED | 17.02 |
| BS55612629700 | 05/23/2007-05/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 FX TIBIA NOS-CLOSED | 142.95 |
| BS55612629700 | 05/23/2007-05/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 FX TIBIA NOS-CLOSED | 21.10 |
| BS55612629700 | 05/23/2007-05/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 FX TIBIA NOS-CLOSED | 39.75 |
| BS55612629700 | 05/23/2007-05/23/2007 | BAPT VENTURES AMERICAN HOMEP | 8238A FX TIBIA NOS-CLOSED | 15.81 |
| BS55612629700 | 05/24/2007-05/24/2007 | TRI-COUNTY HOME MEDICAL EQUI | 9248 MULTIPLE CONTUSIONS NEC | 22.00 |
| BS55415590900 | 05/24/2007-05/24/2007 | DYNASPLINT SYSTEMS INC | 71946 JT CONTRACTURE-L/LEG | 250.00 |
| BS55415590900 | 05/29/2007-05/29/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |
| BS561151249800 | 05/29/2007-05/29/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| BS561151249800 | 05/29/2007-05/29/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 84.00 |
| BS561151249800 | 05/29/2007-05/29/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| BS561151249800 | 05/29/2007-05/29/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 84.00 |
| BS265179167800 | 05/29/2007-05/29/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |
| BS556156097100 | 06/01/2007-06/01/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 84.00 |
| BS556156097100 | 06/01/2007-06/01/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 84.00 |
| BS556156097100 | 06/01/2007-06/01/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |
| BS556156097100 | 06/01/2007-06/01/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | |
| BS556156097100 | 06/01/2007-06/01/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | |
| BS556156097100 | 06/01/2007-06/01/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | |
| BS560158706500 | 06/05/2007-06/05/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| BS560158706500 | 06/05/2007-06/05/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 84.00 |
| BS560158706500 | 06/05/2007-06/05/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |
| BS560158706500 | 06/05/2007-06/05/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | |
| BS560158706500 | 06/05/2007-06/05/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | |
| BS5601563043200 | 06/08/2007-06/08/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 84.00 |
| BS5601563043200 | 06/08/2007-06/08/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 84.00 |
| BS5601563043200 | 06/08/2007-06/08/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |

```
PATIENT: WENDY        W WILKER (F SUBSCRIBER)
CONTRACT HOLDER: WENDY W WILKER
CASE NUMBER: 200702601 46
DATE OF ACCIDENT: 01/17/2007          REQUESTED BY: 02852        DESK CODE C

                                                                  PAGE NUMBER  10
                                                                  RUN DATE  01/24/2008
```

| CLAIM NUMBER | DATE OF SERVICE | PROVIDER OF SERVICE | DIAG CODE | BENEFITS PROVIDED |
|---|---|---|---|---|
| BS560163046200 | 06/08/2007-06/08/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| BS560165930200 | 06/12/2007-06/12/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 56.00 |
| BS560165930200 | 06/12/2007-06/12/2007 | | 71946 JOINT PAIN-L/LEG | 22.00 |
| BS560165930200 | 06/12/2007-06/12/2007 | | 71946 | |
| BS560165930200 | 06/12/2007-06/12/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG | 26.00 |
| BS560165930200 | 06/12/2007-06/12/2007 | | 71946 | |
| BS560165930200 | 06/12/2007-06/12/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG | 26.00 |
| BS560167781900 | 06/13/2007-06/13/2007 | N TUCKER HATTOX MD | 71946 JOINT PAIN-L/LEG | 14.00 |
| BS5531667781900 | 06/13/2007-06/13/2007 | | 82300 | 26.00 |
| BS553170825600 | 06/15/2007-06/15/2007 | IRA LANE BLONDHEIM RPT | FX UPPER END TIBIA-CLOSE | |
| BS553170825600 | 06/15/2007-06/15/2007 | | 71946 | 26.00 |
| BS553170829600 | 06/15/2007-06/15/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG | 56.00 |
| BS553170829600 | 06/15/2007-06/15/2007 | | 71946 | |
| BS560171590900 | 06/18/2007-06/18/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG | 22.00 |
| BS560171590900 | 06/18/2007-06/18/2007 | | 71946 | |
| BS560171590900 | 06/18/2007-06/18/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG | 86.00 |
| BS560171590900 | 06/18/2007-06/18/2007 | | 71946 | |
| BS560171590900 | 06/18/2007-06/18/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG | 22.00 |
| BS560171590900 | 06/18/2007-06/18/2007 | | 71946 | |
| BS560171590900 | 06/18/2007-06/18/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG | 22.00 |
| BS553176639400 | 06/21/2007-06/21/2007 | | 71946 | |
| BS553176639400 | 06/21/2007-06/21/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG | 56.00 |
| BS553176639400 | 06/21/2007-06/21/2007 | | 71946 | |
| BS560176639400 | 06/21/2007-06/21/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG | 22.00 |
| BS560176639400 | 06/21/2007-06/21/2007 | | 71946 | |
| BS560176639400 | 06/21/2007-06/21/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG | 26.00 |
| BS561243962800 | 06/23/2007-06/23/2007 | | 71946 | |
| BS561243962800 | 06/23/2007-06/23/2007 | BAPT VENTURES AMERICAN HOMEP | JOINT PAIN-L/LEG | 56.00 |
| BS561262962800 | 06/23/2007-06/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 | 17.02 |
| BS561262962800 | 06/23/2007-06/23/2007 | BAPT VENTURES AMERICAN HOMEP | FX TIBIA NOS-CLOSED | 142.95 |
| BS561262962800 | 06/23/2007-06/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 | |
| BS561262962800 | 06/24/2007-06/24/2007 | BAPT VENTURES AMERICAN HOMEP | FX TIBIA NOS-CLOSED | 21.10 |
| BS554177829500 | 06/24/2007-06/24/2007 | | 82380 | |
| BS561789529500 | 06/24/2007-06/24/2007 | TRI-COUNTY HOME MEDICAL EQUI | FX TIBIA NOS-CLOSED | 59.75 |
| BS560178374900 | 06/25/2007-06/25/2007 | IRA LANE BLONDHEIM RPT | 9248 | 15.81 |
| BS560178374900 | 06/25/2007-06/25/2007 | IRA LANE BLONDHEIM RPT | MULTIPLE CONTUSIONS NEC | 26.00 |
| BS560178374900 | 06/25/2007-06/25/2007 | IRA LANE BLONDHEIM RPT | 71946 | |
| BS560178374900 | 06/25/2007-06/25/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG | 56.00 |
| BS560178374900 | 06/25/2007-06/25/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |

PATIENT: WENDY          W WILKER (F SUBSCRIBER)

CONTRACT HOLDER: WENDY W WILKER
CASE NUMBER: 2007020260146
DATE OF ACCIDENT: 01/17/2007

REQUESTED BY: 02852          DESK CODE C

PAGE NUMBER 11
RUN DATE 01/24/2008

| CLAIM NUMBER | DATE OF SERVICE | PROVIDER OF SERVICE | DIAG CODE | BENEFITS PROVIDED |
|---|---|---|---|---|
| B5560178374910 | 06/25/2007-06/25/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG 71946 | |
| B5564183563280 | 06/28/2007-06/28/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG 71946 | 26.00 |
| B5564183563280 | 06/28/2007-06/28/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG 71946 | 84.00 |
| B5564183563280 | 06/28/2007-06/28/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG 71946 | 22.00 |
| B5564183563280 | 06/28/2007-06/28/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG 71946 | 22.00 |
| B8952199584600 | 06/29/2007-06/29/2007 | DYNASPLINT SYSTEMS INC | JT CONTRACTURE-L/LEG 71946 | 250.00 |
| B5553186982200 | 07/02/2007-07/02/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG 71946 | 22.00 |
| B5553186982200 | 07/02/2007-07/02/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG 71946 | 26.00 |
| B5553186982200 | 07/02/2007-07/02/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG 71946 | 84.00 |
| B5560193812400 | 07/10/2007-07/10/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG 71946 | |
| B5560193812400 | 07/10/2007-07/10/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG 71946 | 56.00 |
| B5560193812400 | 07/10/2007-07/10/2007 | IRA LANE BLONDHEIM RPT | JOINT PAIN-L/LEG 71946 | 22.00 |
| B5553194619800 | 07/11/2007-07/11/2007 | N TUCKER MATTOX HD | JOINT PAIN-L/LEG 82300 | 28.00 |
| B5553194619800 | 07/11/2007-07/11/2007 | N TUCKER MATTOX HD | FX UPPER END TIBIA-CLOSE 82300 | 48.00 |
| B5612462962900 | 07/23/2007-07/23/2007 | BAPT VENTURES AMERICAN HOMEP | FX UPPER END TIBIA-CLOSE 82380 | 21.10 |
| B5612462962900 | 07/23/2007-07/23/2007 | BAPT VENTURES AMERICAN HOMEP | FX TIBIA NOS-CLOSED 82380 | 39.75 |
| B5612462962900 | 07/23/2007-07/23/2007 | BAPT VENTURES AMERICAN HOMEP | FX TIBIA NOS-CLOSED 82380 | 17.02 |
| B5542064659800 | 07/24/2007-07/24/2007 | TRI-COUNTY HOME MEDICAL EQUI | FX TIBIA NOS-CLOSED 82380 | 142.95 |
| B8952602324600 | 07/25/2007-07/25/2007 | DYNASPLINT SYSTEMS INC | MULTIPLE CONTUSIONS NEC 9248 | 15.81 |
| B5553225224800 | 08/08/2007-08/08/2007 | N TUCKER MATTOX HD | JT CONTRACTURE-L/LEG 71946 | 250.00 |
| B5561234450100 | 08/17/2007-08/17/2007 | GLENN COUGHRAN TERRY HD | JOINT PAIN-L/LEG 82320 | 28.00 |
| B5561234450100 | 08/17/2007-08/17/2007 | GLENN COUGHRAN TERRY HD | FX SHAFT TIBIA-CLOSED 82320 | 69.00 |
| B5561234450100 | 08/17/2007-08/17/2007 | GLENN COUGHRAN TERRY HD | FX SHAFT TIBIA-CLOSED 82320 | 130.00 |

PATIENT: WENDY   W WILKER (F SUBSCRIBER)

CONTRACT HOLDER: WENDY W WILKER
CASE NUMBER: 2007020240146
DATE OF ACCIDENT: 01/17/2007

REQUESTED BY: 02852

DESK CODE C

PAGE NUMBER 12
RUN DATE 01/24/2008

| CLAIM NUMBER | DATE OF SERVICE | PROVIDER OF SERVICE | DIAG CODE | | BENEFITS PROVIDED |
|---|---|---|---|---|---|
| BS5602357779300 | 08/21/2007-08/21/2007 | IRA LANE BLONDHEIM RPT | 71946 | JOINT PAIN-L/LEG | 56.00 |
| BS5602357779300 | 08/21/2007-08/21/2007 | IRA LANE BLONDHEIM RPT | 71946 | JOINT PAIN-L/LEG | 22.00 |
| BS5602357779300 | 08/21/2007-08/21/2007 | IRA LANE BLONDHEIM RPT | 71946 | JOINT PAIN-L/LEG | 22.00 |
| BS5612408553400 | 08/23/2007-08/23/2007 | IRA LANE BLONDHEIM RPT | 71946 | JOINT PAIN-L/LEG | 26.00 |
| BS5612408553400 | 08/23/2007-08/23/2007 | IRA LANE BLONDHEIM RPT | 71946 | JOINT PAIN-L/LEG | 56.00 |
| BS5612408553400 | 08/23/2007-08/23/2007 | IRA LANE BLONDHEIM RPT | 71946 | JOINT PAIN-L/LEG | 22.00 |
| BS5612408553400 | 08/23/2007-08/23/2007 | IRA LANE BLONDHEIM RPT | 71946 | JOINT PAIN-L/LEG | 22.00 |
| BS5612962963000 | 08/23/2007-08/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 | FX TIBIA NOS-CLOSED | 17.02 |
| BS5612962963000 | 08/23/2007-08/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 | FX TIBIA NOS-CLOSED | 142.95 |
| BS5612962963000 | 08/23/2007-08/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 | FX TIBIA NOS-CLOSED | 21.10 |
| BS5612962963000 | 08/23/2007-08/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 | FX TIBIA NOS-CLOSED | 39.75 |
| BS5542405506600 | 08/24/2007-08/24/2007 | TRI-COUNTY HOME MEDICAL EQUI | 9248 | MULTIPLE CONTUSIONS NEC | 15.81 |
| BS5602423552400 | 08/28/2007-08/28/2007 | IRA LANE BLONDHEIM RPT | 71946 | JOINT PAIN-L/LEG | 22.00 |
| BS5602423552400 | 08/28/2007-08/28/2007 | IRA LANE BLONDHEIM RPT | 71946 | JOINT PAIN-L/LEG | 26.00 |
| BS5602423552400 | 08/28/2007-08/28/2007 | IRA LANE BLONDHEIM RPT | 71946 | JOINT PAIN-L/LEG | 56.00 |
| BS5602423552400 | 08/28/2007-08/28/2007 | IRA LANE BLONDHEIM RPT | 71946 | JOINT PAIN-L/LEG | 26.00 |
| BS8485267742000 | 08/29/2007-08/29/2007 | DYNASPLINT SYSTEMS INC | T1846 | JOINT PAIN-L/LEG | 250.00 |
| BS5572483522000 | 08/30/2007-08/30/2007 | IRA LANE BLONDHEIM RPT | 71944 | JT CONTRACTURE-L/LEG | 56.00 |
| BS5572483522000 | 08/30/2007-08/30/2007 | IRA LANE BLONDHEIM RPT | 71944 | JOINT PAIN-L/LEG | 56.00 |
| BS5572483522000 | 08/30/2007-08/30/2007 | IRA LANE BLONDHEIM RPT | 71944 | JOINT PAIN-L/LEG | 26.00 |
| BS5572483522000 | 08/30/2007-08/30/2007 | IRA LANE BLONDHEIM RPT | 71944 | JOINT PAIN-L/LEG | 22.00 |
| BS5602501196000 | 09/05/2007-09/05/2007 | IRA LANE BLONDHEIM RPT | 71944 | JOINT PAIN-L/LEG | 26.00 |
| BS5602501196000 | 09/05/2007-09/05/2007 | IRA LANE BLONDHEIM RPT | 71944 | JOINT PAIN-L/LEG | 22.00 |
| BS5602501196000 | 09/05/2007-09/05/2007 | IRA LANE BLONDHEIM RPT | 71944 | JOINT PAIN-L/LEG | 22.00 |

```
PATIENT: WENDY           W WILKER (F SUBSCRIBER)                                    PAGE NUMBER   13
CONTRACT HOLDER: WENDY W WILKER                                                     RUN DATE  01/24/2008
CASE NUMBER: 2007020601G6
DATE OF ACCIDENT: 01/17/2007        REQUESTED BY: 02852        DESK CODE C
```

| CLAIM NUMBER | DATE OF SERVICE | PROVIDER OF SERVICE | DIAG CODE | BENEFITS PROVIDED |
|---|---|---|---|---|
| B5560250119600 | 09/05/2007-09/05/2007 | IRA LANE BLONDHEIM RPT | 71946 | 52.00 |
| B5560255981500 | 09/10/2007-09/10/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 28.00 |
| B5602559581500 | 09/10/2007-09/10/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |
| B5602559581500 | 09/10/2007-09/10/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | |
| B5602559581500 | 09/10/2007-09/10/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| B5561263691500 | 09/18/2007-09/18/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | |
| B5561263691500 | 09/18/2007-09/18/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| B5561263691000 | 09/18/2007-09/18/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 28.00 |
| B5561263691000 | 09/18/2007-09/18/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 28.00 |
| B5561263691000 | 09/18/2007-09/18/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |
| B5551267614800 | 09/23/2007-09/23/2007 | BAPT VENTURES AMERICAN HOMEP | 71946 JOINT PAIN-L/LEG | |
| B5551267614800 | 09/23/2007-09/23/2007 | BAPT VENTURES AMERICAN HOMEP | 82380 JOINT PAIN-L/LEG | 17.02 |
| B5555268095200 | 09/24/2007-09/24/2007 | TRI-COUNTY HOME MEDICAL EQUI | 62380 FX TIBIA NOS-CLOSED | 142.95 |
| B5560269788500 | 09/24/2007-09/24/2007 | IRA LANE BLONDHEIM RPT | 9240 FX TIBIA NOS-CLOSED | 15.81 |
| B5560269788500 | 09/24/2007-09/24/2007 | IRA LANE BLONDHEIM RPT | 71866 MULTIPLE CONTUSIONS NEC | |
| B5560269788500 | 09/24/2007-09/24/2007 | IRA LANE BLONDHEIM RPT | 71946 MULTIPLE CONTUSIONS NEC | 22.00 |
| B5560247788500 | 09/24/2007-09/24/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | |
| B5560247788500 | 09/24/2007-09/24/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | |
| B5588529518400 | 09/29/2007-09/29/2007 | DYNASPLINT SYSTEMS INC | 71946 JT CONTRACTURE-L/LEG | 250.00 |
| B5560295523900 | 10/18/2007-10/18/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |
| B5560295523900 | 10/18/2007-10/18/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 28.00 |
| B5560295523900 | 10/18/2007-10/18/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 26.00 |
| B5560297714800 | 10/22/2007-10/22/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 28.00 |
| B5560297714800 | 10/22/2007-10/22/2007 | IRA LANE BLONDHEIM RPT | 71946 JOINT PAIN-L/LEG | 22.00 |

PATIENT: WENDY                          W WILKER (F SUBSCRIBER)

                                                                PAGE NUMBER 14
                                                                RUN DATE 01/24/2008

CONTRACT HOLDER: WENDY W WILKER
CASE NUMBER: 2007026O146
DATE OF ACCIDENT: 01/17/2007

CLAIM                                        REQUESTED BY: 02852        DESK CODE C
NUMBER          DATE OF SERVICE        PROVIDER OF SERVICE    DIAG      BENEFITS
=========  ====================  =======================    CODE      PROVIDED
                                                            ======   ==========

BS5602977146OO 10/22/2007-10/22/2007 IRA LANE BLONDHEIM RPT   71946       26.00
                                                        JOINT PAIN-L/LEG
BS5602977146OO 10/22/2007-10/22/2007 IRA LANE BLONDHEIM RPT   71946       56.00
                                                        JOINT PAIN-L/LEG

                                                        PATIENT TOTALS:      45879.77

                                      CASE TOTALS:                          45879.77

```
PAGE NUMBER  15
RUN DATE  01/24/2008

CONTRACT HOLDER: WENDY M WILKER
CASE NUMBER: 2007026O146
DATE OF ACCIDENT: 01/17/2007                    REQUESTED BY: 02852        DESK CODE C
===================================================================================================================
PROVIDER      PROVIDER
NPI           LOCATION    PROVIDERS FOR THIS CASE
===================================================================================================================

              515-19156   DAVID MICHAEL DOWNS MD
                          2055 NORMANDIE DR STE 108
                          MONTGOMERY        AL  36111-2732
                          PHONE: (334) 269-6337

515-33559                 JAMES MICHAEL BRADWELL MD
                          PO BOX 2324
                          BIRMINGHAM        AL  35201-2324
                          PHONE: (205) 700-0278

1659456606    510-14552   JEFFERSON UNDERWOOD MD
                          2171 NORMANDIE DR
                          MONTGOMERY        AL  36111-2728
                          PHONE: (334) 288-7531

              510-45278   JOHN HANNER PAYNE MD
                          2055 NORMANDIE DR STE 108
                          MONTGOMERY        AL  36111-2732
                          PHONE: (334) 269-6337

              515-30794   JONATHAN MAC VARNER MD
                          PO BOX 235022
                          MONTGOMERY        AL  36123-5022
                          PHONE: (334) 396-6930

              510-01703   JOHN MARK VERMILLION MD
                          2055 E SOUTH BLVD STE 605
                          MONTGOMERY        AL  36116-2014
                          PHONE: (334) 281-9000

              510-37191   N TUCKER MATTOX MD
                          PO BOX 250450
                          MONTGOMERY        AL  36125-0450
                          PHONE: (334) 613-9000

1700977105    010-00103   THE HEALTH CARE AUTHORITY FOR BAPTI
                          PO BOX 241145
                          MONTGOMERY        AL  36124-1145
                          PHONE: (334) 273-4100

1942208681    515-03224   BAPT VENTURES AMERICAN HOMEPATIENT
                          PO BOX 160843
                          MOBILE            AL  36616-1843
                          PHONE: (251) 345-7180
```

```
CONTRACT HOLDER: WENDY W WILKER                           PAGE NUMBER    16
CASE NUMBER: 2007020260146                                RUN DATE 01/24/2008
DATE OF ACCIDENT: 01/17/2007              REQUESTED BY: 02852

PROVIDER                                                 DESK CODE C
NPI

PROVIDER
LOCATION       PROVIDERS FOR THIS CASE

515-17996     TRI-COUNTY HOME MEDICAL EQUIPMENT
              PO BOX 2597
              CORDOVA              TN  38088-2597
              PHONE: (901) 507-2561

510-55922     LIFESTAR RESPONSE OF ALABAMA INC
              PO BOX 530481
              ATLANTA              GA  30353-0481
              PHONE: (800) 351-8065

515-26464     BRYAN W GANDY RPT
              301 INTERSTATE PARK DR
              MONTGOMERY           AL  36109-5408
              PHONE: (334) 395-5100

510-41202     BAPTIST MEDICAL CENTER
              301 INTERSTATE PARK
              MONTGOMERY           AL  36109-5408
              PHONE: (334) 395-5100

510-07508     N TUCKER MATTOX MD
              PO BOX 250450
              MONTGOMERY           AL  36125-0450
              PHONE: (334) 613-9000

010-00160     THE HEALTH CARE AUTHORITY FOR BAPTI
              PO BOX 241708
              MONTGOMERY           AL  36124-1708
              PHONE: (866) 376-8235

515-15709     PHILIP S PIASECKI MD
              2055 NORMANDIE DR STE 108
              MONTGOMERY           AL  36111-2732
              PHONE: (334) 269-6337

515-35807     BLAKE MICHAEL PRINCE MD
              PO BOX 235022
              MONTGOMERY           AL  36123-5022
              PHONE: (334) 396-6930

510-65268     THOMAS SAUNDERS MOORE MD
              2055 NORMANDIE DR STE 108
              MONTGOMERY           AL  36111-2732
              PHONE: (334) 269-6337
```

```
CONTRACT HOLDER:  WENDY W WILKER
CASE NUMBER:  200702601144                                                    PAGE NUMBER  17
DATE OF ACCIDENT:  01/17/2007              REQUESTED BY: 02852                RUN DATE  01/24/2008

                                                                             DESK CODE C

PROVIDER   PROVIDER
NPI        LOCATION        PROVIDERS FOR THIS CASE
===================================================================================================

           510-46694       GARY FRANCIS LEUNG MD
1679565638                 2085 NORMANDIE DR STE 108
                           MONTGOMERY           AL  36111-2732
                           PHONE: (334) 269-6837

           515-25267       SUSAN MARIE GUBERT MD
                           PO BOX 235022
                           MONTGOMERY           AL  36123-5022
                           PHONE: (334) 396-6930

           515-07645       LARRY WAYNE EPPERSON MD
1669469888                 2257 TAYLOR RD STE 200
                           MONTGOMERY           AL  36117-7792
                           PHONE: (334) 270-9914

           515-32721       DONALD HENRY DAHLENE MD
1700861085                 PO BOX 18006
                           HUNTSVILLE           AL  35804-8006
                           PHONE: (256) 533-3200

           515-38930       JACKSON HOSPITAL AND CLINIC INC
                           1725 PINE ST
                           MONTGOMERY           AL  36106-1109
                           PHONE: (334) 270-9914

           515-20068       IRA LANE BLONDHEIM RPT
                           3442 EASTDALE CIR
                           MONTGOMERY           AL  36117-2163
                           PHONE: (334) 279-5757

1235112624 515-04523       PRECISION MEDICAL SOLUTIONS LLP
                           119 MARKET PL
                           MONTGOMERY           AL  36117-4900
                           PHONE: (334) 260-3767

690-90200                  DYNASPLINT SYSTEMS INC
                           770 RITCHIE HWY W-21
                           SEVERNA PK           MD  21146-0000
                           PHONE: (410) 796-9878

1558304576 600-00554       GLENN COUGHRAN TERRY MD
                           PO BOX 8451.85
                           BOSTON               MA  02284-3185
                           PHONE: (706) 424-3192
```

# DAVID E. ALLRED, P.C.
*ATTORNEY & COUNSELOR AT LAW*

7030 FAIN PARK DRIVE, SUITE 9
MONTGOMERY, ALABAMA 36117
POST OFFICE BOX 241594
MONTGOMERY, ALABAMA 36124-1594

TELEPHONE: (334) 396-9200
FACSIMILE: (334) 396-9977

**DAVID E. ALLRED**
*Board Certified Civil Trial Specialist*
*National Board of Trial Advocacy*

E-MAIL:    dallred@allredpclaw.com

May 20, 2008

Jack J. Hall, Jr., Esq.                                     *Via Facsimile* (205) 326-3202
**HALL, CONERLY & BOLVIG, P.C.**
1400 Financial Center
505 North 20th Street
Birmingham, Alabama  35203-2626

Re:    <u>Wendy Wilker and Michael Wilker v. US Services, LLC;</u>
       <u>Willie Murray Robinson, *et al.*</u>
       **U. S. District Court, Middle District, Northern Division**
       Case No:         2:07-cv-00232-MEF
       D/A:             1/17/07
       Your File No:    25036-041

Dear Jack:

On January 23, 2008, I wrote you the enclosed letter advising that BlueCross had a subrogation interest of $45,879.77 and I enclosed a proposed stipulation to avoid having to take BlueCross' deposition. I need to hear from you right away whether the defendants will stipulate to the amount of BlueCross BlueShield of Alabama's subrogation and, if not, I will have to schedule a deposition on this issue. Please note that in the event it is necessary to depose BlueCross on this issue, I plan to ask the Court to tax the costs of the deposition against the defendants. I have also enclosed a request for admissions on this issue.

Mrs. Wilker is continuing to have treatment, however, her health care provider has changed and she now has BlueCross of Georgia. We are in the process of getting this information from BlueCross of Georgia and will provide it to you as well with a request for you to stipulate to their subrogation claim.

Yours truly,

David E. Allred

DEA/bgf
Enclosures

**EXHIBIT**

**C**

DAVID E. ALLRED
*Board Certified Civil Trial Specialist*
*National Board of Trial Advocacy*

E-MAIL:    dallred@allredpclaw.com

January 23, 2008

Jack J. Hall, Jr., Esq.
HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama  35203-2626

*Via Facsimile* (205) 326-3202
*Confirmation by Mail*

      Re:   <u>Wendy Wilker and Michael Wilker v. US Services, LLC;</u>
                <u>Willie Murray Robinson, *et al.*</u>
                U. S. District Court, Middle District, Northern Division
                Case No:      2:07-cv-00232-MEF
                D/A:          1/17/07
                Your File No:    25036-041

Dear Jack:

    The lady at BlueCross has advised us that the current BlueCross subrogation amount is $45,879.77.  I need to know if the defendants stipulate to the amount and to the fact that Wendy Wilker is required to pay back that amount out of her recovery and I have enclosed a proposed stipulation in that regard.  If the defendants do not stipulate to these issues, let me know right away so that I can schedule the appropriate depositions.

                      Yours truly,



                      David E. Allred

DEA/bgf
Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WENDY WILKER and                  )
MICHAEL WILKER,                   )
                                  )
          *Plaintiffs,*            )
                                  )
vs.                               )     CASE NO. 2:07-cv-00232-MEF
                                  )
US SERVICES, LLC;                 )
WILLIE MURRAY ROBINSON, *et al.,* )
                                  )
          *Defendants.*           )

## STIPULATION

The parties stipulate to the following facts for the purposes of this litigation:

1.     BlueCross BlueShield of Alabama has paid $45,879.77 for treatment to Wendy

Wilker for injuries arising out of the accident made the basis of this suit.

2.     Wendy Wilker is required to repay $45,879.77 to BlueCross BlueShield of

Alabama out of any recovery that she receives from the defendants.

Dated this _____ day of May, 2008.

                                  _____
                                  DAVID E. ALLRED
                                  D. CRAIG ALLRED
                                  Attorneys for Plaintiffs

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:    (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
Telephone:    (334) 213-2323
Facsimile:    (334) 213-5663


_____
JACK J. HALL
JACK J. HALL, JR.
Attorneys for Defendants


OF COUNSEL:

HALL, CONERLY & BOLVIG, P.C.
Suite 1400 Financial Center
505 North 20th Street
Birmingham, Alabama   35203-2626
Telephone:    (205) 251-8143
Facsimile:    (205) 326-3202

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WENDY WILKER and )
MICHAEL WILKER, )
 )
    *Plaintiffs,* )
 )
vs. )          CASE NO. 2:07-cv-00232-MEF
 )
US SERVICES, LLC; )
WILLIE MURRAY ROBINSON, *et al.,* )
 )
    *Defendants.* )

## REQUEST FOR ADMISSIONS

NOW COMES the plaintiff, by and through her attorney, and requests that the
defendants admit the truth of the following matters for the purposes of this action within
the time prescribed by law:

1.    That BlueCross BlueShield of Alabama has paid $45,879.77 for treatment to
Wendy Wilker for injuries arising out of the accident made the basis of this suit.

2.    That Wendy Wilker is required to repay $45,879.77 to BlueCross BlueShield
of Alabama out of any recovery that she receives from the defendants.

DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiffs

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:    (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
Telephone:    (334) 213-2323
Facsimile:    (334) 213-5663

### CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing *Request for Admissions* upon the

following counsel of record in this cause by placing a copy of same in the United States

Mail, first-class postage prepaid, on this the 20th day of May, 2008:

Jack J. Hall, Jr., Esq.
HALL, CONERLY & BOLVIG, P.C.
Suite 1400 Financial Center
505 North 20th Street
Birmingham, Alabama   35203-2626

OF COUNSEL

-2-

# WorkCentre 7328
# Transmission Report

G3 ID

Date/Time:05/20/2008:04:52PM
Page:1 (Last Page)

Local Name
Logo

Document has been sent.
Document Size 8.5X11"SEF

DAVID E. ALLRED, P.C.
7030 FAIN PARK DRIVE, SUITE 9
MONTGOMERY, ALABAMA 36117
POST OFFICE BOX 241594
MONTGOMERY, ALABAMA 36124-1594
TELEPHONE: (334) 396-9200
FAX: (334) 396-9977

### FACSIMILE TRANSMISSION SHEET

PLEASE DELIVER THE FOLLOWING MATERIAL AS SOON AS POSSIBLE:

TO:                          JACK J. HALL, JR.

TELECOPY NO.:         (205) 326-3202

FROM:                      DAVID E. ALLRED

DATE:                       MAY 20, 2008

NUMBER OF PAGES BEING SENT:  7

MESSAGE:

THIS FACSIMILE ☐ WILL OR ☒ WILL NOT FOLLOW VIA U. S. MAIL.

IF ALL PAGES ARE NOT RECEIVED, PLEASE CONTACT BECKY FLOWERS AT (334) 396-9200.

#### CONFIDENTIALITY NOTE:

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE. Thank you.

Total Pages Scanned: 7    Total Pages Sent : 7

| No. | Doc. | Remote Station | Start Time | Duration | Pages | Mode | Contents | Status |
|-----|------|----------------|------------|----------|-------|------|----------|--------|
| 1 | 7632 | 2053263202 | 5-20; 4:50PM | 59s | 7/ 7 | SG3 | | CP |

Note:
RE: Resend       MB: Send to Mailbox     BC: Broadcast        MP: Multi Polling    RV: Remote Service
PG: Polling      RB: Relay Broadcast     RS: Relay Send       BF: Box Fax Forward  CP: Completed
SA: Send Again   EN: Engaged             AS: Auto Send        TM: Terminated