IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and <br> MICHAEL WILKER, <br> <br> *Plaintiffs,* <br> <br> vs. <br> <br> US SERVICES, LLC; <br> WILLIE MURRAY ROBINSON, *et al.,* <br> <br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:07-cv-00232-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION IN LIMINE / MOTION TO EXCLUDE EXPERT

NOW COME the plaintiffs, WENDY WILKER and MICHAEL WILKER, and move the Court to enter an Order prohibiting the defendants from calling proposed expert, G. Allen Loper, at the trial of this case due to the defendants' refusal to tender Loper for deposition and, for reason, the plaintiffs would show unto the Court as follows:

1. Plaintiffs' counsel has corresponded with the defendants' counsel on at least seven occasions during 2008 requesting deposition dates on defendants' expert witness, Loper, but the defendants have failed or refused to provide deposition dates. Attached hereto are copies of correspondence dated January 2, 2008; February 18, 2008; May 19, 2008; May 20, 2008; May 27, 2008; May 30, 2008; and June 20, 2008, in which inquiry was made seeking a deposition date for Loper. See Exhs. 1 through 7 attached hereto.

2. That by correspondence dated May 27, defendants' counsel was informed that if he did not respond with a date by that Friday (May 30th), "I will have to file a motion to exclude . . ." Loper as a witness. (See Exhibit 5)

3. The defendants failed to provide a deposition date.

4. On June 20, 2008, defendants' counsel was informed:

> "Since it has now been another 30 days, if I don't get a firm date for Loper's deposition by next Friday, June 27th, I will file a motion to strike him on that date." (See Exh. 7)

5. No date has been provided.

6. This case is set for trial shortly and the defendants have refused to cooperate in discovery by failing to provide their expert for deposition; hence, the defendants should not be permitted to abuse the discovery process and gain an advantage on the plaintiffs by failing to tender their proposed expert although requested on seven occasions to do so.

7. As the Court will note, plaintiffs' counsel has afforded the defendants ample opportunity to make their expert available by sending no less than seven requests seeking deposition dates, but the defendants have willfully and intentionally failed and refused to provide a date for the deposition of their expert, Loper.

WHEREFORE, THE PREMISES CONSIDERED, the plaintiffs move the Court to enter an Order that, due to abuse of, and failure to cooperate in the discovery process, the defendants are prohibited from calling G. Allen Loper as an expert witness at the trial of this case.

Respectfully submitted,

/s/ David E. Allred
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiffs

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
Telephone:   (334) 213-2323
Facsimile:    (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that I have this 27th day of June, 2008 electronically filed the foregoing *Motion to Exclude Expert* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

>   Jack J. Hall, Esq.
>   Jack J. Hall, Jr., Esq.
>   HALL, CONERLY & BOLVIG, P.C.
>   Suite 1400 Financial Center
>   505 North 20th Street
>   Birmingham, Alabama   35203-2626


                                    /s/ David E. Allred
                                    OF COUNSEL

**DAVID E. ALLRED**
*Board Certified Civil Trial Specialist*
*National Board of Trial Advocacy*

E-MAIL:   dallred@allredpclaw.com

January 2, 2008

Jack J. Hall, Jr., Esq.
HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama  35203-2626

*Via E-mail jack.halljr@hallconerly.com*
*Via Facsimile* (205) 326-3202

    Re:    <u>Wendy Wilker and Michael Wilker v. US Services, LLC;</u>
            <u>Willie Murray Robinson</u>, *et al.*
            U. S. District Court, Middle District, Northern Division
            Case No:    2:07-cv-00232-MEF
            D/A:    1/17/07
            Your File No:    25036-041

Dear Jack:

    This will serve to request dates for the deposition of G. Allen Loper.  Dates that I have available are as follows: January 3, 4, 11, and 18.  Let me know when you get a date from Mr. Loper and we will issue the notice.

                            Yours truly,

                            David E. Allred

DEA/bgf

**EXHIBIT 1**

**DAVID E. ALLRED**
*Board Certified Civil Trial Specialist*
*National Board of Trial Advocacy*

E-MAIL:    dallred@allredpclaw.com

February 18, 2008

Jack J. Hall, Jr., Esq.        *Via E-Mail jack.halljr@hallconerly.com*
HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama  35203-2626

    Re:   <u>Wendy Wilker and Michael Wilker v. US Services, LLC;</u>
         <u>Willie Murray Robinson, *et al.*</u>
         U. S. District Court, Middle District, Northern Division
         Case No:        2:07-cv-00232-MEF
         D/A:            1/17/07
         Your File No:   25036-041

Dear Jack:

    This will serve to renew my request for the deposition of Wendy Amram. Also, please advise as to dates for the deposition of Alan Loper as well.

                      Yours truly,

                        David E. Allred

DEA/bgf

**EXHIBIT 2**

**DAVID E. ALLRED**
*Board Certified Civil Trial Specialist*
*National Board of Trial Advocacy*

E-MAIL:    dallred@allredpclaw.com

May 19, 2008

Jack J. Hall, Jr., Esq.
HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama  35203-2626

*Via Facsimile* (205) 326-3202
*Via E-Mail* jack.halljr@hallconerly.com

Re:  **Wendy Wilker and Michael Wilker v. US Services, LLC;
Willie Murray Robinson**, *et al.*
U. S. District Court, Middle District, Northern Division
Case No:    2:07-cv-00232-MEF
D/A:        1/17/07
Your File No:    25036-041

Dear Jack:

    This will serve to again request the deposition of Allen Loper. I wrote to you on February 18, 2008 requesting a deposition date, but did not receive a response. Enclosed herewith is a copy of a notice for Mr. Loper's deposition for Friday, June 6, 2008 at 10:00 a.m. at my office. If this date and time are not good for you or Mr. Loper, please let me know and I will reschedule it provided that you give me an alternate date on which Mr. Loper can be deposed.

    Also, on February 18, 2008, in the same letter, I requested a date for the deposition of Wendy Amram of U. S. Services. As I recall, you told me that that deposition would have to be taken in Georgia. I am ready to go to Georgia and depose her as soon as you give me a proposed date and time and I need to have the location of the deposition. Please provide that information to me right away.

    Yours truly,

    David E. Allred

DEA/bgf
Enclosure


EXHIBIT 3

**DAVID E. ALLRED**
*Board Certified Civil Trial Specialist*
*National Board of Trial Advocacy*

E-MAIL:   dallred@allredpclaw.com

May 20, 2008

Jack J. Hall, Jr., Esq.　　　　　　　　　　*Via E-Mail jack.halljr@hallconerly.com*
**HALL, CONERLY & BOLVIG, P.C.**
1400 Financial Center
505 North 20th Street
Birmingham, Alabama   35203-2626

　　　　Re:　**Wendy Wilker and Michael Wilker v. US Services, LLC;**
　　　　　　**Willie Murray Robinson,** *et al.*
　　　　　　U. S. District Court, Middle District, Northern Division
　　　　　　Case No:　　　2:07-cv-00232-MEF
　　　　　　D/A:　　　　　1/17/07
　　　　　　Your File No:　25036-041

Dear Jack:

　　　　This follows your telephone call to me of Monday afternoon, May 19th, and will confirm our discussion about the following topics:

　　　　1.　　*Plaintiffs' review of defendants' exhibits:*   I understand that you could not be available on May 19th for me to see the exhibits.  I will get an alternative date and try to get more lead time to reschedule the exhibit review.

　　　　2.　　*Documents subpoenaed by the defendants from Wendy Wilker's employer:* I understand that you have lost those documents, but that your recollection is that there was nothing useful in them for the defendants' side, there were no pay records, and that you do not plan to use any of those documents at trial.  I further understand that you will be sending me a letter that you are not going to use the documents for trial.

　　　　3.　　*Wendy Amram deposition:*   You told me that you are not planning to use Wendy Amram as a witness at trial.  As I advised, the plaintiffs want to depose her anyway.  Please provide me with a proposed date, time and place for her deposition.



EXHIBIT
4

Jack J. Hall, Jr., Esq.
May 20, 2008
Page Two


    4.    ***Allen Loper deposition:***   I understand that you do intend to us Allen Loper at trial. I have requested a deposition date and would appreciate hearing from you in that regard.

    5.    ***Mediation:*** As discussed earlier, since the wreck happened near Montgomery, the Wilkers live here, and she is still having trouble with her legs, we want to mediate the case in Montgomery. Mediators that are agreeable to us are Judge Hanes or Phil Adams, both of whom I understand will do mediations in Montgomery. Since Mrs. Wilker recently had her first of two additional surgeries, I will need to find out about her surgery schedule before making a commitment on a new mediation time table.

    Yours truly,


    David E. Allred

DEA/bgf

## David Allred

| | |
|---|---|
| **From:** | David Allred |
| **Sent:** | Tuesday, May 27, 2008 9:26 AM |
| **To:** | 'Jack Hall, Jr' |
| **Cc:** | Craig Allred |
| **Subject:** | Wilker v. U.S. Services; Robinson |
| **Attachments:** | Hall 5-20-08.pdf |

Jack:
I need to get the depositions of Allen Loper and Wendy Amram. Attached is an additional copy of my May 20, 2008 letter requesting deposition dates. Please let me hear from you by this Friday or I will have to file a motion to exclude them as witnesses for the defendants.
David

David E. Allred
**David E. Allred, P.C.**
7030 Fain Park Drive, Suite 9
Montgomery, Alabama 36117
P.O. Box 241594 (36124-1594)
Telephone:   334-396-9200
Facsimile:    334-396-9977
E-Mail:        dallred@allredpclaw.com

**EXHIBIT 5**

**DAVID E. ALLRED**
*Board Certified Civil Trial Specialist*
*National Board of Trial Advocacy*

E-MAIL:    dallred@allredpclaw.com

May 30, 2008

Jack J. Hall, Jr., Esq.                                       *Via E-Mail jack.halljr@hallconerly.com*
HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama   35203-2626

    Re:   <u>Wendy Wilker and Michael Wilker v. US Services, LLC;</u>
           <u>Willie Murray Robinson</u>, *et al.*
           U. S. District Court, Middle District, Northern Division
           Case No:         2:07-cv-00232-MEF
           D/A:             1/17/07
           Your File No:    25036-041

Dear Jack:

      This will acknowledge receipt of your letter of this date. This morning, we sent you bills and medical records marked "Wendy Wilker - Hughston Clinic 1-23". Documents 1-4 are the billing records for the period August 17, 2007 through April 11, 2008. The office notes which are Documents 5-21 are for treatments from August 17, 2007 to March 18, 2008.

      We do not have the records yet for her surgery on May 8, 2008, but we have requested them and will send them to you as soon as we get them. In addition, we have requested the records from Summit Hospital and will send those to you by supplement as well. Also, Wendy Wilker's coverage changed from BlueCross of Alabama to BlueCross of Georgia and we have requested information from BlueCross of Georgia, which we will send to you on receipt as well.

      Your letter also references trial exhibits. As you will recall in our discussion yesterday, we agreed that, since Allen Loper's deposition will be taken in my office, you will bring the defendants' exhibits to Loper's deposition and I will have the plaintiffs'

**EXHIBIT 6**

Jack J. Hall, Jr., Esq.
May 30, 2008
Page Two

exhibits for your review at that time as well.  In that manner, neither side will be making a special trip to review the exhibits.  I do hope to hear from you soon on a date for Loper's deposition.

                                      Yours truly,

                                      David E. Allred

DEA/bgf

## David Allred

**From:** David Allred
**Sent:** Friday, June 20, 2008 6:09 PM
**To:** 'Jack Hall, Jr'
**Cc:** Craig Allred
**Subject:** Wilkers v. US Services, LLC, Robinson

Jack:
It has now been a month since I most recently asked you for a date for the depositions of Allen Loper and Wendy Amram. I have been trying to re-set the Loper deposition since January of this year. Last month when I wrote you asking for deposition dates, I advised that I would file a motion to strike Loper if no date was provided shortly. Since It has now been another 30 days, if I don't get a firm date for Loper's deposition by next Friday, June 27th, I will file a motion to strike him on that date. Also, I will send out a notice for the Wendy Amram deposition on next Friday if you have failed to provide a deposition date for her by then.
David

David E. Allred
**David E. Allred, P.C.**
7030 Fain Park Drive, Suite 9
Montgomery, Alabama 36117
Telephone:   334-396-9200
Facsimile:    334-396-9977
E-Mail:        dallred@allredpclaw.com

**EXHIBIT 7**