IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and MICHAEL WILKER, ) ) ) Plaintiffs, ) ) vs. ) US SERVICES, LLC; ) WILLIE MURRAY ROBINSON, *et al.*, ) ) Defendants. ) | CASE NO. 2:07-cv-00232-MEF |

## PLAINTIFFS' EXPERT WITNESS LIST

NOW COME the plaintiffs, WENDY and MICHAEL WILKER, and, in accord with §7 of the Court's Uniform Scheduling Order issued on February 25, 2008 (Doc. 42), list the following witnesses who will/may be called upon to testify at the trial of this cause. Although the individuals listed herein, if called, would testify as to <u>medical matters</u> and, therefore, plaintiffs are not required to list them as expert witnesses, since some of the testimony of these witnesses may be within the scope of Federal Rules of Evidence 701, 702, 703, and 705, their identity and expected testimony is disclosed herein in an abundance of caution to comply with the Court's Scheduling Order (Doc. 42).

The following witnesses <u>will</u> be called upon to testify at the trial of this matter and it is expected that their testimony will be consistent with the medical reports that the defendants have received through Rule 34 Subpoenas, as well as any depositions that will/may be taken of these witnesses:

1. Dr. Glenn Terry.

2. Dr. Michael Tucker.

3. Dr. Tucker Mattox.

4. Dr. John Vermillion.

5. Dr. Larry Epperson.

The following individuals may be called upon to testify at the trial of this matter and it is expected that their testimony will be consistent with the medical reports that the defendants have received through Rule 34 Subpoenas, as well as any depositions that will/may be taken of these witnesses:

1. Brian W. Gandy, RPT, Active Health and Rehab.

2. Lane Blondheim, RPT, Active Health and Rehab.

3. Dr. David Downs.

4. Dr. James Bradwell.

5. Dr. Jefferson Underwood.

6. Dr. John Payne.

7. Dr. Jonathan Varner.

8. Dr. Phillip S. Piasekci.

9. Dr. Blake Prince.

10. Dr. Thomas Moore.

11. Dr. Gary Leung.

12. Dr. Susan Gubert.

13. Dr. Donald Dahlene.

Respectfully submitted,

/s/ D. Craig Allred
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiffs

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:  (334) 396-9977

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36124-1566
Telephone:  (334) 213-2323
Facsimile:  (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing *Plaintiffs' Expert Witness List* upon the following counsel of record in this cause by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 30th day of June, 2008:

Jack J. Hall, Esq.
Jack J. Hall, Jr., Esq.
HALL, CONERLY & BOLVIG, P.C.
Suite 1400 Financial Center
505 North 20th Street
Birmingham, Alabama   35203-2626

/s/ D. Craig Allred
OF COUNSEL

-3-