IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and<br>MICHAEL WILKER,<br><br>*Plaintiffs,*<br><br>vs.<br><br>US SERVICES, LLC;<br>WILLIE MURRAY ROBINSON, *et al.,*<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:07-cv-00232-MEF<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' SUPPLEMENTAL EXPERT WITNESS LIST

NOW COME the plaintiffs, WENDY and MICHAEL WILKER, and, in accord with §7 of the Court's Uniform Scheduling Order issued on February 25, 2008 (Doc. 42), list the following supplemental witness who will be called upon to testify at the trial of this cause:

6. Trooper Andrew Sutley will testify regarding the matters already addressed in his deposition taken January 11, 2008, which subjects included his opinions as to his investigation of the accident, observation of the vehicles and drivers, and ability of the plaintiff to observe the defendant vehicle under the circumstances. Trooper Sutley's qualifications are contained in his deposition. Trooper Sutley has not previously testified as a retained expert and is not a retained expert in this case.

Respectfully submitted,

/s/ *David E. Allred*
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiffs

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:   (334) 396-9977

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36124-1566
Telephone:  (334) 213-2323
Facsimile:   (334) 213-5663

### CERTIFICATE OF SERVICE

I hereby certify that I have this 30th day of June, 2008 electronically filed the foregoing *Plaintiffs' Supplemental Expert Witness List* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

>Jack J. Hall, Esq.
>Jack J. Hall, Jr., Esq.
>HALL, CONERLY & BOLVIG, P.C.
>Suite 1400 Financial Center
>505 North 20th Street
>Birmingham, Alabama  35203-2626

>    /s/ David E. Allred
>    OF COUNSEL