IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER, *et al.*, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-cv-232-MEF |
| | ) |
| U.S. SERVICES, LLC, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

Upon of review of Plaintiff's *Motion to Strike/Motion for Sanctions Awarding Attorney Fees and Costs to Plaintiff's for Defendants' Failure to Admit/Motion to Reconsider* (Doc. 51, filed June 27, 2008), it is **ORDERED** that Defendants show cause why this motion should not be granted on or before **9:00 a.m. on July 2, 2008**.

It is further **ORDERED** that the parties shall convene for a telephonic conference on **July 2, 2008 at 4:00 p.m.** on the motion. The conference shall be attended by at least one of the attorneys representing each of the parties. Plaintiff shall be responsible for coordinating all the necessary parties on a joint conference call and calling chambers at (334) 954-3740 at the appropriate time.

DONE this 1st day of July, 2008.

                           /s/ Terry F. Moorer
                           TERRY F. MOORER
                           UNITED STATES MAGISTRATE JUDGE