IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and<br>MICHAEL WILKER,<br><br>   *Plaintiffs,*<br><br>vs.<br><br>U S SERVICES, LLC;<br>WILLIE MURRAY ROBINSON, *et al.,*<br><br>   *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:07-CV-00232-MEF<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS RESPONSE TO PLAINTIFF'S
## MOTION TO STRIKE/MOTION FOR SANCTIONS
## AWARDING ATTORNEY FEES AND COSTS OF THE PLAINTIFF
## AND FOR DEFENDANTS FAILURE TO ADMIT/MOTION TO RECONSIDER

Comes now the Defendants, US Services, LLC and Willie Murray Robinson, and respond to the Motion to Strike/Motion for Sanctions Awarding Attorney Fees and costs of the Plaintiffs for Defendant's Failure to Admit/Motion to Reconsider as follows:

1. On May 20, 2008, the Request for Admissions were sent to the Defendant.

2. On May 26, 2008, the Defendant had a health issue for which he sought medical treatment and ultimately required surgery on June 13, 2008.

3. For that the undersigned Defense counsel shared this information with Plaintiff counsel as to reasons for some delays in this case but apparently not to the satisfaction of Plaintiff counsel.

4. For that Request for Admission #1 filed on May 20, 2008 is as follows:

    (1) that Blue Cross Blue Shield of Alabama has paid $45,879.77 for treatment to Wendy Wilker for injuries arising out of the accident made the basis of this suit.

5. Attached is Defendant's Exhibit 1 which is correspondence dated July 1, 2008 from the office of Wallace, Jordan, Ratliff & Brandt, L.L.C., which reflects that the updated lien amount for Blue Cross Blue Shield of Alabama is $45,079.72. As a result this Defendant denies Request for Admissions #1.

6.  For that Request for Admission #2 filed on May 20, 2008 is as follows:

    (2)  That Wendy Wilker is required to repay $45,879.77 to Blue Cross Blue Shield of Alabama out of any recovery that she receives from the Defendants.

7.  Wendy Wilker is not required to pay that amount and the undersigned has dealt with subrogation claims and reimbursement to Blue Cross Blue Shield of Alabama in several instances which did not require full reimbursement. Blue Cross Blue Shield of Alabama looks at the subrogation interest on a case by case basis and different factors which determine the amount to be reimbursed are the plan documents and whose plan it is, as well as the amount of the recovery. Other factors can weigh on the amount for reimbursement to Blue Cross Blue Shield of Alabama. As a result, Request #2 is denied.

8.  Rule 37 (a)(5)(A)(i) of the <u>Federal Rules of Civil Procedure</u> does not allow for payment to the movant for reasonable expenses incurred in making the Motion, including attorney fees, where:

    (i)  [T]he movant filed the motion before attempting in good faith to obtain the disclosure or discovery without court action.

9.  The Motion to which this Defendant responds is not well taken as the Response to The Request for Admissions was filed 38 days after the request was made and there has been no prejudice to the Plaintiff. In fact, the Plaintiff is trying to force an admission which is not truthful.

WHEREFORE, PREMISES CONSIDERED, the undersigned requests this Honorable Court to deny the Plaintiff's motion as the Requests for Admission are due to be denied and there is no basis for awarding sanctions as Plaintiff counsel did not attempt in good faith to obtain the discovery without court action.

/s/ Jack J. Hall, Jr.
JACK J. HALL, JR.
Attorney for Defendant US Services, LLC

**OF COUNSEL:**

JACK J. HALL, JR.
Hall, Conerly & Bolvig, PC
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
Telephone (205) 251-8143
Facsimile (205 326-3202

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this 1st day of July, 2008 served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by electronic mail or by placing same in the U.S. mail, properly addressed and first class postage prepaid, to:

David E. Allred
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594

Kenneth J. Mendelsohn
JEMISON & MENDELSOHN
1772 Platt Place
Montgomery, Alabama 36117


                                              /s/ Jack J. Hall, Jr.
                                              OF COUNSEL

## WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.
ATTORNEYS AND COUNSELORS
800 SHADES CREEK PARKWAY, SUITE 400
BIRMINGHAM, ALABAMA 35209

TELEPHONE: 205.870.0555
FACSIMILE: 205.871.7534

WWW.WALLACEJORDAN.COM

MICHAEL J. VELEZIS
MV@WALLACEJORDAN.COM
205.874.0379

July 1, 2008

**Via Facsimile & U.S. Mail**
Jack J. Hall, Jr.
Hall Conerly & Bolvig PC
505 North 20th Street
Suite 1400
Birmingham, Alabama 35203-2626

    RE:    Member    :    **Wendy W. Wilker**
           Case No.    :    20070260146
           Our File No.    :    000118-0003

        **Wendy Wilker vs. U.S. Services, LLC et al.**
        **U.S. District Court Alabama Middle District**
        **Civil Docket No.# 2:07-cv-00232-MEF-TFM**

Dear Mr. Hall:

    Pursuant to your request for an updated lien amount, BlueCross BlueShield of Alabama's subrogation/reimbursement interest is currently $45,079.72.

    If you have any questions, please do not hesitate to call.

                                 Very truly yours,

                                 Michael J. Velezis

MJV/khh


EXHIBIT
1