IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-232-MEF |
| | ) |
| U.S. SERVICES, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon of notification by Plaintiff's counsel that the parties have reached a tentative agreement on the issues presented in the *Motion to Strike/Motion for Sanctions Awarding Attorney Fees and Costs to Plaintiff's for Defendants' Failure to Admit/Motion to Reconsider* (Doc. 51, filed June 27, 2008), it is **ORDERED** that the telephonic conference scheduled for July 2, 2008 at 4:00 p.m. is hereby **CANCELLED**.

It is further **ORDERED** that the motion (Doc. 51) is **DENIED** without prejudice to reassert.

DONE this 2nd day of July, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE