IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WENDY WILKER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:07-cv-232-MEF |
| | ) | |
| U. S. SERVICES, LLC, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion in Limine (Doc. #52) filed on June 27, 2008, it is hereby

ORDERED that the defendants show cause in writing on or before July 11, 2008 as to why the motion should not be granted.

DONE this the 3rd day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE