IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and MICHAEL WILKER, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No.: 2:07-CV-00232-MEF ) |
| U.S. SERVICES, LLC.; WILLIE MURRAY ROBINSON, et al., | ) ) ) ) |
| Defendants. | ) |

## DEFENDANT'S FIRST AMENDED RESPONSE TO PLAINTIFF'S MOTION IN LIMINE/MOTION TO EXCLUDE EXPERT

COMES NOW, the Defendants, U.S. Services, LLC and Willie Murray Robinson, and in Response to the Motion in Limine/Motion to Exclude Expert filed by Plaintiffs in this case responds as follows:

1. The undersigned never told Plaintiff counsel that he would not put Allen Loper up for deposition and was cooperating at the time that the motion was filed. Attached as Exhibit 1 are e-mails sent by Plaintiff counsel responding to telephone calls made by the undersigned. Specifically, dates were discussed and the July 11, 2008 date was selected. The deposition of Allen Loper has now been completed on a date which was agreed upon for the taking of his deposition before Plaintiff counsel filed his motion because Defense counsel was working to arrange the scheduling of the deposition and there is no prejudice to Plaintiff.

2. The deposition of Allen Loper is now completed on a date selected by Plaintiff counsel before the Motion was filed so there is no prejudice to Plaintiff counsel.

3. For that Plaintiff counsel has canceled the deposition after scheduling it on at least two occasions, January 31, 2008 which was agreed upon and on January 17, 2008 to which the undersigned agreed. (See e-mail attached as Exhibit 2).

4. For that Plaintiff counsel is not making the best use of the Court's time by continuing to pursue this Motion when there has been no harm. In fact, Defense counsel drove to Montgomery to accommodate Plaintiff counsel in the taking of the deposition of Mr. Loper when it was supposed to be taken in Birmingham. (See Exhibit 1)

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff's Motion In Limine/Motion to Exclude Expert Witness should not be denied or be mooted.

                                                s/Jack J. Hall, Jr.
Jack J. Hall, Jr., Attorney for Defendants, US Services, LLC and Willie Murray Robinson.

OF COUNSEL:

HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205)251-8143

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 10th day of July, 2008, served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by electronic mail or by placing same in the U.S. mail, properly addressed and first class postage prepaid, to:

David E. Allred
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594

Kenneth J. Mendelsohn
JEMISON & MENDELSOHN
1772 Platt Place
Montgomery, Alabama 36117

s/Jack J. Hall, Jr.
OF COUNSEL

## Jack Hall, Jr

| | |
|---|---|
| **From:** | David Allred [DAllred@allredpclaw.com] |
| **Sent:** | Wednesday, June 25, 2008 2:10 PM |
| **To:** | Jack Hall, Jr |
| **Cc:** | Craig Allred |
| **Subject:** | RE: Wilkers v. US Services, LLC, Robinson |

Jack: This follows your call of this afternoon to me regarding the Amram deposition and confirms that you will check with her about July 11th in Dublin, GA or July 18th in Birmingham. Alternate dates that are good for me in either location are June 30, July 1, 2, 3, 8, 9, or 14 - 17.  Please let me know. David


David E. Allred
**David E. Allred, P.C.**
7030 Fain Park Drive, Suite 9
Montgomery, Alabama 36117
Telephone:   334-396-9200
Facsimile:    334-396-9977
E-Mail:         dallred@allredpclaw.com


**From:** David Allred
**Sent:** Tuesday, June 24, 2008 10:58 AM
**To:** David Allred; 'Jack Hall, Jr'
**Cc:** Craig Allred
**Subject:** RE: Wilkers v. US Services, LLC, Robinson

Jack:
This follows your call of this morning to me during which we discussed the depositions of Loper and Amram. Dates that you said were available for these depositions are: July 9 (Loper); July 11 (Loper or Amram); and July 18 (Loper or Amram). You said that Amram would have to be taken in Georgia. According to Adam Jacobson, Amram is in the US Services office in Dublin, GA. If they have a conference room at that office we can take it there. If not, let me know where she will be made available. As to Loper, his deposition was noticed for my office and has been scheduled for here several times and moved. I will agree to take Loper in Birmingham, however, if I can depose him on July 18 while I am there for another matter. Please confirm the dates back to me by noon on June 24th so that I can send out notices. Thanks,
David

David E. Allred
**David E. Allred, P.C.**
7030 Fain Park Drive, Suite 9
Montgomery, Alabama 36117
Telephone:   334-396-9200
Facsimile:    334-396-9977
E-Mail:         dallred@allredpclaw.com

EXHIBIT 1


**From:** David Allred
**Sent:** Friday, June 20, 2008 6:09 PM
**To:** 'Jack Hall, Jr'

**Subject:** Change of date
**From:** "Annah Kelley" <Annah.Kelley@hallconerly.com>
**Date:** Thu, 3 Jan 2008 11:00:48 -0600
**To:** "Allen Loper" <aloper@doughtypowers.com>

Sorry for the confusion, but Mr. Allred just contacted me requesting that we change the deposition date from the 18th to the 17th. I just wanted to let you know.
Thanks,

Annah Kelley
Legal Assistant to Jack Hall, Jr.
1400 Financial Center
505 North 20th Street
Birmingham, AL 35203
TEL: 205.251.8143
FAX: 205.326.3202
Website: http://www.hallconerly.com

**CONFIDENTIALITY NOTICE:** This e-mail transmission and any documents attached, may contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this e-mail transmission in error, please call Annah Kelley at (205) 251-8143. You are hereby notified that any disclosure, printing, copying, distribution, or the taking of any action in reliance on the contents of this e-mail transmission or its attachments is strictly prohibited.

**VIRUS DISCLAIMER:** Although our Firm attempts to scan e-mail and attachments for viruses, it does not guarantee that either is virus-free and accepts no liability for any damage sustained as a result of viruses.



EXHIBIT 2