IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and MICHAEL WILKER, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No.:   2:07-CV-00232-MEF |
| U.S. SERVICES, LLC.; WILLIE MURRAY ROBINSON, et al., ) ) ) | |
| Defendants. ) | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S
### MOTION IN LIMINE/MOTION TO EXCLUDE EXPERT

COMES NOW, the Defendants, U.S. Services, LLC and Willie Murray Robinson, and in Response to the Motion in Limine/Motion to Exlude Expert filed by Plaintiffs in this case responds as follows:

1. G. Allen Loper should be allowed to testify at the trial of this case as he was disclosed an expert witness before the deadline for identifying him. Also, his deposition was scheduled on January 10, 2008 to take place on January 31, 2008 and attached is the deposition notice issued by Plaintiff counsel in this matter. The deposition was canceled by agreement of the parties due to the fact a Pre-Trial Conference was also scheduled in this Court for that same date.

2. On May 26, 2008 the undersigned had health problems which required surgery on June 13, 2008 and this information has been shared with Plaintiff counsel.

3. For that Counsel representing the Plaintiff fails to mention that before he filed his Motion the undersigned had already arranged for him to take a deposition of Wendy Amram in Georgia on a date he claimed he was available but he was not available. As a result, the undersigned has accommodated Plaintiff counsel and arranged for Mrs. Amram to travel to Birmingham on July 18, 2008 for the taking of her deposition at no expense to Plaintiff counsel.

4. The deposition of Allen Loper is currently scheduled on July 11, 2008 beginning at 10:00 A.M. at the offices of David Allred. Mr. Allred was notified on June 28, 2008 that Allen Loper is available to give his deposition as scheduled. As a result, the Motion in Limine/Motion to Exclude Expert Witness should be moot.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff's Motion In Limine/Motion to Exclude Expert Witness should not be denied or be mooted.

                                                s/Jack J. Hall, Jr.
                                    Jack J. Hall, Jr., Attorney for Defendants, US Services, LLC and Willie Murray Robinson.

OF COUNSEL:

HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205)251-8143

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 10th day of July, 2008, served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by electronic mail or by placing same in the U.S. mail, properly addressed and first class postage prepaid, to:

David E. Allred
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594

Kenneth J. Mendelsohn
JEMISON & MENDELSOHN
1772 Platt Place
Montgomery, Alabama 36117

                                                s/Jack J. Hall, Jr.
                                                OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and<br>MICHAEL WILKER,<br><br>   *Plaintiffs*,<br><br>vs.<br><br>US SERVICES, LLC;<br>WILLIE MURRAY ROBINSON, *et al.*,<br><br>   *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:07-cv-00232-MEF<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION DUCES TECUM

**To:**  Jack J. Hall, Esq.
    Jack J. Hall, Jr., Esq.
    HALL, CONERLY & BOLVIG, P.C.
    Suite 1400 Financial Center
    505 North 20th Street
    Birmingham, Alabama   35203-2626

  Please take notice that the undersigned will take the deposition upon oral examination of the person named below at the time and place designated before a court reporter or some other person authorized by law to administer oaths.

    **Deponent:**  G. ALLEN LOPER

    **Date:**    January 31, 2008

    **Time:**    10:00 a.m.

    **Place:**    OFFICES OF DAVID E. ALLRED, P.C.
            7030 Fain Park Drive, Suite 9
            Montgomery, Alabama   36109

Deponent is hereby requested at the time of deposition to produce the documents and things set out on Exhibit "A" attached hereto. The deposition will be taken stenographically before a court reporter who is authorized to administer oaths and report oral deposition testimony pursuant to the *Federal Rules of Civil Procedure*. You are invited to attend and cross-examine.

                                                                                DAVID E. ALLRED
                                                                                 D. CRAIG ALLRED
                                                                                 Attorneys for Plaintiffs

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977

JEMISON & MENDELSOHN, P.C.
Post Office Box 241566
Montgomery, Alabama 36124-1566
Telephone:   (334) 213-2323
Facsimile:    (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing *Notice of Deposition Duces Tecum* upon the following counsel of record in this cause by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 10th day of January, 2008:

>Jack J. Hall, Esq.
>Jack J. Hall, Jr., Esq.
>HALL, CONERLY & BOLVIG, P.C.
>Suite 1400 Financial Center
>505 North 20th Street
>Birmingham, Alabama 35203-2626

_____
OF COUNSEL

## Exhibit A

1. Any and all records, documents, memoranda, notes, photographs, reports, correspondence, or other documents or things in your file or under your control regarding the motor vehicle accident giving rise to this suit, your involvement as an expert, or any opinions or conclusions that you have in this case.

2. A copy of your current curriculum vitae.

3. All records, notes, memoranda, research, treatises, journals, regulations, photographs or literature of any kind or nature whatsoever reviewed by you and used to formulate any opinion you have in connection with the accident giving rise to this suit or any of your anticipated testimony.

4. All records, notes, memoranda, correspondence, charts, journals, or documents of any kind created by you or used to formulate any opinion that you have in connection with the accident giving rise to this suit or your anticipated testimony.

5. All photographs, drawings, sketches, tapes, CDs, floppy discs, or any other form of record (electronic or otherwise) used and/or viewed by you to formulate any opinion that you have in connection with the accident giving rise to this suit or your anticipated testimony in this case.

6. All documents provided to you for review by the defendants, their attorneys, or anyone acting on behalf of either or both.

7. A copy of all of your time records and any bill for services rendered by you to the defendants, the defendants' counsel, or anyone acting on their behalf in connection with your involvement in this matter.

8. Your entire file regarding this matter, including all correspondence, notes, memoranda, e-mails, facsimiles, records, or any documents (paper, electronic, or otherwise) regarding this matter.

9. A copy of all electronic media, including e-mails, concerning any and all contacts with the defendants, their counsel, or anyone acting on behalf of either or both regarding this matter or your anticipated testimony.

10. A list of all cases in which you have testified as an expert witness in the preceding four years.

11. A copy of any item, document, or thing of whatever nature which you have reviewed in forming your opinions and conclusions in this matter.