**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

July 14, 2008

# NOTICE OF DOCUMENT STRICKEN FROM THE RECORD

**To:**                All Counsel of Record

**From:**              Clerk's Office

**Case Style:**        Wendy Wilker, et al. v. U. S. Services, LLC, et al.

**Case Number:**       #2:07-cv-00232-MEF

**Referenced Pleading:**   Document #59
                           Motion in Limine

**The referenced pleading filed on 7/11/2008 was filed using an incorrect event code.   The referenced pleading is not a motion.**

**Therefore, Document #59 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**