IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and MICHAEL WILKER, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>U.S. SERVICES, LLC.; WILLIE MURRAY ROBINSON, et al., )<br>)<br>Defendants. ) | Case No.:   2:07-CV-00232-MEF |

**DEFENDANT'S MOTION TO COMPEL THE DEPOSITION OF WENDY WILKER OR PRECLUDE ANY TESTIMONY CONCERNING HER MEDICAL TREATMENT AND HER CONDITION FROM OCTOBER 12, 2007 TO THE PRESENT**

COMES NOW the Defendants and move this Honorable Court to Compel Plaintiff to allow these Defendant's to take a follow up deposition of Wendy Wilker and as grounds in support of this Motion says as follows:

1. For that the undersigned has requested that Plaintiff counsel make Ms. Wilker available for a follow up deposition to ask questions about her treatment and her condition since she gave her deposition of October 12, 2007.

2. For that Plaintiff counsel will not agree to allow the deposition of Ms. Wilker to be retaken for that purpose.

3. For that Ms. Wilker has had two (2) surgical procedures and there is an additional procedure recommended. Defense counsel does not understand fully what her condition is since there has been no medical depositions taken since January 17, 2008.

4. For that a deposition of Ms. Wilker would allow the undersigned the discover what her condition is since her medical procedures which were performed on February 11, 2008 and May 8, 2008. There is apparently a third procedure recommended by Dr. Glenn Terry whose deposition is scheduled for August 11, 2008.

5. It is in the interest of justice that the Defendant's be allowed to re-depose Ms. Wilker only to ask questions about her condition since the time she last gave a deposition.

6. The attached e-mail reflects the position taken by Ms. Wilker.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant's request the Honorable Court to enter an Order compelling Plaintiff to appear for a deposition within the next thirty (30) days to update this case with respect to her condition her or preclude her from making claims for medical treatment since the time that she gave her last deposition since the undersigned does not have the opportunity to discover the truth about her treatment based on the refusal of Plaintiff counsel to allow her to testify.

                          s/Jack J. Hall, Jr.
Jack J. Hall, Jr., Attorney for Defendants, US Services, LLC and Willie Murray Robinson.

OF COUNSEL:

HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205)251-8143

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 15th day of July, 2008, served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by electronic mail or by placing same in the U.S. mail, properly addressed and first class postage prepaid, to:

David E. Allred
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594

Kenneth J. Mendelsohn
JEMISON & MENDELSOHN
1772 Platt Place
Montgomery, Alabama 36117

                          /s/Jack J. Hall, Jr.
                          OF COUNSEL

## Jack Hall, Jr

**From:** David Allred [DAllred@allredpclaw.com]
**Sent:** Monday, July 14, 2008 5:34 PM
**To:** Jack Hall, Jr
**Subject:** RE: Wilker deposition follow up

Jack: Yes, that is correct. The plaintiff's position is that the defendants have deposed Wendy Wilker and have subpoenaed medical records from her treating physicians. We have no objection to the defendants having her medical records and finding out from those about her current problems.
David

David E. Allred
**David E. Allred, P.C.**
7030 Fain Park Drive, Suite 9
Montgomery, Alabama 36117
Telephone:   334-396-9200
Facsimile:    334-396-9977
E-Mail:        dallred@allredpclaw.com

---

**From:** Jack Hall, Jr [mailto:Jack.HallJr@hallconerly.com]
**Sent:** Monday, July 14, 2008 5:33 PM
**To:** David Allred
**Subject:** Wilker deposition follow up

Dear David:

This confirms you can not agree to allow me to redepose Ms. Wilker to determine her condition and ask questions about her treatment since she gave her deposition on October 12th, 2007. If I am incorrect about this please let me know.

Jack Hall, Jr.
HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, AL 35203
Tel: 205.251.8143
Fax: 205.326.3202
www.hallconerly.com