IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and MICHAEL WILKER, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. SERVICES, LLC.; WILLIE MURRAY ROBINSON, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No.: 2:07-CV-00232-MEF ) ) ) ) ) ) |

## DEFENDANT'S MOTION TO STRIKE
## PLAINTIFF'S SUPPLEMENTAL EXPERT WITNESS LIST

COMES NOW the Defendants and move this Honorable Court to strike the Plaintiff's Supplemental Expert Witness List filed on June 30, 2008 and identifying Trooper Andrew Sutley as an Expert Witness and as grounds in support of this Motion says as follows:

1. On May 1, 2007 this Court entered an Order establishing the deadline for the Plaintiff to identify expert witnesses of November 2, 2007. Plaintiff's did not identify any such witness.

2. The parties attended a Pre-Trial Conference on January 31, 2008 which resulted in an Order of February 4, 2008. Paragraph three of the Order was as follows:

    (3) The deadline for disclosing the identity and reports of retained experts or witnesses whose duties as an employee of the party regularly involved giving expert testimony, required by Fed. R Civ P26(a)(2) is continued, subject to the condition that the deadline will be deemed to have expired for any expert that the party could reasonably have complied with its disclosure obligations prior to the previous deadline.

3. For that Trooper Andrew Sutley was the investigating Officer who gave his testimony after the original deadline for the Plaintiff to identify expert witnesses. Plaintiff should not be allowed to call him as an expert witness but has not waived the right to call Trooper Sutley as a fact witness since he was one of the officers who investigated this accident.

4. As a result, this Defendant objects to the disclosure of Andrew Sutley after the original deadline since Trooper Sutley could have been identified before the original deadline. The reason behind the extension of the deadline to disclose expert witnesses was due to the fact that Ms. Wilker had continuing medical care which

had not been completed and the undersigned requested the right to have someone review the medical records and medical testimony and possibly render opinions depending on what the treating physician said.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant's request this Honorable Court to strike the identification of Trooper Andrew Sutley as an expert witness on behalf of the Plaintiff's in this case.

                                                s/Jack J. Hall, Jr.
Jack J. Hall, Jr., Attorney for Defendants, US Services, LLC and Willie Murray Robinson.

OF COUNSEL:

HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205)251-8143

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 15th day of July, 2008, served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by electronic mail or by placing same in the U.S. mail, properly addressed and first class postage prepaid, to:

David E. Allred
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594

Kenneth J. Mendelsohn
JEMISON & MENDELSOHN
1772 Platt Place
Montgomery, Alabama 36117

/s/Jack J. Hall, Jr.
OF COUNSEL