IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER, *et al.*, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:07-cv-232-MEF |
| | ) |
| U.S. SERVICES, LLC, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

Upon review of Defendants's *Motion to Compel the Deposition of Wendy Wilker or Preclude Any Testimony Concerning Her Medical Treatment and Her Condition from October 12, 2007 to the Present* (Doc. 63, filed July 15, 2008), it is **ORDERED** that Plaintiffs show cause why this motion should not be granted on or before **5:00 p.m. on July 22, 2008**.

DONE this 15th day of July, 2008.

                                          /s/ Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE