IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-232-MEF |
| ) | |
| U. S. SERVICES, LLC, *et al.*, ) | |
| ) | |
| Defendants ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion in Limine (Doc. #52) filed on June 27, 2008, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this the 16th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE