IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WENDY WILKER, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:07-cv-232-MEF |
| | ) | |
| U. S. SERVICES, LLC, *et al.,* | ) | |
| | ) | |
| Defendants | ) | |

## **O R D E R**

Upon consideration of the defendants' First Motion to Strike (Doc. #64) filed on July 15, 2008, it is hereby

ORDERED that the plaintiffs show cause in writing on or before July 23, 2008 as to why the motion should not be granted.

DONE this the 16th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE