IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WENDY WILKER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:07-cv-232-MEF |
| | ) | |
| U. S. SERVICES, LLC, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

## **O R D E R**

It is hereby ORDERED that defendant's Motion to Strike Plaintiff's Supplemental Expert Witness List (Doc. #64) and Defendant's Motion to Extend Deadline for Identification of Expert Witness (Doc. #68) are set for hearing on July 22, 2008 at 2:00 P.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 18th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE