IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and<br>MICHAEL WILKER,<br><br>   *Plaintiffs,*<br><br>vs.<br><br>US SERVICES, LLC;<br>WILLIE MURRAY ROBINSON, *et al.,*<br><br>   *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:07-cv-00232-MEF<br>)<br>)<br>)<br>)<br>) |

## MOTION TO RESCHEDULE HEARING

NOW COME the plaintiffs, by and through the undersigned counsel, and move the Court to reschedule the hearing set for July 22nd at 2:00 p.m. (Doc. 69) and, for reason, say as follows:

1. That, due to a mistake on plaintiffs' counsel's part, the plaintiffs' counsel has scheduled out-of-town depositions in another matter for July 22nd.

2. That plaintiffs' counsel contacted counsel for the defendants who has no objection to resetting the hearing in the *Wilker* case provided that it can be reset for either July 23rd or July 24th.

3. That plaintiffs have a response due on July 23rd (Doc. 67) that will likely require a hearing anyway; hence, plaintiffs suggest consolidating all matters for a common hearing.

WHEREFORE, THE PREMISES CONSIDERED, the undersigned respectfully requests the Court to reset the July 22nd hearing for July 23rd, 24th, or at another date as determined by the Court.

Respectfully submitted,

/s/ David E. Allred
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiffs

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:   (334) 396-9977

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
Telephone:  (334) 213-2323
Facsimile:   (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that I have this 22nd day of July, 2008 electronically filed the foregoing *Motion to Reschedule Hearing* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

> Jack J. Hall, Jr., Esq.
> HALL, CONERLY & BOLVIG, P.C.
> Suite 1400 Financial Center
> 505 North 20th Street
> Birmingham, Alabama  35203-2626

>                              /s/ David E. Allred
>                              OF COUNSEL