IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WENDY WILKER, *et al.*, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:07-cv-232-MEF |
| | ) | |
| U. S. SERVICES, LLC, *et al.*, | ) | |
| | ) | |
|    Defendants | ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Reschedule Hearing (Doc. #70) filed on July 22, 2008, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. The hearing on defendant's Motion to Strike Plaintiff's Supplemental Expert Witness List (Doc. #64) and Defendant's Motion to Extend Deadline for Identification of Expert Witness (Doc. #68) set for July 22, 2008 is continued to July 31, 2008 at 8:30 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 22nd day of July, 2008.

                                                         /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE