IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-232-MEF |
| ) | |
| U. S. SERVICES, LLC, *et al.,* ) | |
| ) | |
| Defendants ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion in Limine (Doc. #76) filed on July 25, 2008, it is hereby

ORDERED that the defendants show cause in writing on or before August 5, 2008 as to why the motion should not be granted.

DONE this the 29th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE