IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-232-MEF |
| ) | |
| U.S. SERVICES, LLC, *et al.*, ) | (WO) |
| ) | |
| Defendants. ) | |

## **ORDER**

This cause is before the Court on Defendants' Motion to Extend Deadline for Identification of Expert Witness (Doc. # 68), filed July 16, 2008. The Court held a hearing on the motion on July 31, 2008. Based on the arguments that have been presented to this Court, it is hereby ORDERED that Defendants' Motion to Extend Deadline for Identification of Expert Witness (Doc. # 68) is GRANTED IN PART AND DENIED IN PART. This Court will allow Defendants additional time to identify expert witnesses according to the following schedule:

(1) This deadline extension shall only apply to medical experts that Defendants will call to testify regarding Wendy Wilker's current and future medical treatment.

(2) Defendants shall provide Plaintiffs with the identity of any medical expert, including a curriculum vitae, on or before **August 18, 2008.**

(3) Defendants shall further provide Plaintiffs with their medical expert's written report on or before **September 2, 2008**.

DONE this 1st day of August, 2008.

                                               /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE