IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WENDY WILKER and MICHAEL WILKER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.: 2:07-CV-00232-MEF |
| U.S. SERVICES, LLC.; WILLIE MURRAY ROBINSON, et al., | ) ) ) | |
| Defendants. | ) | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION IN LIMINE (DOC #76) FILED ON JUNE 25, 2008

Comes now the Defendants and in Response to Plaintiff's Motion in Limine says as follows:

1. These Defendants do not contest agency.

                                            Respectfully Submitted


                                            /s/ Jack J. Hall, Jr.
                                            Jack J. Hall, Jr.
                                            Attorney for Defendants

**OF COUNSEL:**
**Hall, Conerly & Bolvig, P.C.**
**1400 Financial Center**
**505 North 20th Street**
**Birmingham, Alabama 35203**
**Telephone (205) 251-8143**

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 4th day of August, 2008, served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by electronic mail or by placing same in the U.S. mail, properly addressed and first class postage prepaid, to:

David E. Allred
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594

Kenneth J. Mendelsohn
JEMISON & MENDELSOHN
1772 Platt Place
Montgomery, Alabama 36117

                                      /s/Jack J. Hall, Jr.