IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and<br>MICHAEL WILKER,<br><br>*Plaintiffs,*<br><br>vs.<br><br>U S SERVICES, LLC;<br>WILLIE MURRAY ROBINSON, *et al.,*<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:07-cv-00232-MEF<br>)<br>)<br>)<br>)<br>)<br>) |

## WITNESS LIST OF PLAINTIFFS
## WENDY WILKER AND MICHAEL WILKER

NOW COME the plaintiffs, WENDY WILKER and MICHAEL WILKER, and pursuant to the Court's Uniform Scheduling Order and Rule 26(a)(3)(A) of the *Federal Rules of Civil Procedure*, submit the following list of witnesses to be called at the trial of this matter:

*Expected to Testify:*

1. Wendy Wilker, 8290 Chadburn Crossing, Montgomery, Alabama.

2. Michael Wilker, 8290 Chadburn Crossing, Montgomery, Alabama.

3. Willie Murray Robinson, Jr., 761 Berry Fort Circle, Apt. 4., Stone Mountain, Georgia.

4. State Trooper Andrew Sutley, Alabama Department of Public Safety, Montgomery, Alabama.

5. State Trooper Henry Albert Cox, Jr., Alabama Department of Public Safety, Montgomery, Alabama.

6. N. Tucker Mattox, Jr., M.D., 2000 Normandie Drive, Montgomery, Alabama, by videotaped deposition.

7. Glenn C. Terry, M.D., and/or Custodian of Records, Hughston Clinic, 6262 Veterans Parkway, Columbus, Georgia, by videotaped deposition.

8. Lane Blondheim, Chad M. Guidry, Brian Gandy, Active Health and Rehab, 3442 Eastdale Circle, Montgomery, Alabama, 36117; (334) 279-5757.


*May Be Called If Needed*:

1. G. Allen Loper, contact information known to the defendants.

2. Adam Jacobson, contact information known to the defendants.

3. Wendy Amram, contact information known to the defendants.

4. Mitzi Means, Custodian of Records, BlueCross/BlueShield of Georgia, 13550 Triton Park Boulevard, Louisville, Kentucky, 40223-4194; (502) 889-2585.

5. Becky Boggan, BlueCross/BlueShield of Alabama, 450 Riverchase Parkway East, Hoover, Alabama, 35236-1647; (205) 220-7534.

6. Alternate designee of BlueCross/BlueShield of Alabama, c/o Michael J. Velezis, Esq., Wallace, Jordan, Ratliff & Brandt, LLC, 800 Shades Creek Parkway, Suite 400, Birmingham, Alabama, 35209.

7. Custodian of Records, American Home Patient, 201 Executive Court, Little Rock, Arkansas, 72205; (501) 537-2323.

8. Donna Todd, Custodian of Medical Records, Baptist Medical Center East, 400 Taylor Road, Montgomery, Alabama, 36124-1267; (334) 277-8330.

9. Custodian of Records, Baptist Medical Center Home Health, 301 Interstate Park, Montgomery, Alabama, 36109; (334) 395-5100.

10. Custodian of Records, Baptist Medical Center South, 2105 East South Boulevard, Montgomery, Alabama, 36116; (334) 288-2100.

11. Custodian of Records, Care Ambulance, 1150 South Panama Street, Montgomery, Alabama, 36107; (334) 262-2033.

12. Custodian of Records, Dynasplint Systems, Inc., 770 Ritchie Highway, Suite W-21, Severna Park, Maryland, 21146-3937; (800) 638-6771.

13. Joan Meares, Custodian of Records, The Hughston Clinic, 6262 Veterans Parkway, Columbus, Georgia, 31909; (706) 324-6661.

14. Custodian of Records, Summit Hospital, 4401 River Chase Drive, Phenix City, Alabama, 36847; (334) 732-3000.

15. Bobby Ray James, Jr., Custodian of Records, Jackson Hospital & Clinic, Inc., 1725 Pine Street, Montgomery, Alabama, 36106; (334) 293-8000.

16. Charity Montague, Custodian of Records, Montgomery Radiology Associates, P.C., 2055 Normandie Drive, Suite 108, Montgomery, Alabama, 36111; (334) 288-4624.

17. Felicia White, Custodian of Records, Montgomery Surgical Specialists - Dr. John Vermillion, 2055 East South Boulevard, Suite 601, Montgomery, Alabama, 36116; (334) 281-9000.

18. Custodian of Records, Precision Medical Solutions, LLP, 119 Market Place, Montgomery, Alabama, 36117; (334) 260-3767.

19. Custodian of Records, Premiere Anesthesia of Montgomery c/o Icon-Ichthus Consulting, Inc., 6831 Halcyon Park Drive, Montgomery, Alabama, 36117; (334) 396-6930.

20. Custodian of Records, Southern Imaging Specialists, 465 St. Lukes Drive, Montgomery, Alabama, 36117; (334) 279-8370.

21. Custodian of Records, Southern Orthopedic Surgeons, 2000 Normandie Drive, Montgomery, Alabama, 36111; (334) 613-9000.

22. Any and all individuals identified as witnesses by any other party.

23. Any and all witnesses who have been deposed in this case.

24. Any custodian of records or documents of any party.

25. Any witness necessary for the authentication of photographs.

26. Any witness necessary for rebuttal, including expert rebuttal testimony.

27. Any witness needed for impeachment.

28. With respect to any witness who is unable to attend trial in person for any reason provided for in Rule 32 and/or Rule 35, *Federal Rules of Civil Procedure,* or who cannot otherwise found and/or properly compelled to attend trial, the plaintiffs reserve the right to offer any testimony given by such witness by deposition in this action.

                                                                   /s/ David E. Allred
                                                                   DAVID E. ALLRED
                                                                   D. CRAIG ALLRED
                                                                   Attorneys for Plaintiffs
                                                                   WENDY WILKER and MICHAEL WILKER

OF COUNSEL:

ALLRED & ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977
E-Mail:   dallred@allredpclaw.com
                callred@allredpclaw.com

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
Telephone:   (334) 213-2323
Facsimile:   (334) 213-5663

### CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of August, 2008, 2008 electronically filed the foregoing *Witness List of Plaintiffs Wendy Wilker and Michael Wilker* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

> Jack J. Hall, Jr., Esq.
> HALL, CONERLY & BOLVIG, P.C.
> Suite 1400 Financial Center
> 505 North 20th Street
> Birmingham, Alabama   35203-2626

>                             /s/ David E. Allred
>                             OF COUNSEL