IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and<br>MICHAEL WILKER,<br><br>   *Plaintiffs*,<br><br>vs.<br><br>U S SERVICES, LLC;<br>WILLIE MURRAY ROBINSON, *et al.*,<br><br>   *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:07-cv-00232-MEF<br>)<br>)<br>)<br>)<br>) |

## DEPOSITION DESIGNATIONS OF PLAINTIFFS
## WENDY WILKER AND MICHAEL WILKER

NOW COME the plaintiffs, WENDY WILKER and MICHAEL WILKER, by and through their counsel of record, and submit the following deposition excerpts which will or may be utilized at trial, pursuant to §10 of the Court's Uniform Scheduling Order (Doc. 42):

1. Deposition of Dr. Tucker Mattox, taken January 17, 2008:
   p. 1–p. 44, l. 6;
   p. 49, l. 12 – p. 69, l. 9 – p. 79, l. 5

2. Deposition of Dr. Glenn G. Terry, taken Monday, August 11, 2008:
   (The transcript has not been delivered from the court reporter; hence, plaintiffs reserve the right to designate at least all portions of the examination of Dr. Terry by plaintiffs' counsel. The plaintiffs will supplement this designation upon receipt of the transcript.)

3. Deposition of Adam Jacobson, taken December 27, 2007:
   p. 4, l. 11–19;
   p. 5–p. 7, l. 2;
   p. 7, l. 7–p. 9, l. 9;
   p. 9, l. 19 – p. 13, l. 10;
   p. 18, l. 16 – p. 62, l. 5.

4.  Deposition of Willie Murray Robinson, taken December 27, 2008:
    p. 4, l. 11–p. 22, l. 6;
    p. 23, l. 3–p. 26, l. 3;
    p. 27, l. 3–5, l. 10;
    p. 29, l. 2–4, 8, 20–22;
    p. 30, l. 1–4, 17–p. 32, l. 1, 14–23;
    p. 33, l. 1–16;
    p. 34, l. 3–9, 17–23;
    p. 35, l. 1–p. 39, l. 9, 14–22;
    p. 40, l. 1–p. 51, l. 20;
    p. 56, l. 17–p. 63, l. 22;
    p. 72, l. 8–p. 73, l. 16;
    p. 77, l. 5–p. 122, l. 21;
    p. 124, l. 11–p. 135, l. 21;
    p. 137, l. 15–p. 144, l. 6;
    p. 145, l. 20–p. 188, l. 10.
    p. 194, l. 13–p. 199, l. 8.

5.  Deposition of Wendy Amram, taken July 18, 2008:
    p. 7, l. 8–p. 18, l. 14;
    p. 21, l. 11–p.23, l. 11;
    p. 30, l. 2–p. 44, l. 23;
    p. 47, l. 12–p. 49, l. 20;
    p. 52, l. 3–p. 94, l. 11;
    p. 96, l. 22–p. 149, l. 11;
    p. 150, l. 21–p. 161, l. 16;
    p. 165, l. 23–p. 168, l. 13;
    p. 170, l. 16–p. 172, l. 14;
    p. 176, l. 19–p. 177, l. 2.

6.  Deposition of Henry Albert Cox, Jr., taken December 26, 2007:
    p. 6, l. 7–p. 32, l. 4;
    p. 37, l. 9–22;
    p. 39, l. 23–p. 43, l. 6;
    p. 44, l. 18–p. 99, l. 2.

7.  Deposition of Andrew Sutley, taken January 11, 2008:
    p. 6, l. 5–p. 101, l. 7;
    p. 107, l. 3–p. 125, l. 21.

/s/ *David E. Allred*
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiffs
WENDY WILKER and MICHAEL WILKER

OF COUNSEL:

ALLRED & ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977
E-Mail:         dallred@allredpclaw.com
                    callred@allredpclaw.com

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
Telephone:   (334) 213-2323
Facsimile:    (334) 213-5663

### CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of August, 2008, 2008 electronically filed the foregoing *Deposition Designations of Plaintiffs Wendy Wilker and Michael Wilker* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

> Jack J. Hall, Jr., Esq.
> HALL, CONERLY & BOLVIG, P.C.
> Suite 1400 Financial Center
> 505 North 20th Street
> Birmingham, Alabama 35203-2626

                /s/ David E. Allred
                OF COUNSEL