IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WENDY WILKER and<br>MICHAEL WILKER, | )<br>)<br>) | |
| *Plaintiffs,* | )<br>) | |
| vs. | ) | CASE NO. 2:07-cv-00232-MEF |
| | ) | |
| U S SERVICES, LLC;<br>WILLIE MURRAY ROBINSON, *et al.,* | )<br>)<br>) | |
| *Defendants.* | ) | |

## PLAINTIFFS' EXHIBIT LIST

NOW COME the plaintiffs, **WENDY WILKER** and **MICHAEL WILKER**, and pursuant to the Court's Uniform Scheduling Order and Rule 26(a)(3)(A) of the *Federal Rules of Civil Procedure,* submits the following list of exhibits that will or may be utilized at the trial of this case:

1. Medical records and bills of each and every medical provider who treated Wendy Wilker for injuries sustained in the accident made the basis of this suit. The identities of all of these providers are known to the defendants and plaintiffs have provided multiple copies of records from these providers.

2. Any and all photographs taken by the investigating troopers.

3. Any and all photographs of the scene.

4. Any and all photographs of the vehicles

5. Any and all photographs of the scene or vehicles exchanged and/or referenced in any depositions.

6. Positive prints of x-rays of Wendy Wilker's injuries from Baptist Medical Center South, Baptist Medical Center East, N. Tucker Mattox, Jr., M.D., Glenn C. Terry, M.D., and Michael Tucker, M.D.

7. Climatological data regarding the evening of the accident made the basis of this suit.

8. Safersys data regarding U. S. Services.

9. Any and all records and bills of BlueCross/BlueShield of Alabama.

10. Any and all records and bills of BlueCross/BlueShield of Georgia.

11. A summary of medical expenses.

12. Any stipulations among the parties.

13. Plaintiffs' discovery requests to defendants and defendants' responses to plaintiffs' discovery requests.

14. Any and all documents produced in response to any discovery request of either party.

15. Any and all documents produced in response to subpoenas issued by either party.

16. Plaintiffs' Exhibits 1–15 to the deposition of Dr. Glenn C. Terry.

17. Plaintiffs' Exhibits A, 1-2(a), 3-5 to the deposition of Dr. N. Tucker Mattox, Jr.

18. Plaintiffs' Exhibit 1 and Defendants' Exhibits 1-4 to the deposition of Henry Albert Cox, Jr.

19. Plaintiffs' Exhibits 1, 2(a), 2(a).1, 2(b), 2.1-2.4, 3-3.1 to the deposition of G. Allen Loper.

20. Plaintiffs' Exhibits 1, 2, and (a) to the deposition of Wendy Amram.

21. Plaintiffs' Exhibits 1-6 to the deposition of Willie Murray Robinson.

22. Any and all exhibits to any other deposition taken in this case.

23. Any and all exhibits necessary for rebuttal.

24. Any and all exhibits identified or created in depositions taken after the date of this exhibit list.

25. Statistics from the Federal Motor Safety Administration regarding US Services.

26. Any and all documents utilized by an expert to form the basis of his or her opinion.

27. Any admissible exhibits listed by the defendants.

28. Any and all pleadings filed by either party.

29. The plaintiffs reserve the right to supplement this exhibit list.

30. The plaintiffs reserve the right to use demonstrative aids which will not be marked as exhibits or admitted into evidence.

31. The plaintiffs have not pre-marked any of the exhibits identified on this list. Therefore, the numbering of exhibits is subject to change at the trial of this matter.

32. Exhibits to plaintiffs' Motion *in Limine* re: Loper.

33. Drawings regarding Robinson's description of accident events.

34. Google maps of area.

35. Google maps of area incorporating drawings regarding Robinson's description of accident events

36. Photographs of Wendy Wilker after accident.

37. Mortality tables.

38. An exemplar lease in use by US Services and its drivers.

39. Any documents or evidence subsequently produced by the defendants in response to plaintiff's pending discovery requests.

          /s/ *David E. Allred*
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiffs
WENDY WILKER and MICHAEL WILKER

OF COUNSEL:

ALLRED & ALLRED
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:  (334) 396-9977
E-Mail:  dallred@allredpclaw.com
        callred@allredpclaw.com

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
Telephone:  (334) 213-2323
Facsimile:  (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of August, 2008 electronically filed the foregoing *Plaintiffs' Exhibit List* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

>Jack J. Hall, Jr., Esq.
>HALL, CONERLY & BOLVIG, P.C.
>Suite 1400 Financial Center
>505 North 20th Street
>Birmingham, Alabama   35203-2626

/s/ David E. Allred
OF COUNSEL
