IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and MICHAEL WILKER, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No.:  2:07-cv-00232-MEF ) |
| U.S. SERVICES, LLC.; WILLIE MURRAY ROBINSON, et al., | ) ) ) ) |
| Defendants. | ) |

**DISCLOSURE OF WITNESSES**

Comes now the Defendants, Willie Murray Robinson and US Services, LLC, and reserves the right to call the following as witnesses in this case:

1) Willie Murray Robinson
761 Berry Fort Circle, Apt. 4
Stone Mountain, GA 30083

2) Ms. Wendy Amram
US Services, LLC
205 Troup Street
Dublin, Georgia 31021

3) Trooper Cox
Department of Public Safety
F.A.P.
301 South Ripley Street
Montgomery, Alabama 36104

4) Adam Jacobson
US Services, LLC
351 East State Road 434
Winter Spgs., FL 32708

5) Alan Loper
5929 Knight Avenue
Tuscaloosa, AL 35405

6) State Trooper James Patterson
   Alabama Department of Public Safety
   Montgomery, Alabama

7) N. Tucker Mattox, Jr. M.D.
   2000 Normandie Drive
   Montgomery, Alabama

8) Glenn C. Terry, M.D.
   Hughston Clinic
   6262 Veterans Parkway
   Columbus, Georgia

9) Mitzi Means
   Blue Cross Blue Shield of Georgia
   13550 Triton Park Boulevard
   Louisville, Kentucky 40223-4194

10) Betty Bogan
    Blue Cross Blue Shield of Alabama
    450 Riverchase Parkway
    Birmingham, Alabama 3236-1647

11) Alternate designee of Blue Cross Blue Shield of Alabama
    c/o Michael J. Velezis
    Wallace, Jordan, Ratliff & Brandt
    800 Shades Creek Parkway
    Suite 400
    Birmingham, Alabama 35209

12) Defendant reserves the right to call witnesses from the Plaintiff's witness list as well as rebuttal witnesses.

  /s/ Jack J. Hall, Jr.
  Jack J. Hall, Jr., Attorney for Defendants,
  US Services, LLC and Willie Murray
  Robinson.

OF COUNSEL:

HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205)251-8143

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 20th day of August, 2008, served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by placing same in the U.S. mail, properly addressed and first class postage prepaid, to:

David E. Allred
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
(334)396-9200

Kenneth J. Mendelsohn
JEMISON & MENDELSOHN
1772 Platt Place
Montgomery, Alabama 36117
(334)213-2323

                                              /s/ Jack J. Hall, Jr.
                                              OF COUNSEL