IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and MICHAEL WILKER, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )  Case No.:  2:07-cv-00232-MEF<br>) |
| U.S. SERVICES, LLC.; WILLIE MURRAY ROBINSON, et al., | )<br>)<br>) |
| Defendants. | ) |

### **DEFENDANT'S EXHIBIT LIST**

Comes now the Defendants, Willie Murray Robinson and US Services, LLC, and pursuant to the Court's Uniform Scheduling Order and Rule 26(a)(3)(A) of the *Federal Rules of Civil Procedure*, submits the following list of exhibits that will or may be utilized at the trial of the case:

1. Any and all photographs taken by the investigating troopers.

2. Any and all photographs of the scene.

3. Any and all photographs of the vehicles.

4. Any and all photographs of the scene or vehicles exchanged and/or referenced in any depositions.

5. Any stipulations among the parties.

6. Defendant's discovery requests to Plaintiffs and Plaintiff's responses to defendants discovery requests.

7. Any and all documents produced in response to subpoenas issued by either party.

8. All exhibits of the deposition of Allen G. Loper.

9. Any and all exhibits necessary for rebuttal.

10. Diagram made by Allen Loper.

11. The Defendants reserve the right to use demonstrative aids which will not be marked as exhibits or admitted into evidence.

12. The Defendants reserve the right to use any exhibit listed on the Plaintiff's Exhibit List.

    /s/ Jack J. Hall, Jr.
Jack J. Hall, Jr., Attorney for Defendants,
US Services, LLC and Willie Murray
Robinson.

OF COUNSEL:

HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205)251-8143

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 20th day of August, 2008, served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by placing same in the U.S. mail, properly addressed and first class postage prepaid, to:

David E. Allred
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
(334)396-9200

Kenneth J. Mendelsohn
JEMISON & MENDELSOHN
1772 Platt Place
Montgomery, Alabama 36117
(334)213-2323

    /s/ Jack J. Hall, Jr.
OF COUNSEL