IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and MICHAEL WILKER, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No.:   2:07-cv-00232-MEF ) |
| U.S. SERVICES, LLC.; WILLIE MURRAY ROBINSON, et al., | ) ) ) |
| Defendants. | ) |

**DEPOSITION DESIGNATIONS OF DEFENDANT'S US SERVICES, LLC
AND WILLIE MURRAY ROBINSON**

Comes now the Defendants, Willie Murray Robinson and US Services, LLC, by and through their counsel of record, and submit the following deposition excerpts which are reserved to be utilized at trial of this case:

1. Deposition of Wendy Webb Wilker taken October 12, 200:
   Pages 120-124;

2. Deposition of Dr. Tucker Mattox taken January 17, 2008:
   Pages 69-77;

3. Defendant reserves the right to designate portions of the deposition of Dr. Glenn Terry once it has been received from the court reporter.

4. Deposition of Andrew Sutley taken January 11, 2008;
   Pages 46-50
   Page 120

5. Henry Albert Cox, Jr., taken December 26, 2007:
   Pages 21-24
   Pages 41-43
   Pages 50, lines 7-22
   Pages 57, lines 3-9
   Page 58, lines 14-22
   Pages 62,  line 8 through page 63 line 3
   Pages 66, line 22 through page 67 line 13
   Page 89, line 23 through page91 line 12
   page 97, line 10 through page 99 line 2.

6. Deposition of Allen Loper taken on July 11, 2008:
   Pages 5-141

7. Deposition of Wendy Amram taken on July 18, 2008:
   Pages 135 line 11 to line 22;
   Pages 162-165


    /s/ Jack J. Hall, Jr.
Jack J. Hall, Jr., Attorney for Defendants,
US Services, LLC and Willie Murray
Robinson.

OF COUNSEL:

HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205)251-8143

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this 20th day of August, 2008, served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by placing same in the U.S. mail, properly addressed and first class postage prepaid, to:

David E. Allred
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
(334)396-9200

Kenneth J. Mendelsohn
JEMISON & MENDELSOHN
1772 Platt Place
Montgomery, Alabama 36117
(334)213-2323

    /s/ Jack J. Hall, Jr.
    OF COUNSEL