IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WENDY WILKER and )
MICHAEL WILKER, )
  )
*Plaintiffs,* )
  )
vs. )     CASE NO. 2:07-cv-00232-MEF
  )
US SERVICES, LLC; )
WILLIE MURRAY ROBINSON, *et al.,* )
  )
*Defendants.* )

## <u>MOTION TO SHORTEN TIME</u>

NOW COME the plaintiffs, WENDY WILKER and MICHAEL WILKER, and move the Court to shorten the time for the defendants' responses to plaintiffs' supplemental consolidated discovery requests to three days from the date of this request and, for reason, the plaintiffs' would show unto the Court as follows:

1.     These requests are very short, seek information that the defendants were required, but failed, to produce in defendants' initial disclosures, and seek information which should currently be in the files of the defendants without research.

2.     This case was filed on March 15, 2007, and the pre-trial hearing is set August 28, 2008, one week from today, and the trial date is September 29, 2008.

3.     Due to the brevity of these requests and as the sought-after information should have been produced in defendants' initial disclosures, the defendants will not be put to a hardship by responding to these requests within three (3) days.

4.    Counsel for the plaintiffs has sent the attached e-mail to the defendants' lawyer requesting if the defendants have any objection to this motion to shorten time, and plaintiffs' counsel will advise the Court when a response from defendants' counsel is received.

Respectfully submitted,


_/s/ David E. Allred_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiffs

OF COUNSEL:

ALLRED & ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:    (334) 396-9200
Facsimile:    (334) 396-9977
E-Mail:    dallred@allredpclaw.com
          callred@allredpclaw.com

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
Telephone:    (334) 213-2323
Facsimile:    (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that I have this 21st day of August, 2008 electronically filed the foreging *Motion to Shorten Time* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

> Jack J. Hall, Jr., Esq.
> HALL, CONERLY & BOLVIG, P.C.
> Suite 1400 Financial Center
> 505 North 20th Street
> Birmingham, Alabama   35203-2626

>      /s/ David E. Allred
> OF COUNSEL

# ALLRED & ALLRED, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

———————

7030 FAIN PARK DRIVE, SUITE 9
MONTGOMERY, ALABAMA 36117
POST OFFICE BOX 241594
MONTGOMERY, ALABAMA 36124-1594

———————

TELEPHONE: (334) 396-9200
FACSIMILE: (334) 396-9977

DAVID E. ALLRED
*Board Certified Civil Trial Specialist*
*National Board of Trial Advocacy*

E-MAIL:     dallred@allredpclaw.com

August 21, 2008

Jack J. Hall, Jr., Esq.          *Via E-Mail jack.halljr@hallconerly.com*
**HALL, CONERLY & BOLVIG, P.C.**
1400 Financial Center
505 North 20th Street
Birmingham, Alabama  35203-2626

> Re:  <u>Wendy Wilker and Michael Wilker v. US Services, LLC;</u>
> <u>Willie Murray Robinson, *et al.*</u>
> **U. S. District Court, Middle District, Northern Division**
> Case No:          **2:07-cv-00232-MEF**
> D/A:              **1/17/07**
> Your File No:     **25036-041**

Dear Jack:

Enclosed is a very brief Supplemental Consolidated Discovery Request and a Motion to Shorten Time to three days.  Please advise if you have any objection to shortening the time.

Yours truly,

David E. Allred

DEA/bgf
Attachments

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WENDY WILKER and )
MICHAEL WILKER, )
       )
       *Plaintiffs,* )
       )
vs. )     CASE NO. 2:07-cv-00232-MEF
       )
US SERVICES, LLC; )
WILLIE MURRAY ROBINSON, *et al.,* )
       )
       *Defendants.* )

## PLAINTIFFS' SUPPLEMENTAL
## CONSOLIDATED DISCOVERY REQUESTS

NOW COME the plaintiffs, by and through their attorney, and propound the following consolidated discovery requests to the defendants, separately and severally, pursuant to the *Federal Rules of Civil Procedure*:

1.      Have you been made aware of any limitation on punitive damages under your liability insurance coverage?  If so, please attach a copy of any correspondence regarding such issue.

2.      Produce a copy of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy the judgment.

3.      Produce a copy of any reservation of rights, non-waiver, denial of coverage, or any other such letter from any insurance business referred to in the preceding interrogatory.

DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiffs

OF COUNSEL:

ALLRED & ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:     (334) 396-9200
Facsimile:     (334) 396-9977
E-Mail:        dallred@allredpclaw.com
               callred@allredpclaw.com

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
Telephone:     (334) 213-2323
Facsimile:     (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing *Plaintiffs' Supplemental Consolidated Discovery Requests* upon the following counsel of record in this cause by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 21st day of August, 2008:

Jack J. Hall, Jr., Esq.
HALL, CONERLY & BOLVIG, P.C.
Suite 1400 Financial Center
505 North 20th Street
Birmingham, Alabama   35203-2626

OF COUNSEL

-2-