IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER, *et al.*, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>U.S. SERVICES, LLC, *et al.*, )<br>)<br>    Defendants. ) | CASE NO. 2:07-cv-232-MEF |

### ORDER

Pending before the Court is Plaintiffs' *Motion to Shorten Time* (Doc. 88, filed August 21, 2008). For good cause, it is **ORDERED** the motion is **GRANTED in part** and **DENIED in part**. To the extent Plaintiffs sought the discovery responses in three days from the filing of the motion, the request is denied. To the extent Plaintiffs seek a shortened time frame for the discovery responses, the motion is granted. The discovery responses shall be due on or before close of business on **August 29, 2008**.

DONE this 25th day of August, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE