IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and MICHAEL WILKER, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No.: 2:07-CV-00232-MEF ) |
| U.S. SERVICES, LLC.; WILLIE MURRAY ROBINSON, et al., | ) ) ) ) |
| Defendants. | ) |

### RESPONSE TO PLAINTIFF'S SUPPLEMENTAL CONSOLIDATED DISCOVERY REQUESTS SERVED ON AUGUST 21, 2008

Comes now the Defendants and for Response to Plaintiff's Supplemental Consolidated Discovery Requests Served on August 21, 2008 says as follows:

1. Have you been made aware of any limitation on punitive damages under the your liability insurance coverage? If so, please attach a copy of any correspondence regarding such issue.

**RESPONSE: None.**

2. Produce a copy of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE: Produced on August 26, 2008.**

3. Produce a copy of any reservation of rights, non-waiver, denial of coverage, or any such other letter from any insurance business referred to in the preceding interrogatory.

**RESPONSE: None.**

                                                                          s/Jack J. Hall, Jr.
                                                Jack J. Hall, Jr., Attorney for Defendants, US Services, LLC and Willie Murray Robinson.

**OF COUNSEL:**

HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205)251-8143

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 26th day of August, 2008, served a true and correct copy of the above and foregoing pleading on counsel for all parties to this proceeding by electronic mail or by placing same in the U.S. mail, properly addressed and first class postage prepaid, to:

David E. Allred
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594

Kenneth J. Mendelsohn
JEMISON & MENDELSOHN
1772 Platt Place
Montgomery, Alabama 36117

                                        s/Jack J. Hall, Jr.
                                        OF COUNSEL