IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER and<br>MICHAEL WILKER,<br><br>        *Plaintiffs,*<br><br>vs.<br><br>US SERVICES, LLC;<br>WILLIE MURRAY ROBINSON, *et al.*,<br><br>        *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:07-cv-00232-MEF<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR EXTENSION OF DISCOVERY DEADLINE

NOW COME the plaintiffs, **WENDY WILKER** and **MICHAEL WILKER**, and move the Court to extend the discovery deadline for the purpose of deposing Non-Party BlueCross of Georgia and, for reason, say:

1. That the deposition of BlueCross of Georgia was scheduled for August 21, 2008; however, that deposition was cancelled and rescheduled at the request of the defendants' counsel. (See Exh. A attached hereto.)

2. That the deposition was rescheduled for August 28, 2008, however, counsel for BlueCross of Georgia advises that he has a conflict with that date inasmuch as he will be unavailable until September 12, 2008 due to military obligations with the Naval Reserve.

3. That plaintiffs' counsel is in the process of obtaining alternate dates after September 12th and will coordinate the scheduling with defendants' counsel.

4. That the BlueCross of Georgia deposition will be very brief, will be taken by telephone, and extending the time will not work a hardship on any party nor will it delay the trial.

5. Plaintiffs' counsel has contacted defendants' counsel to see if there is an objection to this request. (See Exh. B attached hereto.)

Respectfully submitted,

/s/ David E. Allred
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Plaintiffs

OF COUNSEL:

ALLRED & ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977
E-Mail:        dallred@allredpclaw.com
                   callred@allredpclaw.com

JEMISON & MENDELSOHN, P.C.
1772 Platt Place
Montgomery, Alabama 36117
Telephone:   (334) 213-2323
Facsimile:    (334) 213-5663

## CERTIFICATE OF SERVICE

I hereby certify that I have this 28th day of August, 2008 electronically filed the foregoing *Motion for Extension of Discovery Deadline* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

> Jack J. Hall, Jr., Esq.
> HALL, CONERLY & BOLVIG, P.C.
> Suite 1400 Financial Center
> 505 North 20th Street
> Birmingham, Alabama   35203-2626

/s/ David E. Allred
OF COUNSEL

## Becky Flowers

| | |
|---|---|
| **From:** | David Allred |
| **Sent:** | Monday, August 18, 2008 11:12 AM |
| **To:** | 'Jack Hall, Jr' |
| **Cc:** | Craig Allred; Laura Blackwell |
| **Subject:** | Wilkers v. US Services; Robinson |

Jack:
In response to your request to move the Blue Cross of GA deposition from the 8-21-08 @ 2:00 p.m. setting, this will advise that the plaintiffs agree to move it to a time earlier in the day on August 21st. What time is agreeable for you and I will contact the witness? Alternatively, if you will just stipulate to the amounts shown on the BC of GA documents that I have sent to you some time ago, that would save all of us a lot of time, trouble and expense. If there are any obvious duplications, the plaintiffs will agree to claim only one of the charges and not a duplicate charge. I have been doing this kind of work for 31 years and I have never been in a case on either side where the deposition of Blue Cross was taken. Lawyers have always agreed on the amount and the subrogation and we should do so in this case as well.
David

David E. Allred
**Allred & Allred, P.C.**
7030 Fain Park Drive, Suite 9
Montgomery, Alabama 36117
Telephone:   334-396-9200
Facsimile:   334-396-9977
E-Mail:   dallred@allredpclaw.com



EXHIBIT A

8/27/2008

## Becky Flowers

**From:** David Allred
**Sent:** Wednesday, August 27, 2008 10:02 AM
**To:** 'Jack Hall, Jr'
**Subject:** Wilker v. US Services; Robinson

Jack:
The lawyer for Blue Cross of Georgia has Navy Reserve duty until September 12th which conflicts with his attending the deposition of his client, Blue Cross before that date. I am in the process of getting some alternate dates and I plan to file a motion to extend discovery for the Blue Cross of GA deposition. I need to know if the defendants oppose the extension. Please let me know as soon as possible. Also, please know that the plaintiffs would prefer a stipulation about the amount and the fact of subrogation as I have proposed to you earlier on several occasions and in Requests for Admissions. It seems to me that there should be a figure that we can both agree upon and avoid the needless task of deposing the Blue Cross witness. As I have told you, I have been doing this kind of work for 31 years now and I have never been in a case on either side in which the lawyers did not stipulate to these matters. Please reconsider your position.
David

David E. Allred
**Allred & Allred, P.C.**
7030 Fain Park Drive, Suite 9
Montgomery, Alabama 36117
Telephone:   334-396-9200
Facsimile:    334-396-9977
E-Mail:         dallred@allredpclaw.com

**EXHIBIT B**

8/27/2008