IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )  CASE NO. 2:07-cv-232-MEF |
| | ) |
| U.S. SERVICES, LLC, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

It is hereby ORDERED that Plaintiff's Motion for Extension of Discovery Deadline (Doc. # 95), filed August 28, 2008 is DENIED with leave to refile, good cause shown.

DONE this the 29th day of August, 2008.

                                          /s/ Mark E. Fuller
                               CHIEF UNITED STATES DISTRICT JUDGE