IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILKER, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-232-MEF |
| ) | |
| U.S. SERVICES, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pending before the Court are Plaintiff's *Motion to Compel Responses to Discovery* (Doc. 90, filed August 25, 2008), Plaintiff's *Motion for Protective Order* (Doc. 91, filed August 25, 2008), and Defendants' *Response to Plaintiff's Motion to Compel Responses to Discovery Requests* (Doc. 93, filed August 26, 2008). The Court conducted a hearing on the motions on August 28, 2008.

Pursuant to the notice by the parties that the deposition did not go forward due to a scheduling conflict, the *Motion for Protective Order* (Doc. 91) is **DENIED as moot**. Further, several issues in the motion to compel were resolved by counsel prior to the hearing. As such, the following requests in the *Motion to Compel Responses to Discovery* (Doc. 90) are **DENIED as moot**: Plaintiffs' First Request for Production - Nos. 5, 13, and 28; Plaintiffs' Supplemental Request for Production filed June 30, 2008 - Nos. 36, 39, 40, 41, and 42.

The following requests in the *Motion to Compel Responses to Discovery* (Doc. 90) are **GRANTED**: Plaintiffs' Supplemental Request for Production filed June 30, 2008 - Nos. 35 and 38.

The following requests in the *Motion to Compel Responses to Discovery* (Doc. 90) are **DENIED**: Plaintiffs' First Request for Production - No. 2; Plaintiffs' Supplemental Request for Production filed June 30, 2008 - No. 37.

DONE this 29th day of August, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE